UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| CARMEN RILEY, *et al.*, | ) | CIVIL ACTION NO. 4:20-CV-325 |
|---|---|---|
| Plaintiffs | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| WARDEN BRIAN CLARK, *et al.*, | ) | |
| Defendants | ) | |

CASE MANAGEMENT ORDER

COUNSEL AND *PRO SE* LITIGANTS ARE RESPONSIBLE FOR READING, AND FOLLOWING THIS ENTIRE ORDER.

An Initial Case Management Conference was held on January 22, 2021. The Joint Case Management Plan (Doc. 50) was reviewed with the parties. This case is placed on the Complex Case Management Track.

**SCHEDULE OF IMPORTANT DEADLINES:**

| Final Date for Joining Additional Parties: | **March 2, 2021** |
|---|---|
| Final Date for Amending Pleadings: | **March 2, 2021** |
| Close of Fact Discovery: | **June 30, 2021** |
| Dispositive Motions With Supporting Briefs: | **August 2, 2021** |
| Plaintiff's Expert Reports: | **August 2, 2021** |
| Defendant's Expert Reports: | **August 31, 2021** |
| Supplementations Due:[1] | **October 4, 2021** |

---

[1] *See* Fed. R. Civ. P. 26(e)

| | |
|---|---|
| Local Rule 16.3(b) Conference on or before: | **TBD by Trial Judge** |
| Motions in Limine with Supporting Briefs Due: | **TBD by Trial Judge** |
| Responses to Motions in Limine Due: | **TBD By Trial Judge** |
| Proposed Jury Instructions Due: | **TBD by Trial Judge** |
| Proposed Voir Dire Questions Due: | **TBD by Trial Judge** |
| Pretrial Memoranda Due, L.R. 16.6: | **TBD by Trial Judge** |
| Final Pretrial Conference: | **TBD by Trial Judge** |
| Jury Selection & Trial: | **TBD By Trial Judge** |

**FACT DISCOVERY**

Fact discovery shall be completed by the parties expeditiously and diligently on or before the date specified in the Schedule of Important Deadlines. All requests for discovery must be made so as to allow for compliance before the close of discovery. The following limits on discovery apply to this case:

1. Depositions (excluding experts) to be taken by:

    Plaintiffs: 10          Defendants: 10

2. Interrogatories:

    Plaintiffs: 25          per Defendant: 25

3. Request for Production of Documents:

    Plaintiffs: 25          per Defendant: 25

4. Request for Admissions:

      Plaintiffs: 25          per Defendant: 25

In their Joint Case Management Plan (Doc. 50), Plaintiffs and Defendants requested leave to seek permitted to exceed the limits set forth above. Discovery in excess of these limits must be approved by the Court.

**DISCOVERY DISPUTES**

**Counsel are reminded that discovery disputes will be handled as follows:** In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact my courtroom deputy at (570)323-9881 to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, we will establish an appropriate briefing schedule. **No written discovery motions are to be filed without leave of court**, and only after following the outlined procedure.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss.

This schedule should be followed by all counsel and parties. Extensions will be sparingly granted only when appropriate circumstances demand, and application is timely made.

**MOTIONS**

Dispositive motions should be filed **with supporting briefs** and are due on or before the date specified in the "Schedule of Important Deadlines." All dispositive motions, briefs, and statements of fact should comply with Local Rules 7.1-7.8 and 56.1.

Date:  January 22, 2021                              BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge
