# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CARMEN RILEY, et al., | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | DOCKET NO. 4:20-cv-00325 |
| v. | : | |
| | : | |
| BRIAN CLARK, WARDEN, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS, SUSQUEHANNA TOWNSHIP POLICE OFFICER MICHAEL DARCY, OFFICER DEMETRIUS GLENN, CORPORAL RICHARD WILSON, AND OFFICER CHRISTOPHER HAINES' APPENDIX OF EXHIBITS**

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES** |
|---|---|---|
| A* | Audio Recording of 911 Call | N/A |
| B | Call Summary Report | Susquehanna 000001-000011 |
| C* | Audio Recording of Police Radio Transmissions | N/A |
| D | Deposition Transcript of Corporal Richard B. Wilson | N/A |
| E | Deposition Transcript of Corporal Christoper Haines | N/A |
| F | Victim Injury Photographs | Susquehanna 000056-000064 |
| G | Excerpt of Matthews Medical Records | PSHS 00013; 000022; 000025; 000150 |
| H* | Christopher Haines Dash Camera Footage | N/A |

*These electronic Exhibits have been sent to the Clerk of Courts via Federal Express

| | | |
|---|---|---|
| I* | Garage Camera Footage | N/A |
| J* | Entrance Camera Footage | N/A |
| K* | Booking Camera B Footage | N/A |
| L* | Booking Camera C Footage | N/A |
| M* | Booking Camera E Footage | N/A |
| N | Postmortem Report | CID 000979-000988 |
| O | Deposition Transcript of Carmen Riley | N/A |
| P | Deposition Transcript of Thomas Matthews | N/A |
| Q | Deposition Transcript of Robin Miller, M.D. | N/A |
| R | Deposition Transcript of Garrett Rosas, PSYD | N/A |
| S | Deposition Transcript of Kassandra Betancourt | N/A |

*These electronic Exhibits have been sent to the Clerk of Courts via Federal Express