

## MARSHALL DENNEHEY

200 Corporate Center Drive, Suite 300, Camp Hill, PA 17011
(717) 651-3500   Fax (717) 651-3707

Direct Dial: (717) 651-3504
Email: dlcarmelite@mdwcg.com

January 22, 2024

FILED
WILLIAMSPORT

JAN 24 2024

PER  EA
DEPUTY CLERK

VIA FEDERAL EXPRESS
Clerk of Courts
U. S. District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA  17701

RE:   Riley, Carmen v. Swanson, Angela, et al.
      Docket No.:   USMD Civil Action No.: 4:20-cv-00325
      Our File No.: 03258.00143

To Whom it May Concern:

Enclosed please find a flash drive containing the electronic Exhibit H – DCP Video #18, to Defendants Danner and Swanson's Statement of Undisputed Material Facts (ECF 159).

Thank you for your time and attention to this matter. Kindly contact me should you have any issues with the flash drive provided.

Sincerely,

Donald L. Carmelite

DLC:men
Enclosure
cc:   All Counsel of Record (via ECF filing, without enclosure)

4:20-cv-325
DCP Video #18

LEGAL/158894220.v1

A PROFESSIONAL CORPORATION   |   PA  NJ  DE  OH  FL  NY  CT   |   www.marshalldennehey.com

