**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARMEN RILEY, et al., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | DOCKET NO. 4:20-cv-00325 |
| v. | : | |
| | : | |
| BRIAN CLARK, WARDEN, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by the Parties through their undersigned counsel, as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Carmen Riley, Administrator of the Estate of Ty'rique Riley and Carmen Riley and Thomas Matthews-Kemrer, individually, as parents and natural guardians of decedent Ty'rique Riley and as his sole survivors' Second Amended Complaint (ECF 64)  is hereby dismissed *with prejudice* as to Dauphin County Defendants Scott Rowe, Derek Umberger, Joseph Doyle, Richard Otten, and Michael Shaeffer, only.  The names of the foregoing dismissed Defendants shall be removed from the caption to this case.  Each party will bear their own attorney's fees, expenses, and costs.

Respectfully submitted,

**Lavery Law**

Dated: 1/19/24          By: /s/Frank J. Lavery, Jr.
                        Frank J. Lavery, Jr.
                        Andrew W. Norfleet
                        225 Market Street
                        Harrisburg, PA 17101
                        *Attorney for Defendants Dauphin*
                        *County Prison Defendants*

**Mincey Fitzpatrick Ross, LLC**

Dated: 1/19/24          By: */s/ Riley H. Ross III*
                        Riley H. Ross III
                        Kevin V. Mincey
                        Two Penn Center
                        1500 John F. Kennedy Boulevard
                        Suite 1525
                        Philadelphia, PA 19102
                        *Attorneys for Plaintiffs*

**Marshall Dennehey Warner Coleman & Goggin**

Dated: 1/19/24          By: */s/ John R. Ninosky*
                        John R. Ninosky
                        100 Corporate Center Drive
                        Suite 201
                        Camp Hill, PA 17011
                        *Attorney for Defendant PrimeCare Medical Inc.*

2

**Marshall Dennehey Warner Coleman & Goggin**

Dated: <u>1/19/24</u>        By: <u>*/s/ Donald L. Carmelite*</u>

Donald L. Carmelite
Brian C. Wauhop
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
*Attorneys for Defendants Matthew Danner and Angela Swanson*

**MacMain Leinhauser PC**

Dated: <u>1/19/24</u>        By: <u>*/s/ David J. MacMain*</u>

David J. MacMain
Attorney I.D. No. 59320
Matthew S. Polaha
Attorney I.D. No. 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendants, Susquehanna Township Police Officer, Michael Darcy, Officer Demetrius Glenn, Officer Aaron Osman, Sergeant Richard Adams, Corporal Richard Wilson, and Officer Christopher Haines*

3

## CERTIFICATE OF SERVICE

I, Frank J. Lavery, Jr., Esq., hereby certify that on this 29th day of January 2024, a copy of the foregoing *Stipulation of Dismissal* was served upon all counsel of record via ECF:

Riley H. Ross III
Kevin V. Mincey
Mincey Fitzpatrick Ross, LLC
Two Penn Center
1500 John F. Kennedy Boulevard, Suite 1525
Philadelphia, PA 19102
*Attorneys for Plaintiffs*

David J. MacMain
Matthew S. Polaha
433 W. Market Street, Suite 200
West Chester, PA  19382
*Attorneys for Susquehanna Township Defendants*

John R. Ninosky
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
*Attorney for Defendant PrimeCare Medical Inc.*

Donald L. Carmelite
Brian C. Wauhop
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
*Attorneys for Defendants, Matthew Danner and Angela Swanson*

4

Respectfully submitted,

Lavery Law

Dated: <u>January</u>   2024        By: */s/ Frank J. Lavery, Jr.*

Frank J. Lavery, Jr., Esquire
Attorney I.D. No. 42370
Andrew W. Norfleet, Esquire
Attorney I.D. No. 83894
225 Market Street, Ste. 304
Harrisburg, PA  17101
(717)233-6633 Phone
(717)233-7003 Fax
flavery@laverylaw.com
anorfleet@laverylaw.com
*Attorneys for Dauphin County Defendants*

5