


# Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265

Case Number: 19-0010166    ORI #: PA0220800

Location of Occurrence: 2003 FRANKLIN AVENUE
APTARTMENT A
HARRISBURG, PA 17109

Day / Date / Time ( Reported ): Tuesday, June 18, 2019 4:44 AM
Day / Date ( of Occurrence ): Tuesday, June 18, 2019 4:44 AM
To: Tuesday, June 18, 2019 4:50 AM

Reporting Officer: WILSON, CPL RICHARD
Case Status: OPEN

Highest Ranked Crime: 2702-A1 AGGRAVATED ASSAULT-GENERAL

☑ Domestic Violence Related

Follow up ?:
☐ Yes
☐ No

Copies To:
☐ Folder
☐ Detective
☐ Juv. Prob.
☐ D. A.
☐ Other: _____

## Victim

1. Name - ( Last, First, Middle )
MATTHEWS-KEMRER, THOMAS
Victim of : 1: 2702-A1 AGGRAVATED ASSAULT-GENERAL
2: 2701-A3 SIMPLE ASSAULT-FEAR OF SERIOUS INJ

## Witness

1. Name - ( Last, First, Middle )
RILEY, CARMEN ANN

CID000038




# Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265

Case Number: 19-0010166     ORI #: PA0220800

| | Arrestee | | | |
|---|---|---|---|---|
| 1 | **Name - (Last, First, Middle)**  RILEY, TYRIQUE | **Occupation:** | **Social Security #**  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 | **Citizenship** |
| | **Address** 1931 FRANKLIN AVENUE  HARRISBURG, PA 17109 | **Phone(s)** | | **Drivers License Info. (State / # / Class)**  PA / 32095543 |
| | **Age:** 21   **D. O. B.:** 6/14/1998 | **Hair:** BROWN  **Eyes:** BROWN | **Race:** BLACK OR AFRICAN AMERICAN  **Sex:** M | **Height:** 5-07  **Weight:** 195 |
| | **Arrested For:** 1: 2702-A1 AGGRAVATED ASSAULT-GENERAL  2: 2701-A3 SIMPLE ASSAULT-FEAR OF SERIOUS INJ | | | **Date Arrested** 6/18/2019 5:00:00 AM  **Arrested By:** 1: CPL RICHARD WILSON [204] |

CID000039



## Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265



Case Number: 19-0010166             ORI #: PA0220800

| Property |||||||
|---|---|---|---|---|---|---|
| Role: EVIDENCE  Category: MISC  Type: |||||||
| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
| 190907101023 | Item 1. Description: SLEDGEHAMMER | | | | 1 | $0.00 |

Tag # 16692-1   Location
LOCATION - FLOOR                                       Seized By

CID000040




# Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265

Case Number: 19-0010166

ORI #: PA0220800

## Narrative(s)

Assigned: 6/18/2019 05:36   to officer: WILSON, CPL RICHARD
Approved: 6/18/2019 21:16   by: ADAMS, RICHARD

On 06/18/2019 at 0444 hours the Susquehanna Township Police were dispatched to 2003 Franklin Ave for an active domestic assault involving a person with a sledgehammer.

The dispatcher advised that the caller, later identified as Carmen Riley, advised her son, Tyrique Riley, was in a fight with his father, Thomas Matthews-Kemrer.

The dispatcher stated that C Riley was not answering their questions and it appeared the suspect was near her. The dispatcher could hear C Riley telling T Riley numerous times to put the sledgehammer down.

Upon arrival Ptlm. Glenn, PFC Haines and I went to the back door as instructed. The rear door was open, but there was a locked storm door preventing entrance. Ptlm. Glenn advised he could see the suspect was still holding the sledgehammer to the left of the kitchen, out of my sight.

I tried to get C Riley to unlock the storm door, but she would not. Eventually T Riley did put down the sledgehammer and unlocked the door. T Riley was removed from the kitchen and handcuffed to the rear.

PFC Haines checked the cuffs, double locked them and escorted T Riley to Patrol Unit 1235. PFC Haines searched T Riley and then placed T Riley in the rear and applied the seat belt. The rear of 1235 was searched before and after transport.

While PFC Haines was taking care of T Riley I entered the house and found Matthews-Kemrer lying prone in the first floor, south east bedroom. Matthews-Kemrer was not conscious at that time, but was breathing. Matthews-Kemrer was naked, but his sweat pants were found near his feet.

I advised dispatch to have EMS speed up their response for Matthews-Kemrer.

I began to interview C Riley about what transpired. While talking to C Riley Matthews-Kemrer began to wake up and started to talk.

C Riley and Matthews-Kemrer advised that they live at 1931 Franklin Ave with T Riley. They advised that T Riley was temporarily staying at this location to watch an unknown person's cats. C Riley and Matthews-Kemrer advised they decided to spend the night with T Riley at this house.

