# Booking Video Synopsis 6-18-19

| | |
|---|---|
| Video #1 Garage 0511 hrs - | 1.26, CO's help victim out of SUS Unit and walk him towards Sally entrance. |
| | 1.32, victim becomes dead weight and braces legs not to enter the Sally entrance door. |
| Video #2 Sally 0511 hrs - | 2.04, CO's and victim enter Sally and victim becomes dead weight and again braces his legs on the floor and wall not to enter the Booking Center. |
| Video #3 Booking B 0511 hrs - | 2.16, CO's and victim enter Booking Center and move to the bench. |
| Video #4 Booking C 0513 hrs - | .19, victim resisting, bracing legs against bench and taken to the floor.  Victim contorting body, CO's and SUS Officer placing on shackles, removing shoes, victim still resisting, OC deployed, victim's belt removed and searched for weapons, victim still resisting, SUS PD handcuffs switched out for Booking handcuffs.  Victim placed in cell #132. |
| | 6.29, Medical in to check the victim. |
| Video #5 Booking C 0513 hrs - | Same as Video #4 – different angle |
| Video #6 Cell #132 0517 hrs - | .40, victim brought into cell, all fall to floor. |
| | 1.12, all CO's are off the victim. |
| | 2.32, victim checked by Medical and the victim is left alone. |
| | 4.15, pictures are taken of the victim and the CO's left cell till the end of the segment (35.00).  The victim is handcuffed behind his back and shackled. |
| Video #7 Cell #132 0552.19 hrs - | Entire video the victim is repeatedly walking and sitting, no on enters the cell. |
| Video #8 Cell #132 0652.19 hrs - | 37.30, victim leaves cell for processing. |
| | 38.38, victim returns to cell and placed on the bench by CO's. |

| | |
|---|---|
| | 39.59, victim is stood up in an attempt to replace the handcuffs with a waist belt – victim becomes dead weight and placed back on the bench. |
| | 40.34, CO's leave the cell victim is repeatedly walking and sitting, no on enters the cell till the end of the segment. |
| Video #9 Booking E 0729 hrs - | Same as Video #8 – different angle. |
| | .48, CO's remove the victim from the cell to process him. |
| | 1.16, in the process of switching the handcuffs to a waist belt so the victim can be processed, the victim resists by becoming dead weight. The victim was taken to the floor. |
| | 1.58, victim placed back in cell. |
| | 3.48, CO's leave cell. |
| Video #10 Booking C 0729 hrs - | Same as Video #8 & 9 – different angle. |
| Video #11 Cell #132 0752.20 hrs - | 4.55, Pretrial and CO's enter cell for a Pretrial interview. |
| | 8.36, Pretrial and CO's leave the cell and victim is repeatedly walking and sitting, no on enters the cell till the end of the segment. |
| Video #12 Booking E 0756.24 hrs - | Same as Video #11 – different angle |
| Video #13 Booking C 0756.24 hrs - | Same as Video #11 & #12 – different angle. |
| Video #14 Cell #132 0852.21 hrs - | 16.27, victim leaves cell for his Preliminary Arraignment. |
| | 18.37, victim returned to cell and placed on bench. |
| | 18.50, CO's leave cell. |
| | 21.38, victim slips handcuffs from back to front and taps on the cell door window with the handcuffs. |
| | 28.37, CO's enter cell to put waist belt on the victim, victim is resisting, and a struggle begins. The CO's are successful on putting the waist belt. |
| | 31.41, CO's leave the cell and victim is repeatedly walking around, no on enters the cell till the end of the segment. |

CID001707

| | |
|---|---|
| Video #15 Booking E 0907 hrs - | Same as Video #14 – different angle. |
| | 3.53, after Preliminary Arraignment and on the way back to his cell, the victim becomes dead weight and must be escorted into his cell. |
| Video #16 Booking C 0907 hrs - | Same as Video #14 & #15 – different angle |
| Video #17 Cell #132 0952.21 hrs - | 1.13, victim leaves cell for Medical intake. |
| | 17.07, victim returned to cell by escort and placed on bench. |
| | 42.39, victim leaves cell for DCP. |
| Video #18 Booking E 0949.53 hrs - | Same as Video #17 – different angle |
| Video #19 Booking C 0950 hrs - | Same as Video #17 & #18 – different angle |

Note – no video cameras in the Medical Interview Room

Videos #20, #21 & #22 are of Booking B, Sally and Garage cameras with no problems of the victim's movements to and into the transport vehicle.

CID001708