| REPORT OF EXTRAORDINARY OCCURRENCE | DAUPHIN COUNTY PRISON<br>501 Mall Road<br>Harrisburg, PA 17111 |

| | | | |
|---|---|---|---|
| **1. REPORTING OFFICER:**<br>Lt.Greg Mendenhall | **2. TITLE:**<br>Asst Shift Commander | **3. DATE:**<br>6-18-2019 | |

| | |
|---|---|
| **4. SUPERVISOR IN CHARGE:**<br>Capt.Steve Smith | **5. TITLE:**<br>Shift Commander |

**6. TYPE OF EXTRAORDINARY OCCURRENCE: (check applicable block or blocks)**

| | | |
|---|---|---|
| ☐ | Suicide or Attempt | ☐ Death *(other than suicide)* |
| ☐ | Escape or Attempt | ☐ Riot or Destructive Rebellion |
| ☐ | Homicide or Attempt | ☐ Physical Force on Prisoners |
| ☐ | Fire | ☐ Assaults on Officers or Prisoners |
| ☐ | Infectious Diseases | ☐ Use of Restraints *(other than for medical or transport* |
| ☐ | Use of Chemical Agents | *purposes)* |
| ☐ | Serious Injury | |
| ☒ | Other: *(specify)* | Non-Compliant Detainee - Use of Oleoresin Capsicum |

| | |
|---|---|
| **7. DATE(S) OF EXTRAORDINARY OCCURRENCE ABOVE:**<br>6-18-2019 | **8. TIME(S) OF EXTRAORDINARY OCCURRENCE:**<br>0510 Hours |

| 9. NAME(S) OF INMATES INVOLVED IN ABOVE EXTRAORDINARY OCCURRENCE | DCP NO. | DATE ADMITTED | ADMISSION OF OFFENSE | SENTENCE OR DETENTION |
|---|---|---|---|---|
| Riley,Tyrique | D-94160 | 6-18-2019 | Agg Assault | Detainee |
| | D- | | | |
| | D- | | | |
| | D- | | | |
| | D- | | | |

**10. IF THE EXTRAORDINARY OCCURRENCE IS A NATURAL DEATH, REPORT THE FOLLOWING:**

| (a) Official Cause of Death: | (b) Name of Examining Physician: |
|---|---|
| **(c) Did Deceased Give Any Signs of Illness on Admission?:**<br>☐ YES  ☐ NO | **(d) Was Deceased Examined by a Physician After Admission?:**<br>☐ YES  ☐ NO |
| (e) How Long After Admission?: | (f) Name of Examining Physician: |

FYI
RK

WARDEN'S OFFICE

RECEIVED
JUN 17 2019
DAUPHIN COUNTY PRISON

CID000138

**11. DESCRIPTION OF EXTRAORDINARY OCCURRENCE:**

On the listed date and time, Detainee Riley was brought into the Judicial Center by the Susquehanna Police Department on the charge of aggravated assault. Detainee Riley refused to exit the police cruiser at which time he was physically removed by C.O. Robert Ingersoll along with C.O. Cameron Weaver and this reporting Officer. Upon entering the Judicial Center, Riley became non-compliant at which time he was taken to the ground. Riley continued to resist at which point this officer administered oleoresin capsicum solution to his facial area in order to gain compliance. At this time, handcuffs and shackles were placed on Riley and he was placed in cell 132 where Officers conducted a physical pat search of his person. Prime care medical assessed Riley and documented their findings. (1) Digital image was procured by Sgt. Scott Grieb and the image was embedded in this report. Detainee Riley will remain in restraints until his behavior dictates they can be removed.

**Attached:**
Medical Incident/Injury Report
Staff Memos (4)

**12. INJURIES OR DAMAGES RESULTING FROM EXTRAORDINARY OCCURRENCE:**

Detainee Riley's eyes were flushed with normal saline solution as a result of the exposure to oleoresin capsicum solution.

**13. REMARKS OR CONTINUATION OF ANY ITEM IN THIS REPORT:**



Facial Area

| 14. TYPED NAME OF REPORTING OFFICER: | SIGNATURE: | TITLE: |
|---|---|---|
| Lt.Greg Mendenhall | | Asst Shift Commander |

CID000139

# 🖳 DCP Medical Incident / Injury Report

**TYRIQUE RILEY**
**#CB19-03827**

| JMS ID: | 94160 | Location: | WAITING HOUSING |
|---|---|---|---|
| Age: | 21 | Ethnicity: | - |
| Agency: | 073 | Interviewer: | MA Talley, Vanessa |

| | | |
|---|---|---|
| Location of Incident/Injury: | Prior to incarceration | |
| Date and Time of Incident/Injury: | Prior to incarceration | |
| Reported to Medical Department: | ◉ Yes | Seen in the JC |
| Seen By Medical:<br><br>Date and Time | 06/18/19 at 0510 | |
| Describe Nature of Complaint and/or Injury: | Detainee was sprayed with OC, his eyes were both cleansed with Sterile Eye Wash solution. No other injuries voiced or noted. | |
| Treatment Rendered: | Medical Observation | |
| Diagnosis: | R/O injury | |
| patient: | ◉ Return to Housing Area | |

CID000140

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: CO Cameron Weaver

SUBJECT: Riley, Tyrique  JC# CB1903827

DATE: 6/18/19 @ 0510 hrs

On the above date and time this officer along with CO Ingersoll and Lt. Mendenhall were assisting Susquehanna township remove a non-compliant detainee from the police car. Detainee Riley refused orders to exit the car on his own and this officer and the other officers present assisted in removing him. Detainee refused to walk on his own and was escorted into the booking center. Detainee was ordered to stand so we could complete the booking process. Detainee refused to comply and began pushing off the wall and into officers. This officer along with CO Ingersoll took Detainee Riley to the ground where he continued to disregard verbal orders and continued to move and refused to comply. Detainee was sprayed with Oleoresin capsicum by Lt. Mendenhall. Restraints were applied and the pat search was completed. Detainee was moved to JC 132 where he was checked by medical.