C Riley and Matthews-Kemrer advised they were asleep in the bed and were awoken by T Riley who was standing over them holding the sledgehammer.

Matthews-Kemrer advised that T Riley was mumbling something nonsensical. Matthews-Kemrer stated the he knew that T Riley was about to assault him with the sledgehammer. Matthews-Kemrer was scared he was about to be killed.

Matthews-Kemrer jumped up and began to struggle with T Riley in an attempt to get the sledgehammer away from him. The struggle continued into the bedroom where Matthews-Kemrer was found. Matthews-Kemrer was struck several times with the sledgehammer by T Riley. Due to the physically exhaustive struggle Matthews-Kemrer was knocked to the ground where he lost consciousness. Matthews-Kemrer is in poor health, obese and has a heart condition.

CID000041



## Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265



Case Number: 19-0010166          ORI #: PA0220800

At this point is when T Riley walked to the kitchen and stood there with the sledgehammer until taken into custody.

EMS arrived to assess Matthews-Kemrer. The paramedic advised that due to Matthews-Kemrer's injuries he would need to be transported to the nearest trauma center. Matthews-Kemrer also started to show signs of a possible cardiac event as well. Matthews-Kemrer was transported to Holy Spirit Hospital. Ptlm. D'Arcey took custody of the sledgehammer and will enter it into evidence. Ptlm D'Arcey also went to the hospital to photograph Matthews-Kemrer's injuries.

T Riley was transported to the Dauphin County Booking center to be processed and arraigned on Aggravated Assault and Simple Assault by Physical Menace.

Criminal Complaint to follow.

Clear by arrest.

CID000042




## Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265

Case Number: 19-0010166

ORI #: PA0220800

Assigned: 6/18/2019 21:16
Approved: 6/21/2019 20:48

to officer: DARCY, MICHAEL
by: ADAMS, RICHARD

Dispatched to 2003 Franklin Ave in reference to a domestic assault incident. While on scene I was instructed by Sgt Adams and Cpl Wilson to follow the ambulance that was transporting the victim, Matthews-Kemrer to Holy Spirit Hospital for further treatment.

Upon arrival at Holy Spirt Hospital, I took photographs of Matthews-Kemrer's injuries utilizing Patrol Unit #1236's camera. I observed and took photographs of several large lacerations and contusions to his right shoulder, elbow, and right knee.

While taking photographs of Matthews-Kemrer, he advised me that his son, Riley, had beat him with a sledge hammer. He stated that Riley was acting paranoid that several people in the neighborhood were coming to kill him and that he was acting erratic and very strange. He stated that he and his wife invited Riley to stay with them over night to keep an eye on him. He stated that around the time of the incident, his wife woke him up saying that Riley was standing over their bed with a sledge hammer. Matthews-Kemrer said that he confronted Riley as to what he was doing and Riley attacked him. Matthews-Kemrer stated that he and Riley fought for approximately 10 minutes, and during that time, he was struck repeatedly on the body with the sledge hammer. Matthews-Kemrer was complaining of severe body pain due to his injuries.

Matthews-Kemrer was left in the care of Holy Spirit Staff and x-rays and a CAT scan are to be conducted with results pending analysis.

I collected the sledge hammer from the scene which was then submitted into evidence.

CID000043




# Susquehanna Twp Police Department
1900 Linglestown Road
Harrisburg PA, 17110
717-652-8265

Case Number: 19-0010166            ORI #: PA0220800

To protect confidential personal information of any witness or victim in this report, this printed document including, but not limited to, an address, telephone number, driver's license or Identification Card number, social security number, date of birth, etc..., is to be destroyed when valueless.

## Victim

**1**

| Name - (Last, First, Middle) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| MATTHEWS-KEMRER, THOMAS | | 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 | |

| Address | Phone | | Drivers License Info. (State / # / Class) |
|---|---|---|---|
| 1931 FRANKLIN AVENUE<br>HARRISBURG, PA 17109 | MOBILE: 1-(717) 873-2889 | | PA / 19986697 |

| | Hair: | Race: BLACK OR AFRICAN AMERICAN | Height: - |
|---|---|---|---|
| Age: 58   D.O.B.: 2/26/1961 | Eyes: | Sex: M | Weight: |

## Witness

**2**

| Name - (Last, First, Middle) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| RILEY, CARMEN ANN | | | |

| Address | Phone | | Drivers License Info. (State / # / Class) |
|---|---|---|---|
| 1931 FRANKLIN AVENUE<br>HARRISBURG, PA 17109 | HOME2: 1-(717) 232-8135 | | PA / 20553364 |

| | Hair: | Race: BLACK OR AFRICAN AMERICAN | Height: - |
|---|---|---|---|
| Age: 55   D.O.B.: 4/16/1964 | Eyes: | Sex: F | Weight: |