DCP 29

## DAUPHIN COUNTY PRISON

**TO:** Shift commander

**FROM:** D. Bauer (DB)

**SUBJECT:** Riley, Tyrique CB19-03827

**DATE:** 6.18.19 at 0510hrs

On above date and approximate time of 0510hrs Susquehanna PD brought in a combative Riley, Tyrique. Riley was fighting officers and refusing to follow all orders given. This officer assisted with maintaining Riley's legs to prevent detainee from kicking Shackles were applied. Detainee was then escorted to Cell #132 and checked by medical.

**DCP 29**

CID000142

# DAUPHIN COUNTY PRISON

**TO:** Shift Commander
**FROM:** SGT Scott Grieb (SG)
**SUBJECT:** Riley, Tyrique  94160
**DATE:** 6-18-19

At approximately 0510 hours, on the above date, detainee Riley, Tyrique was brought into the Judicial Center by Susquehanna Township police department. Detainee Riley was being totally uncooperative and was proned out on the ground. Detainee Riley resisted officers attempts to put Prison handcuffs and shackles on him and was sprayed with Oleoresin Capsicum by Lt. Mendenhall. Detainee Riley was placed in Prison handcuffs and shackles and was escorted to cell 132 by CO Weaver and this officer. Detainee Riley was evaluated by medical and had his eyes flushed.

DCP 29

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: c/o Robert Ingersoll (21)

SUBJECT: Riley Tyreek

DATE: 6/18/19

ON Above date at approximately 0510 hrs. this officer along with c/o Weaver and Lt Mendenhall removed Riley, Tyreek from the Susquehanna police vehicle. Riley refused to walk and was then escorted into the booking center. Riley refused to comply with orders given and this officer with c/o Weaver took Riley to the ground where he was searched placed in leg shackles and continued to resist and was sprayed by Lt. Mendenhall. Riley was then escorted to cell 132 placed on the ground. Riley was seen by medical photos taken without further incident.

DCP 29

CID000144

**REPORT OF EXTRAORDINARY OCCURRENCE**

DAUPHIN COUNTY PRISON
501 Mall Road
Harrisburg, PA 17111

| 1. **REPORTING OFFICER:** | 2. **TITLE:** | 3. **DATE:** |
|---|---|---|
| Lt. Richard Armermann | Asst. Shift Commander | 06/18/19 |

| 4. **SUPERVISOR IN CHARGE:** | 5. **TITLE:** |
|---|---|
| Capt. Mark Neidigh | Shift Commander |

6. **TYPE OF EXTRAORDINARY OCCURRENCE:** *(check applicable block or blocks)*

- ☐ Suicide or Attempt
- ☐ Escape or Attempt
- ☐ Homicide or Attempt
- ☐ Fire
- ☐ Infectious Diseases
- ☐ Use of Chemical Agents
- ☐ Serious Injury
- ☒ Other: *(specify)*  Disruptive Behavior / Use of Restraint Belt

- ☐ Death *(other than suicide)*
- ☐ Riot or Destructive Rebellion
- ☐ Physical Force on Prisoners
- ☐ Assaults on Officers or Prisoners
- ☒ Use of Restraints *(other than for medical or transport purposes)*

| 7. **DATE(S) OF EXTRAORDINARY OCCURRENCE ABOVE:** | 8. **TIME(S) OF EXTRAORDINARY OCCURRENCE:** |
|---|---|
| 06/18/19 | 0920hrs. |

9. **NAME(S) OF INMATES INVOLVED IN ABOVE EXTRAORDINARY OCCURRENCE**

| NAME(S) OF INMATES INVOLVED IN ABOVE EXTRAORDINARY OCCURRENCE | DCP NO. | DATE ADMITTED | ADMISSION OF OFFENSE | SENTENCE OR DETENTION |
|---|---|---|---|---|
| Riley, Tyrique | D-94160 | 06/18/19 | Agg Assault | $20,000 Bail |
| | D- | | | |
| | D- | | | |
| | D- | | | |
| | D- | | | |

10. **IF THE EXTRAORDINARY OCCURRENCE IS A NATURAL DEATH, REPORT THE FOLLOWING:**

| (a) Official Cause of Death: | (b) Name of Examining Physician: |
|---|---|
| (c) Did Deceased Give Any Signs of Illness on Admission?:  ☐ YES  ☐ NO | (d) Was Deceased Examined by a Physician After Admission?:  ☐ YES  ☐ NO |
| (e) How Long After Admission?: | (f) Name of Examining Physician: |

FYI
RK

WARDEN'S OFFICE
RECEIVED
JUN 19 2019
DAUPHIN COUNTY PRISON

CID000145

**11.  DESCRIPTION OF EXTRAORDINARY OCCURRENCE:**

On the specified date and time, inmate Riley, Tyrique was restrained in handcuffs and began hitting the restraints on the glass window of his cell. The decision was made to place him in a restraint belt and Sgt. Jason Adams, Sgt. Michael Blouch and C.O.'s Taylor Glenn and Martin Myers entered the cell. Riley refused orders given to sit on the cell bench and allow for the transfer of restraints. Minimal force was used to restrain Riley while the restraints were transferred. Prime Care medical staff assessed Riley for injuries and cleaned a small abrasion on his right wrist. Three digital photos were taken by Sgt. Adams. This incident can be viewed on the Booking Center camera for cell# 132 at 0920:58 hours.



**12.  INJURIES OR DAMAGES RESULTING FROM EXTRAORDINARY OCCURRENCE:**

See medical incident report.

**13.  REMARKS OR CONTINUATION OF ANY ITEM IN THIS REPORT:**

Attached: One medical incident report.
         One copy of the disciplinary report.
         Four staff memos.

| 14.  TYPED NAME OF REPORTING OFFICER: | SIGNATURE: | TITLE: |
|---|---|---|
| Lt. Richard Armermann | LT. R A | Asst. Shift Commander |

CID000146

# DCP Medical Incident / Injury Report

| | | |
|---|---|---|
| JMS ID: | 94160 | Location: | CB : 1st Floor : 132 : 1 |
| Age: | 21 | Ethnicity: | - |
| Agency: | 073 | Interviewer: | MA Betancourt, Kasandra |

## TYRIQUE RILEY
## #CB19-03827

| | |
|---|---|
| Location of Incident/Injury: | Judical Center |
| Date and Time of Incident/Injury: | 06/18/2019 9:00AM |
| Reported to Medical Department: | ⊙ Yes |
| Seen By Medical:<br><br>Date and Time | KB 10:00AM |
| Describe Nature of Complaint and/or Injury: | inmate was trying to break through his handcuffs causing injury to his right wrist. |
| Treatment Rendered: | Right wrist was cleaned with saline, non adherent pad was placed and wrapped and taped. Inmate tolerated it well. |
| Diagnosis: | right wrist laceration |
| patient: | ⊙ Return to Housing Area |

CID000147

## DAUPHIN COUNTY PRISON
### INCIDENT REPORT

**PART I - INCIDENT REPORT**

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| Riley Tyrique | 94160 | 06-18-19 | 0922 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| Holding Cell 132 | Unsentenced | Holding Cell #132 |

| 8. INCIDENT | 9. CODE |
|---|---|
| Fighting   Disruptive behavior | C/LIII,*  C/LII,#1 |

**10. DESCRIPTION OF INCIDENT**

Detainee Riley Moved his handcuffs from the back to the front and began to bang on the cell window. He refused to comply with orders to sit still to allow officers to put on a restraint belt. Detainee became aggressive towards officers when trying to place the restraint belt on his waist.

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| Sgt M.Bush | Sgt M.Bush |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | | |

**PART II - ACTION TAKEN**

**16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT**

**17. IT IS THE FINDING: ("X" APPLICABLE BOX)**

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED      ☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT: _____      ☐ YOU DID NOT COMMIT A PROHIBITED

**18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION**

**19. ACTION TAKEN**

**20. DATE OF ACTION** _____

_____ MEMBER       _____ CHAIRPERSON       _____ MEMBER

DCP-8

# DAUPHIN COUNTY PRISON

**TO:**       Shift Commander

**FROM:**     Sgt Jason Adams

**SUBJECT:**  Detainee Riley Tyrique

**DATE:**     June 18, 2019


On June 18, 2019 Detainee Riley, Tyrique was restrained in handcuffs behind his back when he slipped his hands to front and began to hit the glass. The determination was made to enter the holding cell and place detainee Riley in a waist belt with handcuffs Detainee Riley refused verbal orders to back away from the cell door and sit on the bench to allow for the transfer of restraints, a minimal amount of force was necessary to complete the transfer of restraints. Detainee Riley was assessed for injury by Prime Care Medical Staff and three photographs were taken by this Sergeant.

# DAUPHIN COUNTY PRISON

**TO:**   SHIFT COMMANDER

**FROM:** SGT. Michael Blouch

**SUBJECT:** Riley, Tyrique  # 94160

**DATE:**   06/18/2019


On the above date, at approximately 0915 hrs., this officer noticed that detainee Riley had altered the position of his hand cuffs from behind his back to the front of his body.  I notified officers Sgt. J. Adams, Co. T. Glenn and Co. M. Myers of the incident. We then entered holding cell #132 to place a restraint belt on detainee Riley.  At this time Riley refused all orders and resisted our attempts to place the restraint belt on him.  The minimum amount of force was used to gain compliance and place the restraint belt on Riley.  Riley was seen by medical and photos were taken.

CID000150

# DAUPHIN COUNTY PRISON

**TO:** Shift Commander

**FROM:** Co - T. Glenn (TG)

**SUBJECT:** Riley, Tyrique

**DATE:** 6-18-19

On the above date at approx. 0920 detainee Riley, Tyrique housed in Cell 132 slipped his restraints. This officer along with Sgt Adams, Sgt Blouch and Co Myers went hands on to place detainee Riley into a belt restraint. This officer secured detainee's legs.

**DCP 29**

# DAUPHIN COUNTY PRISON

**TO:** shift commander

**FROM:** c/o myers, m

**SUBJECT:** Detainee Riley, tyrique

**DATE:** 6/18/19

On June 18, 2019 Detainee Riley, Tyrique was in cell #132 when he slipped his handcuffs and started to bang on his window. At this time I officer myers, m entered the cell with other officers, and placed him into a restraint belt.

**DCP 29**

CID000152

Dauphin County Prison Disciplinary Report

Riley, Tynque        94160      A-1-5      1/18/19    0922      7/1/19

AME OF ACCUSED        DCP #      CELL      DATE OF    TIME OF   DATE OF
                                          INCIDENT   INCIDENT  HEARING

EVIOUS CONVICTIONS

___ CLASS I - LEVEL I                    ___ CLASS I - LEVEL II

___ CLASS I - LEVEL III                  ___ CLASS II

used will represent themselves: YES ____ NO ____   if no,  Represented by _____

                                         if yes  Signature _____

| ss | plea | verdict | written charges |
|---|---|---|---|
| LV 1 CD 1 | G/NG | G/NG | Fighting |
| LV 3 CD 3 | G/NG | G/NG | Disruptive Behavior |
| LV__ CD__ | G/NG | G/NG | |
| LV__ CD__ | G/NG | G/NG | |
| LV__ CD__ | G/NG | G/NG | |
| LV__ CD__ | G/NG | G/NG | |

llowing charges were reduced:_____ TO:_____

NAL LOCK IN DATE _____     CURRENT RELEASE DATE _____

ENT LOCK IN DAYS _____     NEW SENTENCE _____

OTAL OF LOCK IN DAYS _____  NEW RELEASE DATE _____

N TAKEN:

Released DCP 7/1/19

_____

_____

_____

NDORSEMENT

ED _____                         DATE: _____

ENDORSEMENT

FIED _____                       APPROVED _____

T OF ACCUSED TO DISCIPLINARY BOARD:

CID000153

## NOTICE OF INSTITUTION
## DISCIPLINARY BOARD HEARING

DATE: _06-18-19_

TO: _Riley, Tyrique_      DCP #: _94160_

ALLEGED VIOLATION: _Cl, L.1, #1  Fighting  Cl, L111, #2  Disruptive Behav_

DATE OF OFFENSE: _06-18-19_

You are being referred to the Institutional Disciplinary Board for the above charge(s):

The hearing will be held on ___DCAP___

at _____ AM, PM at the following location: _DCP  CourtLine_ .

You are entitled to have a representative at the hearing. Please indicate below whether you desire to have a representative, and if so, his/her name:

I DO _____ I DO NOT _____ wish to have a representative.

My representative will be: _____ .

You also have the right to call witnesses at the hearing and to present documentary evidence on your behalf provided calling your witnesses will not jeopardize institutional safety/ security.

Names of witnesses you wish to call should be listed below. Briefly state what each proposed witness would be able to testify to:

WITNESS: _____ can TESTIFY to: _____

WITNESS: _____ can TESTIFY to: _____

WITNESS: _____ can TESTIFY to: _____

WITNESS: _____ can TESTIFY to: _____

cc: Disciplinary Board Chairman
Inmate

DCP 10B (rvsd) 5/85

# DAUPHIN COUNTY PRISON
## INCIDENT REPORT

### PART I - INCIDENT REPORT

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| Riley Tyrique | 94160 | 06-18-19 | 0922 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| Holding Cell 132 | Unsentenced | Holding Cell #132 |

| 8. INCIDENT | 9. CODE |
|---|---|
| Fighting   Disruptive behavior | C1,L111,#2 / C1,L11,#1 |

**10. DESCRIPTION OF INCIDENT**

Detainee Riley Moved his handcuffs from the back to the front and begun to bang on the cell window. He refused to comply with orders to sit still to allow officers to put on a restraint belt. Detainee became aggressive towards officers when trying to place the restraint belt on his waist.

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| Sgt McVeal | Sgt McVeal |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | 6/18/19 | 0950hrs |

### PART II - ACTION TAKEN

**16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT**

"None"

**17. IT IS THE FINDING: ("X" APPLICABLE BOX)**

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT:

☐ YOU DID NOT COMMIT A PROHIBITED

**18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION**

**19. ACTION TAKEN**

Released DCP 7/1/19

| 20. DATE OF ACTION | | |
|---|---|---|
| 7/1/19 | | |
| MEMBER | CHAIRPERSON | MEMBER |

DCP-8

7/1/19

## DAUPHIN COUNTY PRISON
### INCIDENT REPORT

**PART I - INCIDENT REPORT**

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| Riley Tyrique | 94160 | 06-18-19 | 0922 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| Holding Cell 132 | Unsentenced | Holding Cell #132 |

| 8. INCIDENT | 9. CODE |
|---|---|
| Fighting  Disruptive behavior | C1, L11, #2  C1, L11, #1 |

**10. DESCRIPTION OF INCIDENT**

Detainee Riley moved his handcuffs from the back to the front and began to bang on the cell window. He refused to comply with orders to sit still to allow officers to put on a restraint belt. Detainee became aggressive towards officers when trying to place the restraint belt on his waist.

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| Sgt McK | Sgt MKow/ |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | 6/16/19 | 0930Hrs |

**PART II - ACTION TAKEN**

**16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT**

None DCP 7/1/19

**17. IT IS THE FINDING: ("X" APPLICABLE BOX)**

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT:

☐ YOU DID NOT COMMIT A PROHIBITED

**18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION**

**19. ACTION TAKEN**

Released DCP 7/1/19

**20. DATE OF ACTION**   7/1/19

MEMBER          CHAIRPERSON

DCP-8

CID000156

## DAUPHIN COUNTY PRISON
### INCIDENT REPORT

7/1/4

**PART I - INCIDENT REPORT**

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| Riley Tyrion | 94166 | 06-18-19 | 0922 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| Holding Cell 132 | Unsentenced | Holding Cell #132 |

| 8. INCIDENT | 9. CODE |
|---|---|
| Fighting Disruptive behavior | c1,11,#1 |

**10. DESCRIPTION OF INCIDENT**

Detainee Riley moved his handcuffs from the back to
the front and refused to bring out the cuff window. He refused
to comply with orders to sit still to allow officers to
put on a restraint belt. Detainee became combative towards
officers when trying to place the restraint belt on his waist

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| | |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | | |

**PART II - ACTION TAKEN**

**16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT**

None

**17. IT IS THE FINDING: ('X' APPLICABLE BOX)**

☒ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☒ YOU COMMITTED THE FOLLOWING PROHIBITED ACT:

☒ YOU DID NOT COMMIT A PROHIBITED

**18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION**

**19. ACTION TAKEN**

Released Dec 7/1/19

**20. DATE OF ACTION**
7/1/19

| MEMBER | CHAIRPERSON | MEMBER |
|---|---|---|

DCP-8

CID000157

# DAUPHIN COUNTY PRISON

**Commissioners**
JEFF HASTE, CHAIRMAN
MIKE PRIES, VICE CHAIRMAN
GEORGE P. HARTWICK III

**Chief Clerk / Chief of Staff**
CHAD SAYLOR



501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE (717) 780-6800
FAX (717) 558-8825

**Warden**
BRIAN S. CLARK, CCHP

**Associate Warden**
GREGORY C. BRIGGS

**Director of Security**
ROGER C. LUCAS

**Director of Treatment**
JOHN A. ADDISON

**Director of Operations**
BRENDA E. HOFFER

**Director of Criminal Justice**
ASHLEY D. YINGER

June 28, 2019
(Sent via e-mail only)

Mr. John Goshert, Director
Criminal Investigation Division
District Attorney's Office

RE:   Request for Investigation
CID-19-38-RCL

Dear Mr. Goshert:

On June 26, 2019, inmate Tyrique Riley #94160 was the subject of a medical emergency called on A Block. This situation resulted in inmate Riley being taken to the hospital by ambulance. We would like to have you look into this matter.

Thank you for your assistance in this matter

Roger Lucas, Director of Security

Copy: Administration

| REPORT OF EXTRAORDINARY OCCURRENCE | DAUPHIN COUNTY PRISON<br>501 Mall Road<br>Harrisburg, PA 17111 |
|---|---|

| 1. REPORTING OFFICER: | 2. TITLE: | 3. DATE: |
|---|---|---|
| Capt. Andrew Klahr | Shift Commander | 6-26-19 |

| 4. SUPERVISOR IN CHARGE: | 5. TITLE: |
|---|---|
| Capt. Andrew Klahr | Shift Commander |

**6. TYPE OF EXTRAORDINARY OCCURRENCE:** *(check applicable block or blocks)*

| | | | |
|---|---|---|---|
| ☐ | Suicide or Attempt | ☐ | Death *(other than suicide)* |
| ☐ | Escape or Attempt | ☐ | Riot or Destructive Rebellion |
| ☐ | Homicide or Attempt | ☐ | Physical Force on Prisoners |
| ☐ | Fire | ☐ | Assaults on Officers or Prisoners |
| ☐ | Infectious Diseases | ☐ | Use of Restraints *(other than for medical or transport purposes)* |
| ☐ | Use of Chemical Agents | | |
| ☐ | Serious Injury | | |
| ☒ | Other: *(specify)* | Medical Emergency / Emergency Transport | |

| 7. DATE(S) OF EXTRAORDINARY OCCURRENCE ABOVE: | 8. TIME(S) OF EXTRAORDINARY OCCURRENCE: |
|---|---|
| 6-26-19 | 0950 Hrs. |

| 9. NAME(S) OF INMATES INVOLVED IN ABOVE EXTRAORDINARY OCCURRENCE | DCP NO. | DATE ADMITTED | ADMISSION OF OFFENSE | SENTENCE OR DETENTION |
|---|---|---|---|---|
| Riley, Tyrique | D-94160 | 6-18-19 | Agg. Assault | $ 20,000 Bail |
| | D- | | | |
| | D- | | | |
| | D- | | | |
| | D- | | | |

**10. IF THE EXTRAORDINARY OCCURRENCE IS A NATURAL DEATH, REPORT THE FOLLOWING:**

| (a) Official Cause of Death: | (b) Name of Examining Physician: |
|---|---|
| (c) Did Deceased Give Any Signs of Illness on Admission?:  ☐ YES  ☐ NO | (d) Was Deceased Examined by a Physician After Admission?:  ☐ YES  ☐ NO |
| (e) How Long After Admission?: | (f) Name of Examining Physician: |

WARDEN'S OFFICE
RECEIVED
JUN 2 7 2019
DAUPHIN COUNTY PRISON

CID000159

---

**11. DESCRIPTION OF EXTRAORDINARY OCCURRENCE:**

On the above date at 0950 hrs. Officers Matthew Danner and Steve Singleton were attempting to change Inmate Tyrique Riley (cell A1-5) out of a suicide smock into a uniform so he could be transported to the Harrisburg Hospital. Riley was to be transported due to a change in his mental status. Riley became combative and was placed in handcuffs behind his back and leg irons. I arrived to find Riley still grabbing at Officer Danner's hands, spitting at staff and refusing to calm. I ordered the restraint chair to hold Riley until an ambulance could be summoned to transport him due to his combative behavior. As I, Sgt. Scott Lewis, Sgt. Keith Biter and Officers Danner and Singleton were placing him in the restraint chair Riley was kicking in the direction of staff. Riley's actions stopped and I noticed it appeared he was not breathing; I attempted a sternum rub with no effect. I called a medical emergency and immediately use the restraint chair to take Riley to Main Side Medical. Once there I placed the AED on his chest and had 911 called (1004hrs) for an ambulance. The AED reported "Shock Advised" I administered the one shock and CPR was started. Prime Care staff along with security staff continued relieving each other doing compressions until the Life Team Ambulance crew arrived (1010hrs) and took over. Life Team continued care and departed the Prison (1049 hrs.). The incident on A-Block is visible on camera A-1-to-front from 0950:16 to 1000:35 hrs. During this incident Officer Danner was scratched by Riley on both hand/wrists. I took one digital photograph of his injuries and he was assessed by Prime Care Medical staff.

At 1220 hrs. Riley was admitted to the Hospital: Room MSICU-15 the nursed station phone number is 717-782-5380. Warden Greg Briggs was notified of this incident. Due to this room not having a bathroom two officers will supervise this inmate. The AED that was used was turned over to Warden Briggs.

Attached:
- A copy of the medical transport form
- One medical incident/injury report
- Memos from staff

**12. INJURIES OR DAMAGES RESULTING FROM EXTRAORDINARY OCCURRENCE:**

Inmate became unresponsive and appeared to stop breathing.

**13. REMARKS OR CONTINUATION OF ANY ITEM IN THIS REPORT:**



| 14. TYPED NAME OF REPORTING OFFICER: | SIGNATURE: | TITLE: |
|---|---|---|
| Capt. Andrew Klahr | C.LL | Shift Commander |

# DAUPHIN COUNTY PRISON

**TO:** Shift Commander

**FROM:** CO Danner

**SUBJECT:** Riley, Tyrique  94160

**DATE:** 6/26/19

I CO Danner was ordered to go to A1-5 and change inmate Riley from a smock into a uniform for transport. I CO Danner entered the cell inmate Riley was ordered to change into the uniform. When inmate Riley removed his smock but refused to put the uniform on I CO Danner attempted to hand inmate Riley the lock-in uniform, when he grabbed this officers hand and arm. Inmate Riley was taken to the floor and restrained. Shift Commander was notified. Other staff and myself where ordered to put inmate Riley into the restraint chair. I assisted in placing him into the restraint chair. Inmate Riley became unresponsive and was taken to medical where he was removed from the restraint chair. Placed on the floor, and CPR was started I CO Danner did chest compressions until I was relieved I did transport inmate Riley to Harrisburg hospital by ambulance.

**DCP 29**

CID000161

# DAUPHIN COUNTY PRISON

**TO:** Shift Commander
**FROM:** Co. Steven Singleton
**SUBJECT:** Riley, Tyrique 94160
**DATE:** 6/26/19

On the above date at approximately 0959 Co. Danner and myself went to A1-5 to take Riley to the hospital. We entered the cell and told Riley to remove his smock and put on a uniform. Riley became combative towards staff. The smock was removed and We attempted to put a uniform on Riley. Riley fought and would not let the uniform be put on him. Riley was then taken to the floor and was handcuffed and shackled. Riley was then placed in the restraint chair and kept fighting and kicking to keep from being restrained. Riley then went limp. Riley was taken to medical where CPR was performed. Riley was then transported to the hospital.

**DCP 29**

CID000162

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: Sgt Keith Biter (KUB)

SUBJECT: Riley, Tyrique 94160

DATE: 6-26-19

On the above date at approximately 0956 I was told to take a restraint chair to A block. When I arrived at Riley's cell it appeared the inmate was resisting the officers trying to restrain him. Once we placed him in the restraint chair he became unresponsive and a medical emergency was called by Captain Klahr. We took the inmate in the restraint chair to medical. Once in medical he was removed from the chair and CPR was started and an ambulance was called. AED was placed on Riley and only one shock was advised. CPR continued and an ambulance crew arrived. I continued to help with CPR until the inmate was taken out of Medical by the ambulance crew and transported to Hospital. This is for your information.

DCP 29

CID000163

## DAUPHIN COUNTY PRISON

TO: Shift Commander
FROM: S.K. Lewis
SUBJECT: Riley, Tyrique 94,160
DATE: 26 June 2019

Sir, on the above date at 0956 hrs I assisted in placing inmate Riley into the restraint chair. I controlled the subject's head using the hypoglossal pressure point. Once he was properly secured in the chair, I released the hold. It was at this time that Capt Klahr observed that Riley had become unresponsive, and called medical emergancy. I helped to move the inmate off of A block, and then returned to my post (Intake/Lobby).

DCP 29

CID000164

# DAUPHIN COUNTY PRISON

**TO:** SHIFT COMMANDER

**FROM:** CO KEITH HOFFMAN KH

**SUBJECT:** RILEY, TYRIQUE #94160  A1-5

**DATE:** 6/28/19

ON JUNE 26, 2019 @ APPROX 0950 THIS OFFICER ASSISTED CO SINGLETON AND CO DANNER TO DRESS INMATE RILEY FOR TRANSPORT TO HOSPITAL. THIS OFFICER TRIED TO PUT SHIRT ON INMATE, AT WHICH INMATE STARTED TO RESIST. INMATE STARTED KICKING AND RESISTING FURTHER AT WHICH I APPLIED SHACKLES AND CONTROLLED HIS KICKING BY HOLDING LEGS DOWN. WHEN CAPT KLAHR ARRIVED THIS OFFICER LEFT CELL.

DCP 29

CID000165

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: ~~Capt.~~ Khlar CO Swanson

SUBJECT: Riley, Tyrique  94160

DATE: 6-29-19

On 6-26-19 @ approximately 0950
CO's Danner, Singleton, & Hoffman attempted
to dress & cuff inmate Riley to be
taken to hospital. I was outside of
cell while this was being done.
Inmate Riley fought the entire
time. Officers were unable to
dress said inmate due to his
combativeness. Capt. Khlar & Sgt. Lewis
arrived. Inmate was cuffed &
placed in restraint chair. Taken
to medical

DCP 29

CID000166

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: Tami Donovan

SUBJECT: Riley, Tyrique #94160

DATE: 6/29/19

On Wednesday 6/26/19 upon arriving on A Block inmate Riley, Tyrique #94160 was a Level 1 suicide watch. Inmate was in A1-5 naked and behaving in a bizarre manner. At approx 1800 hrs CO M. Danner and CO S. Singleton entered the cell in order to take inmate Riley to the hospital to receive care. Inmate Riley actively resisted. He refused to get dressed. I notifed CO Hockenberry in A&B control that inmate was refusing to cooperate. She then notified Central Control. Captain Klahr arrived on Block and called for the restraint chair. Inmate continued to resist Officers. He then appeared to pass out. Captain Klahr called Medical Emergency and inmate was taken off Block in the restraint chair to Medical.

DCP 29

CID000167

# DAUPHIN COUNTY PRISON

TO: Capt. Neidigh

FROM: Sgt Hess (AH)

SUBJECT: Inmate Riley - Death

DATE: 7/17/19

On 6/26/19 at 0950 hours I (Sgt Hess) went over to A-block to relieve CO. Swanson for lunch break. While getting the relief information on what is happening on A-block - Dayroom for her lunch break CO. Danner and CO. Singleton were on block to get inmate Riley for a emergency hospital run.

CO. Donavon who had the bottom tier for A-block yelled that the officer's were having problems with inmate Riley. Inmate Riley had a smock on and need to change into a uniform for transport to hospital. I (Sgt Hess) went down to Riley's cell and saw inmate Riley laying on his side with CO.'s Danner by his shoulder's head area CO Singleton was next and CO. Hoffman by his feet standing. Someone asked to have Capt. Klahr called back to cell, because inmate Riley was not complying with orders given to him. I informed control center (AH) officer CO. Hockenberry to have central get Capt. Klahr.

DCP 29

# DAUPHIN COUNTY PRISON

page #2

TO: Capt. Nesdingh

FROM: Sgt Hess (AM)

SUBJECT: ~~Inmate~~ Riley - Death

DATE: 7/17/19

Capt Klahr and Sgt. Lewis came on block to examine the situation with Riley. Capt Klahr called for the chair (restraint) from central. I (Sgt Hess) was going to get restraint chair and was met by Sgt. Biter coming out of central control with the restraint chair. Sgt Biter wheeled the chair down to Inmate Riley's cell - a spit sheild was request from cell - I (Sgt Hess) took one out of bag on back of chair-restraint and handed it into cell. Sgt Lewis told - Sgt Hess, CO Donovon, and CO Swason to go to the front of block - due to inmate Riley being naked in cell.

Inmate was brought out of cell and placed in restraint - chair. Inmate Riley was facing away from front of the block in chair when his head went and dropped to the back of the chair. Capt Klahr called a medical emergency for unresponsive inmate and then wheeled inmate out of block to medical with Sgt Biter and Sgt Lewis.

DCP 29

CID000169

# PrimeCare
## MEDICAL, INC.+
The Choice for Quality Contract Services.

_Admitted 1220hrs_

| | |
|---|---|
| **TO:** | WARDEN, SHIFT COMMANDERS, RECORDS |
| **FROM:** | MEDICAL DEPARTMENT |
| **RE:** | MEDICAL TRANSPORT |
| **DATE:** | 6/28/2019 |

| | | | |
|---|---|---|---|
| **TIME OUT:** | 1049 | **RETURN TIME:** | |

| | | | |
|---|---|---|---|
| **INMATE:** | Tyrique Riley | **DCP#:** | 94160 |

The above listed DCP inmate/detainee is in need to be transported to:

_Harrisburg Hospital Emergency Room_

For the following reason:

_Mental status changes_

**TYPE OF TRANSPORT:**

☐ Routine/Scheduled   ☒ Non-Emergency   ☐ Emergency

**MODE OF TRANSPORTATION:** ☒ County Vehicle   ☐ Ambulance

THE OFFICER/STAFF MEMBER RETURNING THE INMATE/DETAINEE TO DCP SHALL FORWARD ALL MEDICAL DOCUMENTS TO THE MEDICAL DEPARTMENT SO THAT THE INMATE/DETAINEE CAN RECEIVE THE ORDERED CARE THAT WAS REQUIRED BY THE ABOVE REFERENCED PHYSICIAN/HOSPITAL/CLINIC.

**SIGNED BY:** _Swm Delar LPN_

Medical Representative

ADDITIONAL INFORMATION IF REQUIRED:

COPY: Warden; Shift Commander; Central Control; Records; File

CID000170

## DCP Medical Incident / Injury Report

**JMS ID:** 94160   **Location:** DCP : A : 105 : 001
**Age:** 21   **Ethnicity:** -
**Agency:** 073   **Interviewer:** Daubenspeck, LPN, Carl

### TYRIQUE RILEY
### #DC19-03827

| | |
|---|---|
| Location of Incident/Injury: | A 105 |
| Date and Time of Incident/Injury: | 6/26/2019 0920 |
| Reported to Medical Department: | ◉ Yes<br>○ No |
| Seen By Medical:<br><br>Date and Time | 6/26/2019 0920 |
| Describe Nature of Complaint and/or Injury: | Inmate was assessed by mental health for level of conscience changes. |
| Treatment Rendered: | Inmate ordered to be sent out to area hospital for further assessment. |
| Diagnosis: | Rule out injury. |

**Disposition After Treatment**

| | |
|---|---|
| patient: | ○ Return to Housing Area<br>○ Medical RHU Review<br>○ Special Housing<br>◉ Refer to Community Hospital |

Distribution: Original - Medical Records Copy - Warden

CID000171

**PRIMECARE**
**MEDICAL, INC.+**

DAUPHIN COUNTY PRISON, 501 MALL ROAD, HARRISBURG, PA. 17111

## MEDICAL INCIDENT / INJURY REPORT

| 1. **Name:** Last _Danner_ | First _Matthew_ | Middle _E_ | **Male** ☒ | **Female** ☐ |
|---|---|---|---|---|

| 2. **Inmate** ☐ | 2a. **Institution Number** | 3. **Staff** ☒ | 3a. **Job Title** _Corrections officer_ |
|---|---|---|---|

4. **Visitor / Contractor** ☐    4a. Home Address:
Phone Number:
Reason for Visitor/ Contractor presence in Institution:

5. **Location of Incident / Injury:** _A 105_
Time: _0959_    Date: _6/26/19_

6. **Seen By Medical:**
Time _1445_    Date _6/26/19_
Reported to Medical Department: Yes ☒ No ☐

7. **Describe Nature of Complaint and/or Injury:** _abrasion to left hand and right forearm ; no other injuries voiced or noted_

(USE REVERSE SIDE IF MORE SPACE IS REQUIRED)

8. **Treatment Rendered:** _medical observation_

(USE REVERSE SIDE IF MORE SPACE IS REQUIRED)

9. **Diagnoses:** _rule out injury_

10. **Disposition After Treatment (Check One):**

**INMATE:** Return To Housing Area ☐   Medical RHU Review ☐   Special Housing ☐
Refer to Community Hospital ☐

**STAFF:** Return To Duty ☐   Refer to Supervisor ☒   (NOTE: Copy Staff Report to Supervisor and Shift Commander)

**VISITOR / VOLUNTEER / CONTRACTOR:** Refer to Physician ☐   Refer To Community Hospital ☐
(NOTE: Copy Report to Shift Commander)

**Medical Staff**
Prepared by: (Print Name) _Tia Drabick_   Title: _LPN_   Signature: _Tia Drabick_

**Distribution:** *Original – Medical Records    Copy – Warden*
DCP – 25

Revised October 2006
CID000172

**7.** **Describe Nature Of Complaint and/or Injury** (Continued from Front Side):



**8.** **Treatment Rendered** (Continued from Front Side):

| **REPORT OF EXTRAORDINARY**<br>**OCCURRENCE** | **DAUPHIN COUNTY PRISON**<br>501 Mall Road<br>Harrisburg, PA  17111 |
|---|---|

| 1. **REPORTING OFFICER:**<br>Capt. Andrew Klahr | 2. **TITLE:**<br>Shift Commander | 3. **DATE:**<br>6-27-19 |
|---|---|---|

| 4. **SUPERVISOR IN CHARGE:**<br>Capt. Andrew Klahr | 5. **TITLE:**<br>Shift Commander |
|---|---|

6. **TYPE OF EXTRAORDINARY OCCURRENCE:** *(check applicable block or blocks)*

| | |
|---|---|
| ☐ **Suicide or Attempt** | ☐ **Death** *(other than suicide)* |
| ☐ **Escape or Attempt** | ☐ **Riot or Destructive Rebellion** |
| ☐ **Homicide or Attempt** | ☐ **Physical Force on Prisoners** |
| ☐ **Fire** | ☐ **Assaults on Officers or Prisoners** |
| ☐ **Infectious Diseases** | ☐ **Use of Restraints** *(other than for medical or transport* |
| ☐ **Use of Chemical Agents** | *purposes)* |
| ☐ **Serious Injury** | |
| ☒ **Other:** *(specify)*   Disruptive Hospital Visitor | |

| 7. **DATE(S) OF EXTRAORDINARY OCCURRENCE ABOVE:**<br>6-27-19 | 8. **TIME(S) OF EXTRAORDINARY OCCURRENCE:**<br>1505 hrs. |
|---|---|

| 9. **NAME(S) OF INMATES INVOLVED IN ABOVE EXTRAORDINARY OCCURRENCE** | **DCP NO.** | **DATE ADMITTED** | **ADMISSION OF OFFENSE** | **SENTENCE OR DETENTION** |
|---|---|---|---|---|
| Riley, Tyrique | D-94160 | 6-18-19 | Agg. Assault | $ 20,000 Bail |
| | D- | | | |
| | D- | | | |
| | D- | | | |
| | D- | | | |

10. **IF THE EXTRAORDINARY OCCURRENCE IS A NATURAL DEATH, REPORT THE FOLLOWING:**

| (a) **Official Cause of Death:** | (b) **Name of Examining Physician:** |
|---|---|
| (c) **Did Deceased Give Any Signs of Illness on Admission?:**<br>☐ YES   ☐ NO | (d) **Was Deceased Examined by a Physician After Admission?:**<br>☐ YES   ☐ NO |
| (e) **How Long After Admission?:** | (f) **Name of Examining Physician:** |

WARDEN'S OFFICE

RECEIVED

JUL 0 2 2019

DAUPHIN COUNTY PRISON

CID000174

**11. DESCRIPTION OF EXTRAORDINARY OCCURRENCE:**

On the above date and time, Prison administration allowed Tyrique Riley's parents to visit him while at the Harrisburg Hospital. During this visit Riley's father became disruptive and attempted to photograph his son. Hospital staff notified their security staff and Officers Robert Battaglia and Godofredo Carranza asked him to leave. His father left and Riley's mother did finish the visit without further incident.

Attached:
- Two memos from staff

**12. INJURIES OR DAMAGES RESULTING FROM EXTRAORDINARY OCCURRENCE:**

None

**13. REMARKS OR CONTINUATION OF ANY ITEM IN THIS REPORT:**

None

| 14. TYPED NAME OF REPORTING OFFICER: | SIGNATURE: | TITLE: |
|---|---|---|
| Capt. Andrew Klahr | | Shift Commander |

CID000175

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: Co G. Graves 

SUBJECT: Inmate Riley, Tyreca - 94160

DATE: 6/27/19

ON THE ABOVE DATE AT APPOROMATLY 1500 HRS the Parents of Inmate Riley, Tyreca were Allowed A visit (94160) For twenty minutes. During That Time the inmates Father Became Disruptive and Beligerant and was asked to Leave.

DCP 29

CID000176

# DAUPHIN COUNTY PRISON

TO: Shift Commander

FROM: Battough, Robert (RB)

SUBJECT: Hospital visit 6/27/19

DATE: 6/27/19

On the above date at approx 1500, the Father of Tyriq Williams was given permission to visit his son in the ICU. During this time, Said person became disruptive and began to disrespect this officer, Saying "your eyes are Cold as hell." Said person was then asked to leave, and refused to. Security was called by the hospital staff and said person was escorted out by security.

DCP 29

CID000177