IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
– – –

| | |
|---|---|
| CARMEN RILEY, Administrator | : CIVIL ACTION |
| of the Estate for Tyrique | : NO. 4:20-CV-00325 |
| Riley, et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| V. | : |
| | : |
| BRIAN CLARK, Warden of | : |
| Dauphin County Prison, et | : |
| al. | : |
| Defendants. | : |

– – –

Thursday, July 7, 2022

– – –

Oral deposition of KASSANDRA BETANCOURT,

taken via Zoom Video Communications on the

above date, beginning at approximately 9:30

a.m., before Maria Rousakis, Professional

Court Reporter and Notary Public.

– – –

DiPIERO COURT REPORTING
Registered Professional Reporters
1175 Marlkress Road – Unit 2460
Cherry Hill, New Jersey  08034
(215) 735-8101

Page 2

APPEARANCES:

MINCEY FITZPATRICK ROSS, LLC
BY:  KEVIN V. MINCEY, ESQUIRE
      RILEY H. ROSS, ESQUIRE
  One Liberty Place
  1650 Market Street
  Suite 3600
  Philadelphia, Pennsylvania  19103

Counsel for Plaintiffs

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY:  JOHN R. NINOSKY, ESQUIRE
  100 Corporate Center Drive
  Suite 201
  Camp Hill, Pennsylvania  17011

Counsel for Defendant,
Prime Care and Ms. Betancourt

LAVERY LAW
BY:  FRANK LAVERY, ESQUIRE
  225 Market Street
  P.O. Box 1245
  Harrisburg, Pennsylvania  17108

Counsel for Defendant,
Lt. Greg Mendenhall

MARSHALL DENNEHEY
BY: ALISSA CARDENAS HARRISON, ESQUIRE
  100 Corporate Drive
  Suite 201
  Camp Hill, Pennsylvania  17011

Counsel for Defendant,
Angela Swanson

---

Page 3

APPEARANCES: (Cont'd.)

MacMAIN, CONNELL & LEINHAUSER
BY:  MATTHEW S. POLAHA, ESQUIRE
  433 West Market Street
  Suite 200
  West Chester, Pennsylvania  19382

Counsel for Susquehanna Defendants

- - -

---

Page 4

INDEX TO TESTIMONY

WITNESS                          PAGE

KASSANDRA BETANCOURT

Examined By

   Mr. Mincey:              5

   Mr. Polaha:             80

- - -

(No exhibits were marked at this time.)

- - -

---

Page 5

```
 1        (It was stipulated by and
 2    between counsel for the
 3    respective parties that reading,
 4    signing, sealing, certification
 5    and filing are not waived, and
 6    that all objections, except as to
 7    the form of the question, are
 8    reserved to the time of trial.)
 9             - - -
10        .... KASSANDRA BETANCOURT,
11    having been first duly sworn as a
12    witness, was examined and
13    testified as follows ....
14             - - -
15        EXAMINATION
16             - - -
17  BY MR. MINCEY:
18  Q.  Good morning, Ms. Betancourt.  My
19    name is Kevin Mincey.  I am here with my
20    partner, Riley Ross.  We represent the
21    Estate of Tyrique Riley along with Mr.
22    Riley's parents in a lawsuit filed
23    against a number of Defendants including
24    Prime Care, and today is your
25    deposition.
```

KASSANDRA BETANCOURT

Page 6

1      Have you ever been deposed before?
2  **A.  No.**
3  Q.  Okay.  I'm going to give you some
4  ground rules to try to make this as easy
5  as possible for us.  Okay?  I'm sure
6  some of it you've probably gone over
7  with your counsel, but allow me to be a
8  little bit repetitive if you may.
9      This is a question and answer
10  session, so there are no right and wrong
11  answers.  It's just an opportunity for
12  me to ask you questions, and for the
13  other counsel on the call to ask you
14  questions and get some more information
15  about Mr. Riley's medical treatment.
16      I want your best recollection of
17  the event.  I don't want you to guess,
18  okay.  If you're going to approximate
19  something like a length of time or a
20  distance or something like that, just
21  let me know that you're approximating so
22  the record can accurately reflect that.
23  Okay?
24  **A.  Okay.**
25  Q.  I need you to give me all verbal

Page 7

1  responses to all of my questions.  In a
2  normal conversation, we could be talking
3  to each other, and I could tell by your
4  facial expression and nodding your head,
5  shaking your head, what you mean and
6  kind of what your intent is.  But that
7  doesn't come across in a written
8  transcript that's being provided to us
9  by the court reporter, so it's really
10  important that I get verbal responses.
11  Okay?
12  **A.  Okay.**
13  Q.  To the best that you can, I'm going
14  to ask that you give me "yes" or "no"
15  answers to the questions.  Obviously you
16  may need to elaborate on your yes or nos
17  and give explanations, but as long as
18  you don't give me "uh-uh" or "uh-huh,"
19  we should be good.  Okay?
20  **A.  Okay.**
21  Q.  Also, in the course of a
22  conversation, you might be able to
23  anticipate what I'm about to say or what
24  I'm about to ask you.  If we were just
25  talking on the street, it would be

Page 8

1  normal and okay for us to kind of cut
2  each other off and start to answer
3  before I finish asking the questions,
4  but, again, because we're having this
5  transcribed, a written copy produced,
6  I'm going to ask that you don't do that
7  even if you can guess what I'm about to
8  ask.  Okay?
9      To the best that you can, please
10  allow me to finish asking the question
11  before you answer, and I'll do my best
12  to let you finish answering the
13  question before I ask my next question.
14  Okay?
15  **A.  Okay.**
16  Q.  If you don't understand a question
17  that I ask, please let me know.
18  Sometimes lawyers tend to talk in
19  attorney terms that aren't for normal
20  people, and we assume that everybody
21  understands what we're talking about.
22  So, if I do that, please let know, and
23  I'll do my best to rephrase any question
24  that is confusing.
25      If you do not stop me or you answer

Page 9

1  a question that I ask, I'm going to
2  assume that you understood the question.
3  Do you understand that?
4  **A.  Okay.**
5  Q.  I'm hoping that this won't be a
6  really long time, Ms. Betancourt, but to
7  the extent while we're in this
8  deposition you need to take a break to
9  use the restroom or to ask a question of
10  counsel, you're certainly permitted to
11  do that.  The only rule, I guess, is
12  that if there's been a question asked,
13  I'm going to ask for you to answer the
14  question before we take that break.
15  Okay?
16  **A.  Okay.**
17  Q.  All right.  Do you understand all
18  the ground rules that I kind of laid out
19  so far?
20  **A.  Yes.**
21  Q.  Have you taken any medication this
22  morning that would influence your
23  ability to hear and understand my
24  questions, and to give truthful answers
25  to those questions?

KASSANDRA BETANCOURT

Page 10

1  A.  No.
2  Q.  Do you understand that the oath
3  you just took a couple minutes ago is
4  the same oath you would take if we were
5  in a courtroom in front of a judge or a
6  jury?
7  A.  Yes.
8  Q.  And is there any reason right now
9  that you're not prepared to go forward
10 with your deposition testimony at this
11 time?
12 A.  No.
13 Q.  And in preparation for your
14 deposition today, did you review any
15 documents?
16 A.  No.
17 Q.  Okay.  I'm going to start with some
18 background information.  Ms. Betancourt,
19 can you give they your full name?
20 A.  Kassandra Betancourt.
21 Q.  Do you have a middle name?
22 A.  No.
23 Q.  What's your date of birth?
24 A.  12/4/87.
25 Q.  Graduated from high school?

Page 11

1  A.  Yes.
2  Q.  What high school?
3  A.  Red Land.
4  Q.  Spell that for me?
5  A.  Red Land Senior High School.  It's
6  in Etters, PA.
7  Q.  Etters, PA?
8  A.  Or Lewisberry.  Lewisberry, PA.
9  Q.  Lewisberry?
10 A.  Yes.
11 Q.  What year did you graduate?
12 A.  2005.
13 Q.  After you graduated from high
14 school, did you go to college?
15 A.  I went to YTI.
16 Q.  What's that stand for?
17 A.  York Technical Institute.
18 Q.  And when did you enroll at York
19 Technical Institute?
20 A.  2005.
21 Q.  Did you graduate from York
22 Technical Institute?
23 A.  Yes.
24 Q.  And what year did you graduate?
25 A.  2007.

Page 12

1  Q.  What kind of degree or
2  certification did you graduate with?
3  A.  I have an Associate's Degree in
4  medical assistant.
5  Q.  What is your current address?
6      MR. NINOSKY:  Kevin, I'm
7  going to not have her give it to
8  you.  You know, she currently
9  works as a corrections officer
10 over in Cumberland County, so if
11 at some point I cannot produce
12 her, I will give you the last
13 known address.  But at this
14 point, you contact her through
15 me.
16     MR. MINCEY:  Okay.  That's
17 fair.
18     MR. NINOSKY:  Thank you for
19 that courtesy.
20     MR. MINCEY:  Yup.
21 BY MR. MINCEY:
22 Q.  Ms. Betancourt, does anybody live
23 with you?
24 A.  My children.
25 Q.  Okay.  How many kids do you have?

Page 13

1  A.  Two.
2  Q.  How old are they?
3  A.  14 and 4.
4  Q.  Have you ever been arrested before,
5  Ms. Betancourt?
6  A.  Yes.
7  Q.  Okay.  How many times have you been
8  arrested?
9  A.  I'm going to say maybe two.  Two.
10 Q.  When was the first time you were
11 arrested?
12 A.  Years ago when I was a teenager.
13 Years ago.
14 Q.  How old were you?  Do you remember
15 how old you are?
16 A.  I'm going to say maybe like 19.
17 Q.  Do you remember what you were
18 arrested for?
19 A.  Yeah.  It was -- I had a warrant
20 for a fine that I didn't pay, fines and
21 costs.
22 Q.  What was the fine for?
23 A.  It was for a traffic violation.
24 Both of the situations was for a traffic
25 violation.  Fines and costs.

KASSANDRA BETANCOURT

Page 14

1   Q.  Okay.  And was the traffic
2   violation in Pennsylvania somewhere?
3   **A.  Yes.  York, Pennsylvania.**
4   Q.  And you said they were both traffic
5   incidents.  When was the last time you
6   were arrested?  Do you remember how old
7   you were?
8   **A.  I'm going to say maybe like 24, 25,**
9   **around there.  Same thing, fines and**
10  **costs, I think.  And, actually, I'm**
11  **going to take that back.  It was for a**
12  **school fine the second time around.**
13  Q.  It was for a school fine?
14  **A.  For my child that I didn't pay.**
15  Q.  I'm confused now, so forgive my
16  ignorance.  What's a school fine?
17  **A.  Like, if they don't go to school.**
18  Q.  Oh.  Truancy?
19  **A.  Yes.  That's what it was.**
20  Q.  And that was by the York School
21  District?
22  **A.  West York, yup.**
23  Q.  And that was the second time you
24  were arrested?
25  **A.  That was the second time.**

Page 15

1   Q.  Do you remember approximately what
2   the fine was, the dollar amount?
3   **A.  I think it was like $98.  I didn't**
4   **even know I had it because I had moved.**
5   **I mean, I got out right away.  Paid it.**
6   Q.  Those were the only two times you
7   were arrested?
8   **A.  Correct.**
9   Q.  Have you ever been a party to a
10  lawsuit before?
11  **A.  No.**
12  Q.  What is your current job?
13  **A.  Corrections officer at Cumberland**
14  **County Prison.  I'm also a nurse manager**
15  **at Diamond Tony & Associates Family**
16  **Medicine.**
17  Q.  You said you're a medical manager?
18  **A.  A nurse manager for the office.**
19  Q.  How long have you been a
20  corrections officer at Cumberland County
21  Prison?
22  **A.  I just started May 9th of this**
23  **year.**
24  Q.  Congrats on the new job.
25  **A.  Thank you.**

Page 16

1   Q.  And what are your duties as a
2   corrections officer for Cumberland
3   County Prison?
4   **A.  Security.**
5   Q.  Just general security?  Do you work
6   on the block?
7   **A.  Yes, I work on the block.  I work**
8   **on female blocks.  I work medical.**
9   **Wherever they assign my post when I come**
10  **in is where I go.**
11  Q.  And how long have you been a nurse
12  manager?
13  **A.  A year.**
14  Q.  And what are your duties as the
15  nurse manager?
16  **A.  I do payroll.  I make sure I do**
17  **staffing for my nursing, make sure**
18  **everything clinical-wise is being**
19  **handled the way it should be.  I order**
20  **supplies like vaccines, office supplies,**
21  **anything that's needed medically.**
22  **Answer phone calls, messages, things**
23  **like that.**
24  Q.  And when you say you started as
25  nurse manager a year ago, so we're

Page 17

1   talking --
2   **A.  2021.**
3   Q.  Okay.  Do you remember what time of
4   year; spring, winter?
5   **A.  It was in the summer.  It was the**
6   **end of June, so it just actually came up**
7   **a year.**
8   Q.  Prior to your job as a nurse
9   manager, did you have any other type of
10  employment?
11  **A.  I worked at Dauphin County Prison**
12  **as a medical assistant.**
13  Q.  And when did you start work at
14  Dauphin County Prison?
15  **A.  April of 2019.**
16  Q.  And what were your duties as a
17  medical assistant at Dauphin County
18  Prison?
19  **A.  Intakes, vitals, blood work,**
20  **respond to medical emergencies, EKG,**
21  **any, like, dressing changes.  Anything**
22  **clinical.  The only thing I didn't do**
23  **was pass meds.**
24  Q.  When you say "pass meds," you mean
25  like deliver them to the inmates?

Page 18

1  **A. Correct.**
2  Q. When did you stop working at
3  Dauphin County Prison?
4  **A. The beginning of June of 2021.**
5  Q. Is there any particular reason why
6  you left your job at Dauphin County
7  Prison?
8  **A. I had a situation where I was**
9  **threatened by an inmate. My life was**
10 **threatened.**
11 Q. And do you remember when your life
12 was threatened by the inmate at Dauphin
13 County Prison?
14 **A. I'm going to say the last maybe**
15 **two weeks of May, yeah.**
16 Q. And that's of 2021?
17 **A. 2021.**
18 Q. And was that the first time you had
19 been threatened by an inmate?
20 **A. Not as serious as that, yes.**
21 Q. What was it about this particular
22 threat in May of 2021 that made you
23 decide to get a new job?
24 **A. This inmate knew my car, knew**
25 **exactly my work schedule, and pretty**

Page 19

1  **much just said that they were going to**
2  **have people outside waiting to stab me**
3  **up.**
4  Q. Did you receive or have you
5  received any special certifications to
6  work inside of the prison as a medical
7  assistant?
8  **A. I mean, I just needed my degree, my**
9  **college degree.**
10 Q. While you were working for Dauphin
11 County Prison, were there any type of
12 additional trainings as you went through
13 that, produce some type of additional
14 certificate?
15 **A. No. Just like CPR**
16 **recertifications, stuff like that.**
17 Q. And the CPR recertification, that's
18 something that would happen yearly?
19 **A. Every two years.**
20 Q. Were you ever -- did you ever
21 receive any discipline for your work as
22 a medical assistant while you worked at
23 Dauphin County Prison?
24 **A. No.**
25 Q. All right. Ms. Betancourt, I'm

Page 20

1  taking you back to June 18th of 2019.
2  Am I correct that you were still working
3  as a medical assistant at that time for
4  Dauphin County Prison?
5  **A. Yes.**
6  Q. And when you are working intake,
7  does that happen in a particular part of
8  the prison?
9  **A. It can happen in two parts of the**
10 **prison. So, it can happen at the**
11 **Judicial Center if they're being brought**
12 **in by the police, or it can happen up in**
13 **the actual prison in a medical office if**
14 **they're being brought in by, like, state**
15 **marshals, Feds.**
16 Q. Do you recall performing the intake
17 on Tyrique Riley when he was brought
18 into the prison on June 18th, 2019?
19 **A. Yes.**
20 Q. Do you recall what part the prison
21 that intake was performed in?
22 **A. Judicial Center.**
23 Q. And when you are performing your
24 intake, are there any written rules or
25 policies that you are to follow in

Page 21

1  performing the intake procedure?
2       MR. NINOSKY: Object to the
3  form.
4       You can answer.
5       THE WITNESS: Yes.
6  BY MR. MINCEY:
7  Q. And what rules are you supposed to
8  follow?
9       MR. NINOSKY: Object to the
10 form.
11      You can answer.
12      THE WITNESS: So, we have
13 protocols we have to follow.
14 Basically it's based off of the
15 detainee, how they're -- like, if
16 they're on drugs, if they're able
17 to respond to us. It's just
18 certain different things that we
19 have to...
20      MR. NINOSKY: That's okay.
21 Do the best that you can.
22      THE WITNESS: Certain
23 protocols we have to follow.
24 It's hard for me to explain, but
25 if someone's coming in, you know,

KASSANDRA BETANCOURT

Page 22

1    drunk, we know there's different
2    protocols we have to follow.  If
3    someone's coming in, a regular
4    normal person, we just do regular
5    normal intake.  It's just
6    different ways we base it off of.
7    BY MR. MINCEY:
8    Q.  Are those protocols in writing
9    somewhere?
10   **A.  They're policies.**
11   Q.  Are those in writing?
12   **A.  Yes.**
13   Q.  Okay.  And where would someone find
14   those policies in writing?
15   **A.  In the HSA office, any Prime Care**
16   **managers or...**
17   Q.  Were you done with your answer?
18   I'm sorry.
19   **A.  Yes.**
20   Q.  All right.  And those written
21   policies, are those something that
22   each -- I won't say each.  Are those
23   something that you received your own
24   copy of while you were working as a
25   medical assistant?

Page 23

1    **A.  No.  I got them when I got hired**
2    **and I did my training.  I went over**
3    **those policies with the actual HSA.**
4    Q.  But you were not provided your own
5    copy to keep and review on your own
6    time?
7    **A.  No, I was not provided with it, but**
8    **there's a binder that we have access to.**
9    **We can pull it out whenever.**
10   Q.  And where do they keep that
11   binder?
12   **A.  In the medical office.**
13   Q.  Is there a written policy for when
14   it is appropriate to send an inmate, I
15   guess for lack of a better term, or
16   arrestee to the hospital instead of
17   allowing them to remain in jail?
18        MR. NINOSKY:  Object to the
19   form.
20        But you can answer.
21        THE WITNESS:  Yes.  Yes,
22   there is.
23   BY MR. MINCEY:
24   Q.  And what is -- well, let me ask you
25   this:  Is that policy in that binder?

Page 24

1    **A.  It's in the binder, but that policy**
2    **is also hanging up in the Judicial**
3    **Center in the medical room as well.**
4    Q.  And what is that policy; do you
5    know?
6    **A.  I don't remember offhand, but I do**
7    **know that if -- I do know we based it**
8    **off of -- like, if they're coming in and**
9    **someone is intoxicated where they can't**
10   **stand, stumbling, those type of**
11   **situations would be where we would send**
12   **them to the hospital.**
13   Q.  I'm understanding your answer to be
14   that unless a person -- if a person is
15   intoxicated, they might go to the
16   hospital, but if they're not
17   intoxicated, they don't?
18        MR. NINOSKY:  Object to the
19   form.
20        You can answer.
21        THE WITNESS:  No.  If a
22   person is severely intoxicated to
23   the point they cannot stand on
24   their two feet, then that's when
25   we will send them to the

Page 25

1    hospital.
2    BY MR. MINCEY:
3    Q.  What about if a person is suffering
4    from some type of medical condition or
5    injury, is there a policy that allows
6    for that inmate to be sent to the
7    hospital versus staying at the prison?
8        MR. NINOSKY:  Object to the
9    form.
10       But you can answer.
11       THE WITNESS:  Yes.  If they
12   have a specific injury that they
13   sustain prior to coming to the
14   prison, they are able to go to
15   the hospital, but it's based off
16   of -- I don't make that decision.
17   It's based off of the charge
18   nurse.
19   BY MR. MINCEY:
20   Q.  That was going to be my next
21   question.  So, if you make that type of
22   observation, that someone has a
23   qualifying injury we'll call it, who do
24   you report that to?
25       MR. NINOSKY:  Object to the

KASSANDRA BETANCOURT

Page 26

1    form.
2        You can answer.
3        THE WITNESS:  Charge nurse.
4    BY MR. MINCEY:
5    Q.  Is there more than one charge nurse
6    at this time, June 18th, 2019?  Was
7    there more than one nurse at Dauphin
8    County Prison?
9    **A.  No.  It's one charge nurse a**
10   **shift.**
11   Q.  And do you recall who the charge
12   nurse was on your shift back on
13   June 18th, 2019?
14   **A.  I do not.**
15   Q.  In your time performing intakes at
16   Dauphin County Prison, has there been an
17   occasion where you noticed someone with
18   an injury, and you recommended to the
19   charge nurse that that person go to the
20   hospital?
21   **A.  Yes.**
22   Q.  Can you give me an approximation of
23   how many times that has happened?
24   **A.  I'm going to say maybe ten.**
25   Q.  And this incident, at least, began

Page 27

1    on June 18th, 2019, so that was
2    approximately two months after you
3    started at Dauphin County Prison; is
4    that correct?
5    **A.  Correct.**
6    Q.  And in the two months that you had
7    worked, from April 2019 to June of 2019,
8    had you had the opportunity to
9    recommend to the charge nurse that
10   somebody go to the hospital for a
11   sustained injury?
12   **A.  I don't remember.**
13   Q.  When you're on shift, how many
14   other medical assistants are working
15   with you?
16       MR. NINOSKY:  Is everything
17       focused in the June 2019
18       timeframe?
19       MR. MINCEY:  My bad.  That
20       was a bad question, John.  Yes.
21   BY MR. MINCEY:
22   Q.  Back on June 18th, 2019, how many
23   medical assistants were working with you
24   on your shift?
25   **A.  Some days could be two, some days**

Page 28

1    **could be four.**
2    Q.  Is four the most, the highest
3    number of medical assistants, that you
4    worked with on a shift at Dauphin County
5    Prison?  I'm asking you that as far as
6    your entire time working there.
7    **A.  Yes.**
8    Q.  Okay.  And two is the fewest?
9    **A.  Well, one.  There were times I was**
10   **by myself.**
11   Q.  On June 18th, 2019, were you
12   working by yourself, or were you working
13   with other medical assistants?
14   **A.  I don't remember.**
15   Q.  Now, you said you first came into
16   contact with Mr. Riley at the Judicial
17   Center?
18   **A.  Yes.**
19       MR. LAVERY:  Kevin?
20       MR. MINCEY:  Yes.
21       MR. LAVERY:  I'm sorry to
22   interrupt you.  One thing I
23   should have mentioned at the
24   beginning of the deposition, if
25   there's an objection made by one

Page 29

1    counsel to form, will that cover
2    all counsel, so I don't have to
3    jump in every time John makes his
4    objections?
5        MR. MINCEY:  Yeah.  I have
6    no problem with that.
7        MR. LAVERY:  Sorry.  My
8    bad.  I won't interrupt you
9    again.
10       MR. MINCEY:  No.  You're
11   good.
12   BY MR. MINCEY:
13   Q.  Ms. Betancourt, was there a
14   particular room that your first contact
15   with Mr. Riley occurred in?
16   **A.  The medical office.**
17   Q.  And when a person -- when people
18   are first brought into the Judicial
19   Center, before they get to the medical
20   office, are they held in a particular
21   area?
22   **A.  Well, they could be held in cells,**
23   **they have cells there, or they could be**
24   **sitting on a bench depending on if**
25   **they're being processed or not.**

KASSANDRA BETANCOURT

Page 30

1   Q.  Do you recall where Mr. Riley came
2   from when he came to the medical office?
3   **A.  I do not.**
4   Q.  And when Mr. Riley comes to the
5   medical office, is he escorted by
6   somebody?
7   **A.  He's escorted by officers.**
8   Q.  Do you recall who escorted Mr.
9   Riley to the medical office?
10  **A.  I do not.**
11  Q.  What is the first thing that you do
12  when an inmate comes into the medical
13  office for intake?
14  **A.  I do their vitals first, check**
15  **their blood sugars and place a PPD.**
16  Q.  And what's a PPD.
17  **A.  A tuberculosis test.**
18  Q.  After you do the vitals, what's the
19  next thing that you do?
20  **A.  I would ask questions.**
21  Q.  What type of questions?
22  **A.  The medical questions that is on**
23  **the screen that we are to ask.**
24  Q.  So, are you working off of a form
25  or a script when you're doing intake for

Page 31

1   people that come into the medical
2   office?
3   **A.  Yes.**
4   Q.  And that script is on a computer
5   screen?
6   **A.  Yes.**
7   Q.  And are you typing answers into the
8   computer, or is there like a dropdown
9   menu?
10  **A.  We type answers and we also click.**
11  Q.  Okay.  When you say you "click,"
12  you're clicking "yes" or "no?"
13  **A.  Correct.**
14  Q.  Or whatever the answers are?
15  **A.  Right.**
16  Q.  Okay.  And are you make notes of
17  your observations anywhere else outside
18  of the computer screen that you're
19  working off of?
20  **A.  There was an intake form that we**
21  **write our vitals on.**
22  Q.  Is that the only other place you
23  would take notes?
24  **A.  Right.**
25  Q.  Let's see if I can do this right.

Page 32

1         Ms. Betancourt, I'm trying to share
2   my screen.  Can you see my screen?
3   **A.  Yes.**
4   Q.  These are part of a series of
5   documents that were provided to us by
6   Prime Care.  There are little numbers.
7   I don't know if you have a paper copy in
8   front of you of the documents.
9         MR. NINOSKY:  I can give
10  her a paper copy, Kevin, if you
11  think that's easier.
12        MR. MINCEY:  Honestly, it's
13  a preference for you guys.  I'll
14  take my time on the screen and
15  make sure she can see everything
16  I'm going to ask her about.
17        MR. NINOSKY:  Fair enough.
18        MR. MINCEY:  And there are
19  bate stamps on the bottom of the
20  page, so I will refer to the bate
21  stamps for the record so we can
22  make clear what we're referring
23  to.  Okay?
24        MR. NINOSKY:  Okay.  As far
25  as I'm concerned, they don't need

Page 33

1   to be marked again because of the
2   bate stamping, as long as we keep
3   referring to those.
4         MR. MINCEY:  Okay.  Sounds
5   good.
6   BY MR. MINCEY:
7   Q.  Ms. Betancourt, I am showing you
8   what has been bate stamped as PCM15.  Do
9   you recognize this form?
10  **A.  Yes.**
11  Q.  Okay.  I know it says at the top
12  Influenza and Exit Control Surveillance.
13  Is this one of the scripted forms that
14  you would complete in intake in the
15  medical office?
16  **A.  Yes.**
17  Q.  And I'm highlighting at the top of
18  the page.  It has Interviewer, and it
19  says "MA Betancourt."  Is that you?
20  **A.  Yes.**
21  Q.  And it says "10:06."  Does that
22  mean 10:06 in the morning or evening?
23  **A.  The morning.**
24  Q.  Does Dauphin County Prison use a
25  24-hour system for their time?

Page 34

1  **A.  Yes.**
2  Q.  Okay.  And, then, it looks like --
3  and correct me if I'm wrong, but it
4  looks like you are filling in or
5  clicking information as you're
6  collecting it from Mr. Riley?
7  **A.  Correct.**
8  Q.  So, did you take his temperature?
9  **A.  Yes.**
10  Q.  And then that's reflected here
11  where it says "97.5," right?
12  **A.  Yes.**
13  Q.  Box Number 4, it says, "Level of
14  awareness," and you clicked "confused."
15  Do you see that?
16  **A.  Mm-hmm.**
17  Q.  Can you describe for me what led
18  you to check the box "confused?"
19  **A.  He was -- he was confused.  He**
20  **wasn't -- I mean, he was just repeating**
21  **words, specific words, and he was just**
22  **saying, "Bro."**
23  Q.  I'm sorry.  He was just saying
24  what?
25  **A.  The word "bro."  He was just**

Page 35

1  **confused.  He appeared to be confused.**
2  Q.  Was he able to answer your
3  questions?
4  **A.  He was shaking his head.  The first**
5  **few questions I asked him, he shook his**
6  **head, too, but then I started to notice**
7  **that he wasn't all the way there, so**
8  **that's when I stopped.**
9  Q.  Do you remember what the first
10  question that you asked him was?
11  **A.  The questions on that page.**
12  Q.  Okay.  So, you asked him if he had
13  any of the following symptoms, and then
14  you listed them for him?
15  **A.  Yes.  I don't remember.**
16  Q.  Okay.
17  **A.  I don't remember.**
18  Q.  But am I correct in understanding
19  that to the best of your recollection,
20  you went down this page in order?
21  **A.  Correct.**
22  Q.  Other than repeating the word "bro"
23  over and over, was he saying -- was Mr.
24  Riley saying anything else?
25  **A.  Yeah.  He said he didn't do it.**

Page 36

1  Q.  Do you recall him saying anything
2  else?
3  **A.  No.**
4  Q.  When he was saying that he didn't
5  do it, was that in response to any
6  particular question that you asked?
7  **A.  No.  He just kept repeating, "Bro,**
8  **I didn't do it."**
9  Q.  The next box says that he is
10  "oriented to," and you checked "person,
11  place and time."  How did you make the
12  determination that Mr. Riley was
13  oriented to person, place and time?
14  **A.  I don't know.**
15  Q.  Are there specific questions that
16  you asked to make that determination in
17  your interview?
18  **A.  I can't remember.**
19  Q.  Have there been occasions where you
20  evaluated somebody, and you decide that
21  they weren't oriented to person, place
22  and time?
23  **A.  I can't even remember.**
24  Q.  How do you determine that a person
25  is oriented to where they are?

Page 37

1  **A.  I would talk to them.  Just based**
2  **off of the conversations I have or how**
3  **they're acting.**
4  Q.  Do you remember what you were
5  talking to Mr. Riley about that led you
6  to believe that he was oriented to where
7  he was?
8  **A.  'Cause I was asking him questions,**
9  **and he was going like this (indicating a**
10  **nod), so at that time, that's what I**
11  **thought.**
12  Q.  Do you recall what questions you
13  were asking him where he was nodding his
14  head?
15  **A.  The questions that are on that**
16  **form, 1, 2, 3, 4.**
17  Q.  Okay.  So, what about the first
18  three questions on this form would lead
19  to you believe that he was oriented to
20  where he was?
21      MR. NINOSKY:  Object to the
22      form.
23      You can answer his question
24      if you understand it.
25      THE WITNESS:  I don't.

KASSANDRA BETANCOURT

Page 38

1  BY MR. MINCEY:
2  Q.  You don't understand the question?
3  **A.  No.**
4  Q.  Okay.  Is there something in
5  particular about the answers that Mr.
6  Riley gave you to Questions 1, 2 and 3
7  that led you to believe he was oriented
8  to the fact that he was inside a
9  prison?
10 **A.  When I asked the questions, he**
11 **didn't have any of the following**
12 **symptoms, cough, chest pain, diarrhea,**
13 **sore throat and blah-blah-blah.  He**
14 **shook his head no, so to me, I took**
15 **that as he understood what I was**
16 **saying.**
17 Q.  Did you ask him any specific
18 questions to determine who he was?
19 **A.  No.  I don't go into details with**
20 **detainees.  I go in there, I ask the**
21 **questions that I'm supposed to ask, and**
22 **I leave.**
23 Q.  So, did you ask him what his name
24 was?
25 **A.  No.  I knew his name.**

Page 39

1  Q.  Did you ask him -- in order to find
2  out if he knew who he was, did you ask
3  him what his name was?
4  **A.  I don't remember.**
5  Q.  Did you ask him questions about
6  what time it was or what year it was to
7  determine whether or not he knew he was
8  oriented to the time?
9  **A.  I don't remember.**
10 Q.  Let me move to another page, Ms.
11 Betancourt.
12     Ms. Betancourt, I am showing you a
13 page marked PCM31.  Do you recognize
14 this form?
15 **A.  Yes.**
16 Q.  Is this another one of the forms
17 that you would fill out in the medical
18 office at the Judicial Center?
19 **A.  Yes.**
20 Q.  And I'm highlighting up here.
21 Looks like your name?
22 **A.  Yes.**
23 Q.  And that says "10:28" in the
24 morning?
25 **A.  Yes.**

Page 40

1  Q.  Do you recall or do you know what
2  time Mr. Riley got to Dauphin County
3  Prison on June 18th --
4  **A.  I don't.**
5  **I'm sorry.  I don't know.**
6  Q.  Okay.  And it says right here,
7  "Restrict from unit, cleared by
8  psychologist, psychiatrist."  Both of
9  these boxes are checked.  Did you check
10 these boxes?
11 **A.  Yes.**
12     MR. NINOSKY:  It says,
13     "Restrict from until cleared by."
14     MR. MINCEY:  Oh, "until."
15 I'm sorry.  Thank you.
16 BY MR. MINCEY:
17 Q.  "Until cleared by psychologist,
18 psychiatrist," you checked these boxes?
19 **A.  Yes, I did.**
20 Q.  Okay.  And what caused you to check
21 those two boxes?
22 **A.  When I couldn't complete the**
23 **intake.  If you can't complete an**
24 **intake, they are automatically placed on**
25 **a Level 1.  So, I could not complete his**

Page 41

1  **intake, so I had to automatically place**
2  **him as a Level 1.**
3  Q.  When you automatically place
4  somebody on Level 1, is it possible that
5  you could observe things that make you
6  place him at the higher level, constant
7  observations; is that possible?
8  **A.  I don't do constant observations.**
9  **That would be a psychologist or**
10 **psychiatrist.  I only can place a**
11 **Level 1 or Level 2.**
12 Q.  Okay.  And just so we're clear,
13 Level 1 is suicide watch for 10 minutes,
14 correct?
15 **A.  Correct.**
16 Q.  And once you initiate that Level 1,
17 the only person that can remove an
18 inmate from Level 1 to a different level
19 is a psychiatrist?
20 **A.  Correct.**
21     MR. NINOSKY:  Object to the
22     form.
23 BY MR. MINCEY:
24 Q.  Let me move to -- Ms. Betancourt,
25 I'm showing you what is marked as PCM35.

Page 42

1  Do you recognize this form?
2  **A.  Yes.**
3  Q.  And this says this is an Education
4  Acknowledgment Form, correct?
5  **A.  Yes.**
6  Q.  And is this something that you
7  provide to the inmate for them to read
8  on their own?
9  **A.  We go over it with them, and then**
10  **we have them initial and sign it.  But I**
11  **didn't get to that point with him, so**
12  **that's why there's no initials or**
13  **signature.**
14  Q.  Did you read the form verbatim to
15  him?
16  **A.  We don't read it verbatim, but we**
17  **go over the basic protocols, mental**
18  **health, things like that.**
19  Q.  Did you attempt to go over this
20  form with Mr. Riley?
21  **A.  I don't remember.**
22  Q.  Is there a reason why you wouldn't
23  try to go over this form with Mr.
24  Riley?
25      MR. NINOSKY:  Object to the

Page 43

1      form.
2          THE WITNESS:  I don't
3      remember.
4  BY MR. MINCEY:
5  Q.  Is it part of the protocol to go
6  over this form with every inmate that
7  comes to the Dauphin County Prison?
8  **A.  Yes.**
9  Q.  If you are unable to complete this
10  form with an inmate, is there some type
11  of notation you are required to make?
12  **A.  The charge nurse, we inform the**
13  **charge nurse.  She's the one that does**
14  **the next steps.**
15  Q.  And when you inform the charge
16  nurse, is that noted somewhere in the
17  records?
18  **A.  It should be.  It would be -- they**
19  **would place tasks to see him again every**
20  **shift.**
21  Q.  Okay.  The task would be to see him
22  every shift until this form was
23  completed?
24      MR. NINOSKY:  Object to the
25      form.

Page 44

1      You can answer.
2          THE WITNESS:  Until the
3      intake -- that's part of the
4      intake, so until the intake is
5      completed.
6  BY MR. MINCEY:
7  Q.  Okay.  I gotcha.
8      And I apologize if I asked you, you
9  did not attempt to go through this form
10  with Mr. Riley, correct?
11      MR. NINOSKY:  Object to the
12      form.  Asked and answered.
13          You can answer it again.
14          THE WITNESS:  I don't
15      remember.
16  BY MR. MINCEY:
17  Q.  Do you recall at what point during
18  the intake you determined that Mr. Riley
19  was unable to complete the intake
20  process?
21  **A.  When I stopped asking him the**
22  **questions is when I realized he couldn't**
23  **complete the intake.**
24  Q.  When you stopped asking him the
25  questions?

Page 45

1  **A.  On the Influenza Form, I didn't**
2  **proceed any further because at that**
3  **point, I knew he couldn't.  He wasn't**
4  **answering the questions.**
5  Q.  So, we're back on PCM15 and 16.  It
6  looks like you answered he was oriented
7  to person, place and time, correct?
8  **A.  Yup.  Yes.**
9  Q.  And then the next part is your
10  assessment, right?
11  **A.  Yes.**
12  Q.  You're not asking him any questions
13  in that part, right?
14  **A.  No.**
15  Q.  Then the next part is a plan,
16  right?
17  **A.  Yes.**
18  Q.  You're not asking him any questions
19  in that part, right?
20  **A.  No.**
21  Q.  Okay.  So, at what point was it
22  that Mr. Riley stopped answering your
23  questions on the Influenza Form?
24  **A.  I don't remember.**
25  Q.  And after you did the Influenza

Page 46

1   Form, then it is the suicide precautions
2   for him, correct?
3   **A.  I don't remember the order of the**
4   **forms.**
5   Q.  How many forms are involved in the
6   intake process; do you remember that?
7   **A.  There's a lot, but I don't remember**
8   **the exact amount.**
9   Q.  Ms. Betancourt, we are looking at
10  what has been marked as PCM48.  Do you
11  recognize this form?
12  **A.  Yes.**
13  Q.  Okay.  It says it's a "DCP Medical
14  Incident and Injury Report?"
15  **A.  Yes.**
16  Q.  It has you as the Interviewer up
17  top here, right?
18  **A.  Yes.**
19  Q.  It says, "Describe the nature or
20  complaint of injury."  Is this you
21  entering "Inmate was trying to break
22  through handcuffs causing injury to his
23  right wrist?"
24  **A.  Yes.**
25  Q.  Did you actually observe that?

Page 47

1   **A.  Yes.**
2   Q.  Okay.  Can you describe for me what
3   you saw?
4   **A.  He was just -- he was just trying**
5   **to break through the handcuffs.  He was**
6   **upset.  He was angry.**
7   Q.  When you say he was trying to break
8   through the handcuffs, what did you see
9   him doing?
10  **A.  Trying to separate his hands from**
11  **the handcuffs causing injuries to his**
12  **forearms.**
13  Q.  Where was he when this happened?
14  **A.  In the medical room.**
15  Q.  Was he sitting or standing?
16  **A.  He was sitting.**
17  Q.  Was there anybody else in the
18  medical office with you when this
19  happened?
20  **A.  Officers.**
21  Q.  Do you remember who?
22  **A.  I do not.**
23  Q.  Do you remember how many?
24  **A.  There was a couple.**
25  Q.  What, if anything -- or let me ask

Page 48

1   you this:  How did he stop trying to, as
2   you said, break his hands from the
3   handcuffs?
4   **A.  I don't remember, but I do know he**
5   **did let me clean him up and bandage**
6   **him.**
7   Q.  When you saw him trying to break
8   the handcuffs, did you do anything to
9   try and stop him?
10      MR. NINOSKY:  Object to the
11  form.
12      THE WITNESS:  No.  That's
13  not my job.
14  BY MR. MINCEY:
15  Q.  Did you see the officers trying to
16  do anything to stop him?
17  **A.  Yes.**
18  Q.  And what did you see the officers
19  doing?
20  **A.  They were just telling him to don't**
21  **do that.**
22  Q.  Other than telling him not to do
23  that, did any of the officers make
24  physical contact with Mr. Riley?
25  **A.  No.**

Page 49

1   Q.  After the officers told Mr. Riley
2   to stop trying to break the cuffs, did
3   he stop?
4   **A.  He stopped.**
5   Q.  If you can approximate for me, how
6   long did you see him trying to break his
7   hands from the handcuffs?
8   **A.  I'm not sure how long.  I just know**
9   **he was very strong.  He had like some**
10  **type of strength.  He was strong.**
11  Q.  You said he allowed you to clean
12  his wrists?
13  **A.  Yes.**
14  Q.  And while you were cleaning his
15  wrists, are you asking him any
16  questions?
17  **A.  I don't remember.**
18  Q.  Do you remember if Mr. Riley was
19  speaking to you at all during this?
20  **A.  I don't remember.**
21  Q.  When you saw Mr. Riley trying to
22  break his hands from the handcuffs, was
23  he saying anything?
24  **A.  I don't remember.**
25  Q.  You say here, "Inmate tolerated it

KASSANDRA BETANCOURT

Page 50

1  well," "it" meaning the fact that you
2  cleaned his wrist with saline.  What led
3  you to believe that he tolerated it
4  well?
5  **A.  He was calm with me.  He wasn't --**
6  **he never -- he never was hostile or**
7  **anything around me.  He let me do**
8  **things, touch him and take his vitals**
9  **and stuff like that.**
10  Q.  During your intake of Mr. Riley,
11  did you observe him refusing any type of
12  treatment?
13          MR. NINOSKY:  Object to the
14      form.
15          But you can answer.
16          THE WITNESS:  I don't
17      remember.
18  BY MR. MINCEY:
19  Q.  I'm showing you, Ms. Betancourt,
20  what has been marked as PCM57.  This is
21  a Prime Care medical form, "Notification
22  of Medical Services."  Is this your
23  signature here at the bottom?
24  **A.  Yes.**
25  Q.  Okay.  And the patient signature is

Page 51

1  blank?
2  **A.  Yes.**
3  Q.  Is this one of the forms you're
4  required to go over with every inmate
5  that comes in the Dauphin County
6  Prison?
7  **A.  Yes.**
8  Q.  And when you go over that form with
9  them, are you reading it to them, or are
10  you handing it to them?
11  **A.  We go over it.  I don't read it to**
12  **them.  I basically sum up what the form**
13  **says.  If they have further questions, I**
14  **will help them.**
15  Q.  And did you do that with Mr. Riley?
16  **A.  We didn't get that far.  That's at**
17  **the very end of the intake.  Like, when**
18  **I do an intake, I always get all my**
19  **stuff ready.  I do my signature, date**
20  **all my paperwork.  That's why my name**
21  **and everything is on there, but that's**
22  **the very last thing we do in intake.**
23  Q.  Did you say before you got to this
24  part of the intake packet, you had
25  already stopped the intake, correct?

Page 52

1  **A.  Correct.**
2  Q.  You don't remember at what point
3  during intake that you stopped,
4  correct?
5  **A.  I don't remember.  Very early on.**
6  Q.  Ms. Betancourt, I'm showing you
7  what is marked as PCM63, and up here it
8  says, "Tyrique Riley problems."  Down
9  here at 10:21, you wrote, "Inmate
10  refused to complete intake."  Are these
11  your words?
12  **A.  Correct.**
13  Q.  And then it says, "Refused to sign
14  Refusal Form," and that's at 8:40 p.m.
15  **A.  No.**
16  Q.  Do you see this?
17  **A.  I don't remember that.**
18  Q.  Do you remember what shift you were
19  working on June 18th, 2019?
20  **A.  I only worked first shift.**
21  Q.  What time period --
22  **A.  I did not work the evenings.**
23  Q.  What time period covers first
24  shift?
25  **A.  6:00 to 2:30 and then --**

Page 53

1  Q.  6:00 a.m. to 2:30 p.m.?
2  **A.  Yes.  And then I worked -- Sundays**
3  **I worked till 6:30 in the evening.**
4  Q.  On like overtime or something like
5  that?
6  **A.  No.  I just had a different**
7  **schedule.**
8  Q.  Okay.
9          MR. NINOSKY:  Kevin, you
10      haven't taken any depositions
11      yet, so you don't really know how
12      the charting works with the
13      electronic medical record.
14      That's not an entry that she
15      would've made.  That's kind of a
16      compilation of other entries.  If
17      you would look at the chart
18      notes, you would see that that
19      particular entry was made by
20      another medical assistant later
21      that day.
22          MR. MINCEY:  Okay.  All
23      right.
24  BY MR. MINCEY:
25  Q.  So, Ms. Betancourt, you didn't

Page 54

1  write "Inmate refused to complete
2  intake" then?
3  A.  No.
4  Q.  Okay.  What about this right here,
5  "PPD was successfully planted in LFA?"
6  Did you write that?
7  A.  I'm not used to that form.  I don't
8  recall anything with that form, so I
9  don't --
10        MR. NINOSKY:  Kevin, I
11     would suggest -- if you pulled up
12     PCM25, which is a portion of the
13     chart notes, and I'm just showing
14     the witness PCM25, the paper
15     version, she might be able to
16     answer your question.
17        So, looking at PCM25, can
18     you answer counsel's question as
19     to what you would have entered?
20        THE WITNESS:  Can you
21     repeat the question again?
22  BY MR. MINCEY:
23  Q.  Did you enter this, where it says,
24  "PPD was successfully planted in LFA?"
25  A.  On 6/18, 2019, yes, I did.

Page 55

1  Q.  Okay.  And am I correct that LFA
2  means left forearm?
3  A.  Yes.
4  Q.  Okay.  And what does BS mean?
5  A.  Blood sugar.
6  Q.  And then you wrote, "Intake needs
7  completed," correct?
8  A.  Correct.  Well, I didn't write
9  that.  That's just a population, like an
10  autopopulate.  I didn't write it.
11  Q.  So, this part here, "to finish
12  intake due to inmate refusing," is also
13  autopopulated?
14  A.  Yes.
15  Q.  The "unable to finish intake due to
16  inmate refusing," was that typed by you,
17  or was autopopulated?
18  A.  That's typed by me.  This is
19  autopopulated (indicating).
20        MR. NINOSKY:  Intake
21     review, intake means completed
22     by --
23        THE WITNESS:  Yes.  Yes.
24  BY MR. MINCEY:
25  Q.  Okay.  So, you typed "unable to

Page 56

1  finish intake due to inmate refusal,"
2  correct --
3  A.  Yes.
4  Q.  And is there a reason why you
5  classified it as Mr. Riley was refusing
6  to complete intake versus him being
7  unable to complete it?
8        MR. NINOSKY:  Object to the
9     form.
10        But you can answer.
11  BY MR. MINCEY:
12  Q.  Do you want me to ask it a
13  different way, Ms. Betancourt?
14  A.  No.  I understand.
15     So, we do that with anyone.  So,
16  basically if we don't complete an
17  intake, that's just what we write,
18  "inmate refused."  So, if I couldn't
19  complete an intake because he couldn't
20  answer questions, it would be considered
21  a refusal.
22  Q.  No matter what the situation --
23  A.  No matter what the situation is.
24  Q.  After your attempt at completing
25  intake on June the 18th, did you ever

Page 57

1  see Mr. Riley again?
2  A.  No, I did not.
3  Q.  Do you perform detox checks as
4  part of your job as a medical
5  assistant?
6  A.  Yes.
7  Q.  Did you perform any detox checks
8  for Mr. Riley?
9  A.  No, I did not.
10  Q.  Stop sharing real quick.
11     I'm showing you what is marked as
12  PCM203, and it has appointment schedule
13  dates 6/22, 2019.  And it has "Refused
14  appointment," and then it has "Changed
15  note by Kassandra Betancourt."  Do you
16  see this?
17  A.  I see it.
18  Q.  And this is for detox checks; do
19  you see this?
20  A.  I see it.  That stuff autopopulates
21  because I was the one who initiated the
22  intake.  That's why my name is on
23  everything.
24        MR. NINOSKY:  Explain that
25     to counsel.

KASSANDRA BETANCOURT

Page 58

1    THE WITNESS: So, I didn't
2  do that. So, whenever you do an
3  intake, your name is
4  automatically -- because I was
5  the one who initiated the intake,
6  my name automatically stays
7  there.
8  BY MR. MINCEY:
9  Q. And when a note is changed --
10 like right here, it says "Change note
11 date 6/22, 2019." Was this not actually
12 changed by you?
13 **A. I don't remember. 12:00 a.m., I**
14 **wouldn't be there at 12:00 a.m. This is**
15 **autopopulated.**
16 Q. It says "Last modified date and
17 time, 6/22, 9:34 a.m.;" do you see
18 that?
19 **A. I see it.**
20 Q. Is that during what normally would
21 be your shift?
22 **A. That would normally be my shift.**
23 **I'm not used to this type of form so I**
24 **don't --**
25    MR. NINOSKY: You can tell

Page 59

1  him that. That's not a form you
2  generally see. You can explain
3  that to him.
4    THE WITNESS: Yeah. That's
5  not a form I deal with. That
6  probably is a form that the
7  charge nurse, the registered
8  nurse, Stephanie, she had to be
9  the one doing that stuff. My
10 name just populates because I was
11 the one who initiated the intake.
12 BY MR. MINCEY:
13 Q. Okay. And generally speaking, when
14 a detox check is performed, is there a
15 form that needs to be filled out?
16 **A. Yes.**
17 Q. Okay. And is there a particular
18 number of times a day that a detox check
19 will be performed on an inmate?
20 **A. Once every shift.**
21 Q. And when a person performs a detox
22 check, are they alone, or are they with
23 other people?
24 **A. You mean when I would perform a**
25 **detox check, would I be alone?**

Page 60

1  Q. Okay. Yes.
2  **A. I would be with an officer.**
3  Q. Okay. With a correctional
4  officer?
5  **A. Correct.**
6  Q. Okay. And if an inmate refuses to
7  do a detox check, are you required to
8  note that somewhere?
9  **A. Yes.**
10 Q. And where would you note that?
11 **A. On the chart notes.**
12 Q. On the chart notes. Is there any
13 other form that you would fill out?
14 **A. Not that I remember.**
15 Q. Ms. Betancourt, I know you have a
16 hard copy in front of you. I'm going to
17 put it on the screen, too. PCM, Pages
18 65 to 75, do you see this on the
19 screen?
20 **A. Yes.**
21 Q. And this says, "Refusal to consent
22 to treatment?"
23 **A. Yes.**
24 Q. Okay. And this one in particular,
25 even though it's not completed by you,

Page 61

1  it's for a detox check, right?
2  **A. It's for intake and a detox check.**
3  Q. Okay. And is this the type of form
4  you would fill out if somebody refused
5  to do a detox check?
6  **A. Yes.**
7  Q. And it's your testimony that you
8  did not perform any such detox checks on
9  Mr. Riley?
10 **A. No. I never saw Riley after the**
11 **intake. I probably attempted to do a**
12 **detox check, but he was not brought down**
13 **to medical by security.**
14 Q. When they do a detox check, is that
15 only done in the medical office?
16 **A. Yes. At that time, yes.**
17 Q. Did that policy change at some
18 point in time?
19 **A. When COVID hit, yes.**
20 Q. Okay. And when COVID came, would
21 you go to, like, the cell and do detox
22 checks there?
23 **A. Yes.**
24 Q. Okay. Bear with me, Ms.
25 Betancourt. I'm scrolling. Now, they

Page 62

1  gave me a lot of documents in this
2  packet, so I'm scrolling down to --
3  **A.  You're fine.**
4  Q.  I do appreciate it, but it's a lot
5  of paper to go through.
6      Ms. Betancourt, I'm showing you
7  what's marked as PCM318, and these look
8  like chart notes.  Do you see what I'm
9  talking about?
10  **A.  Yes.**
11  Q.  Okay.  This one at the top here, it
12  looks like one we were just talking
13  about, "PPD successfully planted in left
14  forearm," right?
15  **A.  Yes.**
16  Q.  And then the next one -- when it
17  says, "Note by," this you entering your
18  name before you enter a note?
19  **A.  We don't enter our names.  We just**
20  **log into the system.**
21  Q.  Okay.  So, you log in, and then you
22  enter a note?
23  **A.  Yes.**
24  Q.  And when your name is here, that
25  means you're the one that logged into

Page 63

1  the terminal, correct?
2  **A.  Yes.**
3  Q.  Do you see right here (indicating)?
4  **A.  Yes.**
5  Q.  It says, "6/22, 9:34 a.m., inmate
6  refused detox check, refused to sign
7  refusal form?"
8  **A.  Yes.**
9  Q.  Okay.  Does that mean that you
10  logged in and entered this into the
11  chart notes?
12  **A.  Yes.**
13  Q.  And if you conducted the detox
14  check or tried to conduct the detox
15  check, but he refused, you would have
16  filled out one of these forms we just
17  looked at between 65 and 75, right?
18  **A.  Yes.**
19  Q.  Okay.  Do you have Pages 65 to 75
20  in front of you?
21      MR. NINOSKY:  One second.
22  I'll get there.
23      MR. MINCEY:  It's your
24  fault, John.
25      (Laughter.)

Page 64

1      MR. NINOSKY:  I know.  I'm
2  screwing up this deposition.
3  You'd be done already by now.
4      She's going to look
5  through 65 to 75, because I'm
6  presuming you're looking for
7  anything that she would have
8  completed, correct?
9      MR. MINCEY:  Correct.
10      THE WITNESS:  No.
11  BY MR. MINCEY:
12  Q.  When you say "no," is that no you
13  didn't see any form completed by you?
14  **A.  Correct.**
15  Q.  Is there a reason why you would not
16  complete a refusal to consent for
17  treatment as required?
18  **A.  I always --**
19      MR. NINOSKY:  Object to
20  form.
21      THE WITNESS:  I always
22  complete those forms.  It could
23  have not got scanned.  It could
24  have somehow not got scanned,
25  because that does happen.

Page 65

1  BY MR. MINCEY:
2  Q.  When you say that it could have not
3  gotten scanned, you're just guessing at
4  that point, right?
5      MR. NINOSKY:  Object to the
6  form.
7      But you can answer.
8      THE WITNESS:  Yes.
9  BY MR. MINCEY:
10  Q.  How can you be sure that you
11  completed the form?
12  **A.  Because that's part of what we do**
13  **when they refuse an intake.  That's a**
14  **form that we do, and those forms, when**
15  **we're done completing them, we put them**
16  **in a pile.  The pile could be this high**
17  **(indicating), and then they get scanned**
18  **individually, so sometimes they can get**
19  **missed.**
20  Q.  Seeing this in the chart notes --
21  I'm back on PCM318.  Does seeing this in
22  the chart notes refresh your
23  recollection as to performing a detox
24  check for Mr. Riley?
25      MR. NINOSKY:  Object to the

KASSANDRA BETANCOURT

Page 66

1      form.  She didn't do the detox
2      check.  It was refused.
3  BY MR. MINCEY:
4  Q.  Does this refresh your recollection
5  to attempting to do a detox check on Mr.
6  Riley and him refusing?
7  **A.  So, at that time, we didn't go to**
8  **the cell directly, so I never saw Riley**
9  **directly.  I would give a list to the**
10 **officer.  He will call the block.  Those**
11 **officers would tell if those inmates are**
12 **coming down or not.  Then I'm told by**
13 **the medical officer that he refused.**
14 Q.  So, when you write that he refused
15 detox check and refused to sign a
16 refusal form, that is you getting
17 information from another person,
18 correct?
19 **A.  Correct.**
20 Q.  Do you recall who it was that told
21 you this?
22 **A.  I do not.**
23 Q.  Do those officers that are on the
24 block have these refusal forms with
25 them?

Page 67

1  **A.  No.  We have them.**
2  Q.  So, when an inmate refuses the
3  detox check and you're informed that
4  they refused it, do you then go down to
5  the cell and get the inmate to sign the
6  form?
7  **A.  Depending on if we're allowed to go**
8  **to his cell or not.  We just don't go to**
9  **the cell.  Security has to give us**
10 **permission to go to the cell.**
11 Q.  Did you ask for permission to go to
12 the cell?
13 **A.  I don't remember you.**
14 Q.  You write "Refused to sign the
15 refusal form."  Does that mean that you
16 actually tried to get him to sign the
17 form, and he actively refused?
18 **A.  I don't remember.**
19 Q.  I'm on PCM319.  Do you see your
20 name here (indicating), Ms. Betancourt?
21 **A.  Yes.**
22 Q.  Do you see your name here --
23 **A.  Yes, I do.**
24 Q.  -- on PCM319.
25     And this is for June 25th, 2019 at

Page 68

1  8:42 a.m.  Is that during what would
2  normally be your shift?
3  **A.  Yes.**
4  Q.  And because your name is logged in,
5  I'll ask you the same question.  Does
6  this mean you typed these words into the
7  chart notes, "IN Refused detox check and
8  refused to sign refusal form?"
9  **A.  Yes.**
10 Q.  Did you actually go to Mr. Riley's
11 cell to get him to sign the refusal
12 form?
13 **A.  I don't remember.**
14 Q.  Is this another situation where
15 somebody told you that Mr. Riley refused
16 the detox check?
17 **A.  I don't even remember.  I don't**
18 **remember the dates.**
19 Q.  And when you looked through Pages
20 65 to 75, am I correct that you did not
21 see a refusal of treatment form for
22 either June 22nd or June 25th, 2019?
23 **A.  Correct.**
24 Q.  Is it your testimony that you did
25 not actually see Mr. Riley on June 25th?

Page 69

1  **A.  No, I didn't see him.**
2  Q.  As the medical assistant, is it
3  important for you to be able to see the
4  inmates to notice whether or not there
5  could be a change in their condition?
6      MR. NINOSKY:  Object to the
7  form as to important.
8      But you can answer.
9      THE WITNESS:  Yes, it's
10 important.
11 BY MR. MINCEY:
12 Q.  Am I correct that your only
13 opportunity to observe Mr. Riley would
14 have been during these detox checks?
15     MR. NINOSKY:  Object to the
16 form.
17     But you can answer.
18     THE WITNESS:  Yes.
19 BY MR. MINCEY:
20 Q.  And if Mr. Riley's condition had
21 worsened or deteriorated, you would not
22 have known because you did not see him,
23 correct?
24     MR. NINOSKY:  Object to the
25 form.  Speculation.

Page 70

1  But you can answer.
2  THE WITNESS: Right.
3  MR. MINCEY: Counsel, can
4  we take, maybe, like a five,
5  ten-minute break real quick? I
6  think I'm actually almost done.
7  MR. NINOSKY: Sure.
8  Whatever. Ten minutes sounds
9  like a winner.
10  MR. MINCEY: I appreciate
11  it. All right, guys.
12  - - -
13  (A brief recess was taken
14  at this time.)
15  - - -
16  BY MR. MINCEY:
17  Q. Ms. Betancourt, I know earlier I
18  asked you if you had reviewed any
19  documents, and you said that you had
20  not. Were you asked to search for any
21  documents in preparation for your
22  deposition today?
23  **A. Did we go over documents? Is that**
24  **what you're trying to ask me?**
25  Q. Were you asked to look for any?

Page 71

1  **A. No, I wasn't asked to look for any**
2  **documents.**
3  Q. Okay. And I asked you earlier
4  whether or not you had faced any
5  discipline while you were a medical
6  assistant. I neglected to ask you have
7  there ever been any complaints made
8  against you for your work as a medical
9  assistant?
10  **A. No. Not that I recall.**
11  Q. When you are working as an MA at
12  Dauphin County Prison, were you
13  responsible for -- I guess as an MA, are
14  you responsible for all of the inmates
15  in the prison, or are you working in a
16  specific area of the prison or block on
17  the prison? Do you understand my
18  question? It's a little choppy.
19  MR. NINOSKY: Object to the
20  form.
21  But you can answer if you
22  understand it.
23  BY MR. MINCEY:
24  Q. It was real choppy. Sorry.
25  **A. No. I understand.**

Page 72

1  **We're assigned specific blocks.**
2  Q. Okay. And the block -- at this
3  time, June 18, 2019, the block that you
4  were assigned to was the one that Mr.
5  Riley was on?
6  **A. June 18th, was that the day he was**
7  **brought to the Judicial Center?**
8  Q. Yeah, June 18th, 2019.
9  **A. I was assigned to the Judicial**
10  **Center.**
11  Q. Okay. And in the days after that,
12  were you also assigned to the Judicial
13  Center, or were you assigned to other
14  areas of the jail?
15  **A. I don't recall the other days. I**
16  **can't remember where.**
17  Q. So, when I was showing you the
18  chart notes for June 22nd, for example,
19  would that have been when you were
20  assigned to the Judicial Center when you
21  were supposed to be doing the detox
22  checks on Mr. Riley?
23  **A. No. We were assigned the Judicial**
24  **Center, and, like, blocks that don't**
25  **require a lot for us to do. So, you get**

Page 73

1  **what I'm saying? So, the higher amount**
2  **of work blocks is assigned to the other**
3  **MA. If you're signed to the Judicial**
4  **Center, you don't get a lot of the**
5  **assignments because you have to**
6  **constantly run down there.**
7  Q. And on June 22nd, for example,
8  when Mr. Riley is on Level 1, suicide
9  watch, what part of the prison would he
10  be in?
11  **A. A Block.**
12  Q. And A Block on June 22nd, would
13  that have been an area that you were
14  responsible for?
15  MR. NINOSKY: Asked and
16  answered.
17  You can answer it again.
18  THE WITNESS: I don't
19  remember. I mean, if I -- I'm
20  going to say yes because I don't
21  remember, but if I documented
22  that he was refused, then I would
23  be assigned to that block.
24  BY MR. MINCEY:
25  Q. And when you come on the shift, do

KASSANDRA BETANCOURT

Page 74

1  you review the notes of the people on
2  your block to see if there had been any
3  changes in their condition?
4          MR. NINOSKY:  Object to the
5     form.
6          But you can answer.
7          THE WITNESS:  No.  The
8     nurses do that.
9  BY MR. MINCEY:
10  Q.  Okay.  When you come on your shift
11  on June 22nd, for example, do you have
12  access to the other refusal -- detox
13  check refusal forms that have been
14  completed on behalf of Mr. Riley?
15  **A.  No.  I don't have access to that.**
16  Q.  Those are handwritten forms,
17  correct?
18  **A.  They're handwritten forms that get**
19  **scanned into his chart later on.**
20  Q.  When you say "later on," are they
21  scanned into the chart later on that day
22  after they're collected or --
23  **A.  It could be that day.  It could be**
24  **on the next day.  It all depends on when**
25  **we get to it.**

Page 75

1  Q.  If you needed to see the history of
2  an inmate, do you have access to that?
3  **A.  Yes.**
4  Q.  Okay.  And where would that be
5  kept?
6  **A.  In his medical chart.**
7  Q.  And is it your testimony that when
8  you started your shift on June 22nd, you
9  did not review the medical chart for Mr.
10  Riley?
11          MR. NINOSKY:  Object to the
12     form.
13          You can answer.
14          THE WITNESS:  I'm not the
15     nurse in -- that's the charge
16     nurse that does that.  I just do
17     my assignments.  If it's detox
18     checks, that type of stuff, those
19     type of things you're talking
20     about are for like the registered
21     nurses and the LPNs.
22  BY MR. MINCEY:
23  Q.  Is there any type protocol in place
24  for how you handle an individual that is
25  repeatedly refusing detox checks?

Page 76

1          MR. NINOSKY:  Object to the
2     form.
3          You can answer.
4          THE WITNESS:  Not that I
5     deal with, no.
6  BY MR. MINCEY:
7  Q.  Okay.  Does that mean there is a
8  protocol in place?
9  **A.  I don't remember.  I think after so**
10  **many, then, like, the doctors and stuff**
11  **get involved.**
12  Q.  Do you know how many?
13  **A.  I don't remember.**
14  Q.  And is there a protocol in place
15  that directs you how to respond to an
16  inmate that is repeatedly refusing to
17  complete the intake?
18  **A.  We just continuously do it every**
19  **shift until we can get an intake**
20  **completed.**
21  Q.  And if an inmate repeatedly refuses
22  to complete the intake, do they just
23  remain on Level 1, suicide watch?
24  **A.  Yes.**
25  Q.  And they remain there until they're

Page 77

1  released or sentenced?
2  **A.  Correct.**
3  Q.  Are there any efforts taken to --
4  let me ask you this way.  Are there any
5  additional efforts taken to complete the
6  intake process for a person that has
7  repeatedly refused to complete intake?
8          MR. NINOSKY:  Object to the
9     form.
10          But you can answer.
11          THE WITNESS:  In a 24-hour
12     timeframe, we do it once every
13     shift, so we would attempt it
14     three times a day.
15  BY MR. MINCEY:
16  Q.  And when you're attempting to go
17  complete intake, what does that mean?
18  What does that consist of?
19  **A.  Bring him down to medical and sit**
20  **him down, and asking him the intake**
21  **questions.**
22  Q.  And if that person refuses to
23  answer the intake or is unable to answer
24  the intake questions, you just send them
25  back?

Page 78

1  **A. Yes.**
2  Q.  To Level 1?
3  **A.  To Level 1. They remain on their**
4  **status.**
5  Q.  Do all inmates have to go through a
6  detox check?
7  **A.  No.**
8  Q.  Is it common to continue with a
9  detox check for an individual that has
10 been determined not to have a substance
11 abuse issue?
12       MR. NINOSKY:  Object to the
13 form.
14       You can answer if you have
15 an understanding.
16       THE WITNESS:  Yeah.  You
17 have to clarify that question.
18 BY MR. MINCEY:
19 Q.  If a doctor made the determination
20 that Mr. Riley was not suffering from a
21 substance abuse issue on June 20th,
22 would it be out of the ordinary for
23 that inmate to have a detox check after
24 that?
25       MR. NINOSKY:  Object to the

Page 79

1  form.
2       But you can answer if you
3  know.
4       THE WITNESS:  Yeah.  I
5  don't know.  That would be
6  something that a nurse or LPN
7  would answer.
8  BY MR. MINCEY:
9  Q.  You don't have any control over
10 whether or not someone has a detox
11 check?  You just do what is listed for
12 you to do?
13 **A.  Correct.**
14 Q.  All right.
15       MR. MINCEY:  Ms.
16 Betancourt, I don't think I have
17 any additional questions for you,
18 but the other attorneys on the
19 line may.  And, so, I'm going to
20 give them an opportunity to ask
21 you questions if they have any.
22       MR. LAVERY:  Frank Lavery.
23 I have no questions for the
24 witness.
25       MR. POLAHA:  I have a

Page 80

1  couple questions if you don't
2  mind.
3       MR. NINOSKY:  Go ahead.
4       MR. POLAHA:  Thank you.
5       - - -
6       EXAMINATION
7       - - -
8  BY MR. POLAHA:
9  Q.  Good morning, Ms. Betancourt.  My
10 name is Matt Polaha along with David
11 MacMain.  We represent the Susquehanna
12 Township police officers involved in
13 this case.  I just have a couple of
14 follow-up questions.
15       Just to kind of recap with some
16 foundation, you previously testified
17 that you attempted to perform an intake
18 on Tyrique Riley.  When was the first
19 time you tried to perform the intake
20 questions on Tyrique?
21 **A.  Can I look at the document so I can**
22 **get the correct date?**
23 Q.  Was it June 18th?
24 **A.  Yes.  When he was brought to the**
25 **Judicial Center.**

Page 81

1  Q.  Do you recall what time of day that
2  was?
3  **A.  It was the morning.**
4  Q.  Okay.  And you had previously
5  testified that if someone had a
6  condition or injury that required them
7  to go to the hospital, you would report
8  that condition to the charge nurse, who
9  then makes the decision on whether or
10 not that person should go to the
11 hospital; is that correct?
12 **A.  Yes.**
13 Q.  And, so, when you first did intake
14 or attempted to perform intake on
15 Tyrique Riley on June 18th, 2019, did he
16 present with any injuries or condition
17 that you reported to the charge nurse to
18 obtain approval for him to go to the
19 hospital?
20 **A.  No.  He did not have any injuries**
21 **or a condition that I noticed.**
22 Q.  Thank you.
23       MR. POLAHA:  I have no more
24 questions.
25       THE WITNESS:  You're

Page 82

1  welcome.
2      MS. HARRISON: I have no
3  questions either. Thank you.
4      MR. NINOSKY: Okay.
5      MR. MINCEY: All right, Ms.
6  Betancourt. I really appreciate
7  your patience and time this
8  morning. I can't see why we
9  would need to ask any more
10 questions, but if we need to,
11 we'll reach out to John and make
12 it happen.
13     So, thank you for your
14 time.
15     COURT REPORTER: Excuse me
16 everyone. This is the court
17 reporter. I have to ask and
18 confirm who actually wants a copy
19 of the transcript, and please
20 state your names individually.
21     MR. NINOSKY: John Ninosky.
22 I want regular print sent via
23 e-mail.
24     MR. LAVERY: Frank Lavery.
25 I would like just mini or

Page 83

1  condensed version also sent via
2  e-mail.
3      MR. MINCEY: Kevin Mincey.
4  Mini is fine with me via e-mail.
5      MR. POLAHA: Matt Polaha.
6  Mini via e-mail is fine as well.
7      MS. HARRISON: Alissa
8  Cardenas Harrison. Mini via
9  e-mail. Thank you.
10         - - -
11     (Witness excused.)
12         - - -
13 (Deposition concluded at 11:05 a.m.)
14         - - -
15
16
17
18
19
20
21
22
23
24
25

Page 84

1      C E R T I F I C A T I O N
2
3
4
5      I, Maria Rousakis, hereby
6  certify that the foregoing is a
7  true and correct transcript of
8  the proceedings held in this
9  matter as transcribed from the
10 stenographic notes taken by me on
11 Thursday, July 7, 2022.
12
13
14
15
16         ---------------------
       Maria Rousakis
       Court Reporter
17
18
19
20     (This certification does
21 not apply to any reproduction
   of this transcript, unless
22 under the direct supervision
   of the certifying reporter.)
23
24         - - -
25

Page 85

C E R T I F I C A T E
I, the undersigned, KASSANDRA BETANCOURT,
do hereby certify that I have read the foregoing
deposition and that, to the best of my knowledge,
said deposition is true and accurate (with the
exception of the corrections listed below):

PAGE-LINE
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____
___-___- _____

_____        _____
DATE             KASSANDRA BETANCOURT

DiPIERO COURT REPORTING
Registered Professional Reporters
1175 Marlkress Road - Unit 2460
Cherry Hill, New Jersey 08034
(215) 735-8101

**A**

ability 9:23
able 7:22 21:16
  25:14 35:2 54:15
  69:3
abuse 78:11,21
access 23:8 74:12
  74:15 75:2
accurate 85:3
accurately 6:22
Acknowledgment
  42:4
acting 37:3
ACTION 1:4
actively 67:17
actual 20:13 23:3
additional 19:12
  19:13 77:5 79:17
address 12:5,13
Administrator 1:4
ago 10:3 13:12,13
  16:25
ahead 80:3
al 1:5,9
Alissa 2:19 83:7
allow 6:7 8:10
allowed 49:11 67:7
allowing 23:17
allows 25:5
amount 15:2 46:8
  73:1
Angela 2:25
angry 47:6
answer 6:9 8:2,11
  8:25 9:13 16:22
  21:4,11 22:17
  23:20 24:13,20
  25:10 26:2 35:2
  37:23 44:1,13
  50:15 54:16,18
  56:10,20 65:7
  69:8,17 70:1
  71:21 73:17 74:6
  75:13 76:3 77:10

77:23,23 78:14
  79:2,7
answered 44:12
  45:6 73:16
answering 8:12
  45:4,22
answers 6:11 7:15
  9:24 31:7,10,14
  38:5
anticipate 7:23
anybody 12:22
  47:17
apologize 44:8
APPEARANCES
  2:1 3:6
appeared 35:1
apply 84:20
appointment 57:12
  57:14
appreciate 62:4
  70:10 82:6
appropriate 23:14
approval 81:18
approximate 6:18
  49:5
approximately
  1:15 15:1 27:2
approximating
  6:21
approximation
  26:22
April 17:15 27:7
area 29:21 71:16
  73:13
areas 72:14
arrested 13:4,8,11
  13:18 14:6,24
  15:7
arrestee 23:16
asked 9:12 35:5,10
  35:12 36:6,16
  38:10 44:8,12
  70:18,20,25 71:1
  71:3 73:15

asking 8:3,10 28:5
  37:8,13 44:21,24
  45:12,18 49:15
  77:20
assessment 45:10
assign 16:9
assigned 72:1,4,9
  72:12,13,20,23
  73:2,23
assignments 73:5
  75:17
assistant 12:4
  17:12,17 19:7,22
  20:3 22:25 53:20
  57:5 69:2 71:6,9
assistants 27:14,23
  28:3,13
Associates 15:15
Associate's 12:3
assume 8:20 9:2
attempt 42:19 44:9
  56:24 77:13
attempted 61:11
  80:17 81:14
attempting 66:5
  77:16
attorney 8:19
attorneys 79:18
automatically
  40:24 41:1,3 58:4
  58:6
autopopulate
  55:10
autopopulated
  55:13,17,19
  58:15
autopopulates
  57:20
awareness 34:14
a.m 1:16 53:1
  58:13,14,17 63:5
  68:1 83:13

**B**

back 14:11 20:1
  26:12 27:22 45:5
  65:21 77:25
background 10:18
bad 27:19,20 29:8
bandage 48:5
base 22:6
based 21:14 24:7
  25:15,17 37:1
basic 42:17
basically 21:14
  51:12 56:16
bate 32:19,20 33:2
  33:8
Bear 61:24
began 26:25
beginning 1:15
  18:4 28:24
behalf 74:14
believe 37:6,19
  38:7 50:3
bench 29:24
best 6:16 7:13 8:9
  8:11,23 21:21
  35:19 85:3
Betancourt 1:13
  2:12 4:10 5:10,18
  9:6 10:18,20
  12:22 13:5 19:25
  29:13 32:1 33:7
  33:19 39:11,12
  41:24 46:9 50:19
  52:6 53:25 56:13
  57:15 60:15
  61:25 62:6 67:20
  70:17 79:16 80:9
  82:6 85:2,20
better 23:15
binder 23:8,11,25
  24:1
birth 10:23
bit 6:8
blah-blah-blah
  38:13

blank 51:1
block 16:6,7 66:10
  66:24 71:16 72:2
  72:3 73:11,12,23
  74:2
blocks 16:8 72:1
  72:24 73:2
blood 17:19 30:15
  55:5
bottom 32:19
  50:23
box 2:15 34:13,18
  36:9
boxes 40:9,10,18
  40:21
break 9:8,14 46:21
  47:5,7 48:2,7
  49:2,6,22 70:5
BRIAN 1:8
brief 70:13
Bring 77:19
bro 34:22,25 35:22
  36:7
brought 20:11,14
  20:17 29:18
  61:12 72:7 80:24
BS 55:4

**C**

C 84:1,1 85:1,1
call 6:13 25:23
  66:10
calls 16:22
calm 50:5
Camp 2:10,22
car 18:24
Cardenas 2:19
  83:8
Care 2:12 5:24
  22:15 32:6 50:21
CARMEN 1:4
case 80:13
Cause 37:8
caused 40:20

**causing** 46:22
47:11
**cell** 61:21 66:8
67:5,8,9,10,12
68:11
**cells** 29:22,23
**Center** 2:9 20:11
20:22 24:3 28:17
29:19 39:18 72:7
72:10,13,20,24
73:4 80:25
**certain** 21:18,22
**certainly** 9:10
**certificate** 19:14
**certification** 5:4
12:2 84:20
**certifications** 19:5
**certify** 84:6 85:2
**certifying** 84:22
**change** 58:10
61:17 69:5
**changed** 57:14
58:9,12
**changes** 17:21 74:3
**charge** 25:17 26:3
26:5,9,11,19 27:9
43:12,13,15 59:7
75:15 81:8,17
**chart** 53:17 54:13
60:11,12 62:8
63:11 65:20,22
68:7 72:18 74:19
74:21 75:6,9
**charting** 53:12
**check** 30:14 34:18
40:9,20 59:14,18
59:22,25 60:7
61:1,2,5,12,14
63:6,14,15 65:24
66:2,5,15 67:3
68:7,16 74:13
78:6,9,23 79:11
**checked** 36:10
40:9,18

**checks** 57:3,7,18
61:8,22 69:14
72:22 75:18,25
**Cherry** 1:24 85:24
**chest** 38:12
**Chester** 3:13
**child** 14:14
**children** 12:24
**choppy** 71:18,24
**CIVIL** 1:4
**clarify** 78:17
**CLARK** 1:8
**classified** 56:5
**clean** 48:5 49:11
**cleaned** 50:2
**cleaning** 49:14
**clear** 32:22 41:12
**cleared** 40:7,13,17
**click** 31:10,11
**clicked** 34:14
**clicking** 31:12 34:5
**clinical** 17:22
**clinical-wise** 16:18
**COLEMAN** 2:8
**collected** 74:22
**collecting** 34:6
**college** 11:14 19:9
**come** 7:7 16:9 31:1
73:25 74:10
**comes** 30:4,12 43:7
51:5
**coming** 21:25 22:3
24:8 25:13 66:12
**common** 78:8
**Communications**
1:14
**compilation** 53:16
**complaint** 46:20
**complaints** 71:7
**complete** 33:14
40:22,23,25 43:9
44:19,23 52:10
54:1 56:6,7,16,19
64:16,22 76:17

76:22 77:5,7,17
**completed** 43:23
44:5 55:7,21
60:25 64:8,13
65:11 74:14
76:20
**completing** 56:24
65:15
**computer** 31:4,8
31:18
**concerned** 32:25
**concluded** 83:13
**condensed** 83:1
**condition** 25:4
69:5,20 74:3 81:6
81:8,16,21
**conduct** 63:14
**conducted** 63:13
**confirm** 82:18
**confused** 14:15
34:14,18,19 35:1
35:1
**confusing** 8:24
**Congrats** 15:24
**CONNELL** 3:9
**consent** 60:21
64:16
**considered** 56:20
**consist** 77:18
**constant** 41:6,8
**constantly** 73:6
**contact** 12:14
28:16 29:14
48:24
**continue** 78:8
**continuously**
76:18
**control** 33:12 79:9
**Cont'd** 3:6
**conversation** 7:2
7:22
**conversations** 37:2
**copy** 8:5 22:24
23:5 32:7,10

60:16 82:18
**Corporate** 2:9,20
**correct** 15:8 18:1
20:2 27:4,5 31:13
34:3,7 35:18,21
41:14,15,20 42:4
44:10 45:7 46:2
51:25 52:1,4,12
55:1,7,8 56:2
60:5 63:1 64:8,9
64:14 66:18,19
68:20,23 69:12
69:23 74:17 77:2
79:13 80:22
81:11 84:7
**correctional** 60:3
**corrections** 12:9
15:13,20 16:2
85:4
**costs** 13:21,25
14:10
**cough** 38:12
**counsel** 2:6,11,16
2:24 3:15 5:2 6:7
6:13 9:10 29:1,2
57:25 70:3
**counsel's** 54:18
**County** 1:8 12:10
15:14,20 16:3
17:11,14,17 18:3
18:6,13 19:11,23
20:4 26:8,16 27:3
28:4 33:24 40:2
43:7 51:5 71:12
**couple** 10:3 47:24
80:1,13
**course** 7:21
**court** 1:1,17,21 7:9
82:15,16 84:16
85:22
**courtesy** 12:19
**courtroom** 10:5
**cover** 29:1
**covers** 52:23

**COVID** 61:19,20
**CPR** 19:15,17
**cuffs** 49:2
**Cumberland** 12:10
15:13,20 16:2
**current** 12:5 15:12
**currently** 12:8
**cut** 8:1

---

**D**

**date** 1:15 10:23
51:19 58:11,16
80:22 85:20
**dates** 57:13 68:18
**Dauphin** 1:8 17:11
17:14,17 18:3,6
18:12 19:10,23
20:4 26:7,16 27:3
28:4 33:24 40:2
43:7 51:5 71:12
**David** 80:10
**day** 53:21 59:18
72:6 74:21,23,24
77:14 81:1
**days** 27:25,25
72:11,15
**DCP** 46:13
**deal** 59:5 76:5
**decide** 18:23 36:20
**decision** 25:16
81:9
**Defendant** 2:11,16
2:24
**Defendants** 1:9
3:15 5:23
**degree** 12:1,3 19:8
19:9
**deliver** 17:25
**DENNEHEY** 2:8
2:18
**depending** 29:24
67:7
**depends** 74:24
**deposed** 6:1

deposition 1:13
  5:25 9:8 10:10,14
  28:24 64:2 70:22
  83:13 85:3,3
depositions 53:10
describe 34:17
  46:19 47:2
details 38:19
detainee 21:15
detainees 38:20
deteriorated 69:21
determination
  36:12,16 78:19
determine 36:24
  38:18 39:7
determined 44:18
  78:10
detox 57:3,7,18
  59:14,18,21,25
  60:7 61:1,2,5,8
  61:12,14,21 63:6
  63:13,14 65:23
  66:1,5,15 67:3
  68:7,16 69:14
  72:21 74:12
  75:17,25 78:6,9
  78:23 79:10
Diamond 15:15
diarrhea 38:12
different 21:18
  22:1,6 41:18 53:6
  56:13
DiPIERO 1:21
  85:22
direct 84:21
directly 66:8,9
directs 76:15
discipline 19:21
  71:5
distance 6:20
District 1:1,2
  14:21
doctor 78:19
doctors 76:10

document 80:21
documented 73:21
documents 10:15
  32:5,8 62:1 70:19
  70:21,23 71:2
doing 30:25 47:9
  48:19 59:9 72:21
dollar 15:2
dressing 17:21
Drive 2:9,20
dropdown 31:8
drugs 21:16
drunk 22:1
due 55:12,15 56:1
duly 5:11
duties 16:1,14
  17:16

E
E 84:1 85:1,1
earlier 70:17 71:3
early 52:5
easier 32:11
easy 6:4
Education 42:3
efforts 77:3,5
either 68:22 82:3
EKG 17:20
elaborate 7:16
electronic 53:13
emergencies 17:20
employment 17:10
enroll 11:18
enter 54:23 62:18
  62:19,22
entered 54:19
  63:10
entering 46:21
  62:17
entire 28:6
entries 53:16
entry 53:14,19
escorted 30:5,7,8
ESQUIRE 2:3,3,9

2:14,19 3:10
Estate 1:4 5:21
et 1:5,8
Etters 11:6,7
evaluated 36:20
evening 33:22 53:3
evenings 52:22
event 6:17
everybody 8:20
exact 46:8
exactly 18:25
EXAMINATION
  5:15 80:6
examined 4:12
  5:12
example 72:18
  73:7 74:11
exception 85:4
Excuse 82:15
excused 83:11
exhibits 4:20
Exit 33:12
explain 21:24
  57:24 59:2
explanations 7:17
expression 7:4
extent 9:7
e-mail 82:23 83:2,4
  83:6,9

F
F 84:1 85:1
faced 71:4
facial 7:4
fact 38:8 50:1
fair 12:17 32:17
Family 15:15
far 9:19 28:5 32:24
  51:16
fault 63:24
Feds 20:15
feet 24:24
female 16:8
fewest 28:8

filed 5:22
filing 5:5
fill 39:17 60:13
  61:4
filled 59:15 63:16
filling 34:4
find 22:13 39:1
fine 13:20,22 14:12
  14:13,16 15:2
  62:3 83:4,6
fines 13:20,25 14:9
finish 8:3,10,12
  55:11,15 56:1
first 5:11 13:10
  18:18 28:15
  29:14,18 30:11
  30:14 35:4,9
  37:17 52:20,23
  80:18 81:13
FITZPATRICK
  2:2
five 70:4
focused 27:17
follow 20:25 21:8
  21:13,23 22:2
following 35:13
  38:11
follows 5:13
follow-up 80:14
forearm 55:2
  62:14
forearms 47:12
foregoing 84:6
  85:2
forgive 14:15
form 5:7 21:3,10
  23:19 24:19 25:9
  26:1 29:1 30:24
  31:20 33:9 37:16
  37:18,22 39:14
  41:22 42:1,4,14
  42:20,23 43:1,6
  43:10,22,25 44:9
  44:12 45:1,23

46:1,11 48:11
  50:14,21 51:8,12
  52:14 54:7,8 56:9
  58:23 59:1,5,6,15
  60:13 61:3 63:7
  64:13,20 65:6,11
  65:14 66:1,16
  67:6,15,17 68:8
  68:12,21 69:7,16
  69:25 71:20 74:5
  75:12 76:2 77:9
  78:13 79:1
forms 33:13 39:16
  46:4,5 51:3 63:16
  64:22 65:14
  66:24 74:13,16
  74:18
forward 10:9
foundation 80:16
four 28:1,2
Frank 2:14 79:22
  82:24
front 10:5 32:8
  60:16 63:20
full 10:19
further 45:2 51:13

G
general 16:5
generally 59:2,13
getting 66:16
give 6:3,25 7:14,17
  7:18 9:24 10:19
  12:7,12 26:22
  32:9 66:9 67:9
  79:20
go 10:9 11:14
  14:17 16:10
  24:15 25:14
  26:19 27:10
  38:19,20 42:9,17
  42:19,23 43:5
  44:9 51:4,8,11
  61:21 62:5 66:7

67:4,7,8,10,11
68:10 70:23
77:16 78:5 80:3
81:7,10,18
**GOGGIN** 2:8
**going** 6:3,18 7:13
8:6 9:1,13 10:17
12:7 13:9,16 14:8
14:11 18:14 19:1
25:20 26:24
32:16 37:9 60:16
64:4 73:20 79:19
**good** 5:18 7:19
29:11 33:5 80:9
**gotcha** 44:7
**gotten** 65:3
**graduate** 11:11,21
11:24 12:2
**graduated** 10:25
11:13
**Greg** 2:17
**ground** 6:4 9:18
**guess** 6:17 8:7 9:11
23:15 71:13
**guessing** 65:3
**guys** 32:13 70:11

**H**

**H** 2:3
**handcuffs** 46:22
47:5,8,11 48:3,8
49:7,22
**handing** 51:10
**handle** 75:24
**handled** 16:19
**hands** 47:10 48:2
49:7,22
**handwritten** 74:16
74:18
**hanging** 24:2
**happen** 19:18 20:7
20:9,10,12 64:25
82:12
**happened** 26:23

47:13,19
**hard** 21:24 60:16
**Harrisburg** 2:15
**Harrison** 2:19 82:2
83:7,8
**head** 7:4,5 35:4,6
37:14 38:14
**health** 42:18
**hear** 9:23
**held** 29:20,22 84:8
**help** 51:14
**high** 10:25 11:2,5
11:13 65:16
**higher** 41:6 73:1
**highest** 28:2
**highlighting** 33:17
39:20
**Hill** 1:24 2:10,22
85:24
**hired** 23:1
**history** 75:1
**hit** 61:19
**Honestly** 32:12
**hoping** 9:5
**hospital** 23:16
24:12,16 25:1,7
25:15 26:20
27:10 81:7,11,19
**hostile** 50:6
**HSA** 22:15 23:3

**I**

**ignorance** 14:16
**important** 7:10
69:3,7,10
**incident** 26:25
46:14
**incidents** 14:5
**including** 5:23
**INDEX** 4:6
**indicating** 37:9
55:19 63:3 65:17
67:20
**individual** 75:24

78:9
**individually** 65:18
82:20
**influence** 9:22
**Influenza** 33:12
45:1,23,25
**inform** 43:12,15
**information** 6:14
10:18 34:5 66:17
**informed** 67:3
**initial** 42:10
**initials** 42:12
**initiate** 41:16
**initiated** 57:21
58:5 59:11
**injuries** 47:11
81:16,20
**injury** 25:5,12,23
26:18 27:11
46:14,20,22 81:6
49:25 51:4 52:9
54:1 55:12,16
56:1,18 59:19
60:6 63:5 67:2,5
75:2 76:16,21
78:23
**inmates** 17:25
66:11 69:4 71:14
78:5
**inside** 19:6 38:8
**Institute** 11:17,19
11:22
**intake** 20:6,16,21
20:24 21:1 22:5
30:13,25 31:20
33:14 40:23,24
41:1 44:3,4,18
44:19,23 46:6
50:10 51:17,18
51:22,24,25 52:3

52:10 54:2 55:6
55:12,15,20,21
56:1,6,17,19,25
57:22 58:3,5
59:11 61:2,11
65:13 76:17,19
76:22 77:6,7,17
77:20,23,24
80:17,19 81:13
81:14
**intakes** 17:19
26:15
**intent** 7:6
**interrupt** 28:22
29:8
**interview** 36:17
**Interviewer** 33:18
46:16
**intoxicated** 24:9
24:15,17,22
**involved** 46:5
76:11 80:12
**issue** 78:11,21

**J**

**jail** 23:17 72:14
**Jersey** 1:24 85:24
**job** 15:12,24 17:8
18:6,23 48:13
57:4
**John** 2:9 27:20
29:3 63:24 82:11
82:21
**judge** 10:5
**Judicial** 20:11,22
24:2 28:16 29:18
39:18 72:7,9,12
72:20,23 73:3
80:25
**July** 1:11 84:11
**jump** 29:3
**June** 17:6 18:4
20:1,18 26:6,13
27:1,7,17,22

28:11 40:3 52:19
56:25 67:25
68:22,22,25 72:3
72:6,8,18 73:7,12
74:11 75:8 78:21
80:23 81:15
**jury** 10:6

**K**

**Kassandra** 1:13
4:10 5:10 10:20
57:15 85:2,20
**keep** 23:5,10 33:2
**kept** 36:7 75:5
**Kevin** 2:3 5:19
12:6 28:19 32:10
53:9 54:10 83:3
**kids** 12:25
**kind** 7:6 8:1 9:18
12:1 53:15 80:15
**knew** 18:24,24
38:25 39:2,7 45:3
**know** 6:21 8:17,22
12:8 15:4 21:25
22:1 24:5,7,7
32:7 33:11 36:14
40:1,5 48:4 49:8
53:11 60:15 64:1
70:17 76:12 79:3
79:5
**knowledge** 85:3
**known** 12:13 69:22

**L**

**lack** 23:15
**laid** 9:18
**Land** 11:3,5
**Laughter** 63:25
**Lavery** 2:13,14
28:19,21 29:7
79:22,22 82:24
82:24
**LAW** 2:13
**lawsuit** 5:22 15:10

**lawyers** 8:18
**lead** 37:18
**leave** 38:22
**led** 34:17 37:5 38:7
  50:2
**left** 18:6 55:2 62:13
**LEINHAUSER**
  3:9
**length** 6:19
**Let's** 31:25
**level** 34:13 40:25
  41:2,4,6,11,11,13
  41:16,18,18 73:8
  76:23 78:2,3
**Lewisberry** 11:8,8
  11:9
**LFA** 54:5,24 55:1
**Liberty** 2:4
**life** 18:9,11
**line** 79:19
**list** 66:9
**listed** 35:14 79:11
  85:4
**little** 6:8 32:6
  71:18
**live** 12:22
**LLC** 2:2
**log** 62:20,21
**logged** 62:25 63:10
  68:4
**long** 7:17 9:6 15:19
  16:11 33:2 49:6,8
**look** 53:17 62:7
  64:4 70:25 71:1
  80:21
**looked** 63:17 68:19
**looking** 46:9 54:17
  64:6
**looks** 34:2,4 39:21
  45:6 62:12
**lot** 46:7 62:1,4
  72:25 73:4
**LPN** 79:6
**LPNs** 75:21

**Lt** 2:17

**M**

**MA** 33:19 71:11,13
  73:3
**MacMAIN** 3:9
  80:11
**manager** 15:14,17
  15:18 16:12,15
  16:25 17:9
**managers** 22:16
**Maria** 1:16 84:5,16
**marked** 4:20 33:1
  39:13 41:25
  46:10 50:20 52:7
  57:11 62:7
**Market** 2:4,14
  3:11
**Marlkress** 1:23
  85:23
**MARSHALL** 2:8
  2:18
**marshals** 20:15
**Matt** 80:10 83:5
**matter** 56:22,23
  84:9
**MATTHEW** 3:10
**mean** 7:5 15:5
  17:24 19:8 33:22
  34:20 55:4 59:24
  63:9 67:15 68:6
  73:19 76:7 77:17
**meaning** 50:1
**means** 55:2,21
  62:25
**medical** 6:15 12:4
  15:17 16:8 17:12
  17:17,20 19:6,22
  20:3,13 22:25
  23:12 24:3 25:4
  27:14,23 28:3,13
  29:16,19 30:2,5,9
  30:12,22 31:1
  33:15 39:17

46:13 47:14,18
  50:21,22 53:13
  53:20 57:4 61:13
  61:15 66:13 69:2
  71:5,8 75:6,9
  77:19
**medically** 16:21
**medication** 9:21
**Medicine** 15:16
**meds** 17:23,24
**Mendenhall** 2:17
**mental** 42:17
**mentioned** 28:23
**menu** 31:9
**messages** 16:22
**middle** 1:2 10:21
**Mincey** 2:2,3 4:14
  5:17,19 12:16,20
  12:21 21:6 22:7
  23:23 25:2,19
  26:4 27:19,21
  28:20 29:5,10,12
  32:12,18 33:4,6
  38:1 40:14,16
  41:23 43:4 44:6
  44:16 48:14
  50:18 53:22,24
  54:22 55:24
  56:11 58:8 59:12
  63:23 64:9,11
  65:1,9 66:3 69:11
  69:19 70:3,10,16
  71:23 73:24 74:9
  75:22 76:6 77:15
  78:18 79:8,15
  82:5 83:3,3
**mind** 80:2
**mini** 82:25 83:4,6
  83:8
**minutes** 10:3 41:13
  70:8
**missed** 65:19
**Mm-hmm** 34:16
**modified** 58:16

**months** 27:2,6
**morning** 5:18 9:22
  33:22,23 39:24
  80:9 81:3 82:8
**move** 39:10 41:24
**moved** 15:4

**N**

**N** 84:1
**name** 5:19 10:19
  10:21 38:23,25
  39:3,21 51:20
  57:22 58:3,6
  59:10 62:18,24
  67:20,22 68:4
  80:10
**names** 62:19 82:20
**nature** 46:19
**need** 6:25 7:16 9:8
  32:25 82:9,10
**needed** 16:21 19:8
  75:1
**needs** 55:6 59:15
**neglected** 71:6
**never** 50:6,6 61:10
  66:8
**new** 1:24 15:24
  18:23 85:24
**Ninosky** 2:9 12:6
  12:18 21:2,9,20
  23:18 24:18 25:8
  25:25 27:16 32:9
  32:17,24 37:21
  40:12 41:21
  42:25 43:24
  44:11 48:10
  50:13 53:9 54:10
  55:20 56:8 57:24
  58:25 63:21 64:1
  64:19 65:5,25
  69:6,15,24 70:7
  71:19 73:15 74:4
  75:11 76:1 77:8
  78:12,25 80:3

82:4,21,21
**nod** 37:10
**nodding** 7:4 37:13
**normal** 7:2 8:1,19
  22:4,5
**normally** 58:20,22
  68:2
**nos** 7:16
**Notary** 1:17
**notation** 43:11
**note** 57:15 58:9,10
  60:8,10 62:17,18
  62:22
**noted** 43:16
**notes** 31:16,23
  53:18 54:13
  60:11,12 62:8
  63:11 65:20,22
  68:7 72:18 74:1
  84:10
**notice** 35:6 69:4
**noticed** 26:17
  81:21
**Notification** 50:21
**number** 5:23 28:3
  34:13 59:18
**numbers** 32:6
**nurse** 15:14,18
  16:11,15,25 17:8
  25:18 26:3,5,7,9
  26:12,19 27:9
  43:12,13,16 59:7
  59:8 75:15,16
  79:6 81:8,15
**nurses** 74:8 75:21
**nursing** 16:17

**O**

**O** 84:1
**oath** 10:2,4
**Object** 21:2,9
  23:18 24:18 25:8
  25:25 37:21
  41:21 42:25

KASSANDRA BETANCOURT

43:24 44:11
48:10 50:13 56:8
64:19 65:5,25
69:6,15,24 71:19
74:4 75:11 76:1
77:8 78:12,25
**objection** 28:25
**objections** 5:6 29:4
**observation** 25:22
**observations** 31:17
41:7,8
**observe** 41:5 46:25
50:11 69:13
**obtain** 81:18
**Obviously** 7:15
**occasion** 26:17
**occasions** 36:19
**occurred** 29:15
**offhand** 24:6
**office** 15:18 16:20
20:13 22:15
23:12 29:16,20
30:2,5,9,13 31:2
33:15 39:18
47:18 61:15
**officer** 12:9 15:13
15:20 16:2 60:2,4
66:10,13
**officers** 30:7 47:20
48:15,18,23 49:1
66:11,23 80:12
**Oh** 14:18 40:14
**okay** 6:3,5,18,23
6:24 7:11,12,19
7:20 8:1,8,14,15
9:4,15,16 10:17
12:16,25 13:7
14:1 17:3 21:20
22:13 28:8 31:11
31:16 32:23,24
33:4,11 34:2
35:12,16 37:17
38:4 40:6,20
41:12 43:21 44:7

45:21 46:13 47:2
50:25 53:8,22
54:4 55:1,4,25
58:9 59:13,17
60:1,3,6,24 61:3
61:20,24 62:11
62:21 63:9,19
71:3 72:2,11
74:10 75:4 76:7
81:4 82:4
**old** 13:2,14,15 14:6
**once** 41:16 59:20
77:12
**opportunity** 6:11
27:8 69:13 79:20
**Oral** 1:13
**order** 16:19 35:20
39:1 46:3
**ordinary** 78:22
**oriented** 36:10,13
36:21,25 37:6,19
38:7 39:8 45:6
**outside** 19:2 31:17
**overtime** 53:4

**P**

**PA** 11:6,7,8
**packet** 51:24 62:2
**page** 4:8 32:20
33:18 35:11,20
39:10,13
**Pages** 60:17 63:19
68:19
**PAGE-LINE** 85:5
**Paid** 15:5
**pain** 38:12
**paper** 32:7,10
54:14 62:5
**paperwork** 51:20
**parents** 5:22
**part** 20:7,20 32:4
43:5 44:3 45:9,13
45:15,19 51:24
55:11 57:4 65:12

73:9
**particular** 18:5,21
20:7 29:14,20
36:6 38:5 53:19
59:17 60:24
**parties** 5:3
**partner** 5:20
**parts** 20:9
**party** 15:9
**pass** 17:23,24
**patience** 82:7
**patient** 50:25
**pay** 13:20 14:14
**payroll** 16:16
**PCM** 60:17
**PCM15** 33:8 45:5
**PCM203** 57:12
**PCM25** 54:12,14
54:17
**PCM31** 39:13
**PCM318** 62:7
65:21
**PCM319** 67:19,24
**PCM35** 41:25
**PCM48** 46:10
**PCM57** 50:20
**PCM63** 52:7
**Pennsylvania** 1:2
2:5,10,15,22 3:13
14:2,3
**people** 8:20 19:2
29:17 31:1 59:23
74:1
**perform** 57:3,7
59:24 61:8 80:17
80:19 81:14
**performed** 20:21
59:14,19
**performing** 20:16
20:23 21:1 26:15
65:23
**performs** 59:21
**period** 52:21,23
**permission** 67:10

67:11
**permitted** 9:10
**person** 22:4 24:14
24:14,22 25:3
26:19 29:17
36:10,13,21,24
41:17 45:7 59:21
66:17 77:6,22
81:10
**Philadelphia** 2:5
**phone** 16:22
**physical** 48:24
**pile** 65:16,16
**place** 2:4 30:15
31:22 36:11,13
36:21 41:1,3,6,10
43:19 45:7 75:23
76:8,14
**placed** 40:24
**Plaintiffs** 1:6 2:6
**plan** 45:15
**planted** 54:5,24
62:13
**please** 8:9,17,22
82:19
**point** 12:11,14
24:23 42:11
44:17 45:3,21
52:2 61:18 65:4
**Polaha** 3:10 4:16
79:25 80:4,8,10
81:23 83:5,5
**police** 20:12 80:12
**policies** 20:25
22:10,14,21 23:3
**policy** 23:13,25
24:1,4 25:5 61:17
**populates** 59:10
**population** 55:9
**portion** 54:12
**possible** 6:5 41:4,7
**post** 16:9
**PPD** 30:15,16 54:5
54:24 62:13

**precautions** 46:1
**preference** 32:13
**preparation** 10:13
70:21
**prepared** 10:9
**present** 81:16
**presuming** 64:6
**pretty** 18:25
**previously** 80:16
81:4
**Prime** 2:12 5:24
22:15 32:6 50:21
**print** 82:22
**prior** 17:8 25:13
**prison** 1:8 15:14
15:21 16:3 17:11
17:14,18 18:3,7
18:13 19:6,11,23
20:4,8,10,13,18
20:20 25:7,14
26:8,16 27:3 28:5
33:24 38:9 40:3
43:7 51:6 71:12
71:15,16,17 73:9
**probably** 6:6 59:6
61:11
**problem** 29:6
**problems** 52:8
**procedure** 21:1
**proceed** 45:2
**proceedings** 84:8
**process** 44:20 46:6
77:6
**processed** 29:25
**produce** 12:11
19:13
**produced** 8:5
**Professional** 1:16
1:22 85:23
**protocol** 43:5
75:23 76:8,14
**protocols** 21:13,23
22:2,8 42:17
**provide** 42:7

provided 7:8 23:4
    23:7 32:5
psychiatrist 40:8
    40:18 41:10,19
psychologist 40:8
    40:17 41:9
Public 1:17
pull 23:9
pulled 54:11
put 60:17 65:15
p.m 52:14 53:1
P.O 2:15

**Q**

qualifying 25:23
question 5:7 6:9
    8:10,13,13,16,23
    9:1,2,9,12,14
    25:21 27:20
    35:10 36:6 37:23
    38:2 54:16,18,21
    68:5 71:18 78:17
questions 6:12,14
    7:1,15 8:3 9:24
    9:25 30:20,21,22
    35:3,5,11 36:15
    37:8,12,15,18
    38:6,10,18,21
    39:5 44:22,25
    45:4,12,18,23
    49:16 51:13
    56:20 77:21,24
    79:17,21,23 80:1
    80:14,20 81:24
    82:3,10
quick 57:10 70:5

**R**

R 2:9 84:1 85:1
reach 82:11
read 42:7,14,16
    51:11 85:2
reading 5:3 51:9
ready 51:19

real 57:10 70:5
    71:24
realized 44:22
really 7:9 9:6
    53:11 82:6
reason 10:8 18:5
    42:22 56:4 64:15
recall 20:16,20
    26:11 30:1,8 36:1
    37:12 40:1 44:17
    54:8 66:20 71:10
    72:15 81:1
recap 80:15
receive 19:4,21
received 19:5
    22:23
recertification
    19:17
recertifications
    19:16
recess 70:13
recognize 33:9
    39:13 42:1 46:11
recollection 6:16
    35:19 65:23 66:4
recommend 27:9
recommended
    26:18
record 6:22 32:21
    53:13
records 43:17
Red 11:3,5
refer 32:20
referring 32:22
    33:3
reflect 6:22
reflected 34:10
refresh 65:22 66:4
refusal 52:14 56:1
    56:21 60:21 63:7
    64:16 66:16,24
    67:15 68:8,11,21
    74:12,13
refuse 65:13

refused 52:10,13
    54:1 56:18 57:13
    61:4 63:6,6,15
    66:2,13,14,15
    67:4,14,17 68:7,8
    68:15 73:22 77:7
refuses 60:6 67:2
    76:21 77:22
refusing 50:11
    55:12,16 56:5
    66:6 75:25 76:16
registered 1:22
    59:7 75:20 85:23
regular 22:3,4
    82:22
released 77:1
remain 23:17
    76:23,25 78:3
remember 13:14
    13:17 14:6 15:1
    17:3 18:11 24:6
    27:12 28:14 35:9
    35:15,17 36:18
    36:23 37:4 39:4,9
    42:21 43:3 44:15
    45:24 46:3,6,7
    47:21,23 48:4
    49:17,18,20,24
    50:17 52:2,5,17
    52:18 58:13
    60:14 67:13,18
    68:13,17,18
    72:16 73:19,21
    76:9,13
remove 41:17
repeat 54:21
repeatedly 75:25
    76:16,21 77:7
repeating 34:20
    35:22 36:7
repetitive 6:8
rephrase 8:23
report 25:24 46:14
    81:7

reported 81:17
reporter 1:17 7:9
    82:15,17 84:16
    84:22
Reporters 1:22
    85:23
**REPORTING**
    1:21 85:22
represent 5:20
    80:11
reproduction
    84:20
require 72:25
required 43:11
    51:4 60:7 64:17
    81:6
reserved 5:8
respective 5:3
respond 17:20
    21:17 76:15
response 36:5
responses 7:1,10
responsible 71:13
    71:14 73:14
Restrict 40:7,13
restroom 9:9
review 10:14 23:5
    55:21 74:1 75:9
reviewed 70:18
right 6:10 9:17
    10:8 15:5 19:25
    22:20 31:15,24
    31:25 34:11 40:6
    45:10,13,16,19
    46:17,23 53:23
    54:4 58:10 61:1
    62:14 63:3,17
    65:4 70:2,11
    79:14 82:5
Riley 1:4,5 2:3
    5:20,21 20:17
    28:16 29:15 30:1
    30:4,9 34:6 35:24
    36:12 37:5 38:6

40:2 42:20,24
    44:10,18 45:22
    48:24 49:1,18,21
    50:10 51:15 52:8
    56:5 57:1,8 61:9
    61:10 65:24 66:6
    66:8 68:15,25
    69:13 72:5,22
    73:8 74:14 75:10
    78:20 80:18
    81:15
Riley's 5:22 6:15
    68:10 69:20
Road 1:23 85:23
room 24:3 29:14
    47:14
Ross 2:2,3 5:20
Rousakis 1:16 84:5
    84:16
rule 9:11
rules 6:4 9:18
    20:24 21:7
run 73:6

**S**

S 3:10
saline 50:2
saw 47:3 48:7
    49:21 61:10 66:8
saying 34:22,23
    35:23,24 36:1,4
    38:16 49:23 73:1
says 33:11,19,21
    34:11,13 36:9
    39:23 40:6,12
    42:3 46:13,19
    51:13 52:8,13
    54:23 58:10,16
    60:21 62:17 63:5
scanned 64:23,24
    65:3,17 74:19,21
schedule 18:25
    53:7 57:12
school 10:25 11:2,5

11:14 14:12,13
14:16,17,20
**screen** 30:23 31:5
31:18 32:2,2,14
60:17,19
**screwing** 64:2
**script** 30:25 31:4
**scripted** 33:13
**scrolling** 61:25
62:2
**sealing** 5:4
**search** 70:20
**second** 14:12,23,25
63:21
**security** 16:4,5
61:13 67:9
**see** 31:25 32:2,15
34:15 43:19,21
47:8 48:15,18
49:6 52:16 53:18
57:1,16,17,19,20
58:17,19 59:2
60:18 62:8 63:3
64:13 67:19,22
68:21,25 69:1,3
69:22 74:2 75:1
82:8
**seeing** 65:20,21
**send** 23:14 24:11
24:25 77:24
**Senior** 11:5
**sent** 25:6 82:22
83:1
**sentenced** 77:1
**separate** 47:10
**series** 32:4
**serious** 18:20
**Services** 50:22
**session** 6:10
**severely** 24:22
**shaking** 7:5 35:4
**share** 32:1
**sharing** 57:10
**shift** 26:10,12

27:13,24 28:4
43:20,22 52:18
52:20,24 58:21
58:22 59:20 68:2
73:25 74:10 75:8
76:19 77:13
**shook** 35:5 38:14
**showing** 33:7
39:12 41:25
50:19 52:6 54:13
57:11 62:6 72:17
**sign** 42:10 52:13
63:6 66:15 67:5
67:14,16 68:8,11
**signature** 42:13
50:23,25 51:19
**signed** 73:3
**signing** 5:4
**sit** 77:19
**sitting** 29:24 47:15
47:16
**situation** 18:8
56:22,23 68:14
**situations** 13:24
24:11
**somebody** 27:10
30:6 36:20 41:4
61:4 68:15
**someone's** 21:25
22:3
**sore** 38:13
**sorry** 22:18 28:21
29:7 34:23 40:5
40:15 71:24
**sounds** 33:4 70:8
**speaking** 49:19
59:13
**special** 19:5
**specific** 25:12
34:21 36:15
38:17 71:16 72:1
**Speculation** 69:25
**Spell** 11:4
**spring** 17:4

**stab** 19:2
**staffing** 16:17
**stamped** 33:8
**stamping** 33:2
**stamps** 32:19,21
**stand** 11:16 24:10
24:23
**standing** 47:15
**start** 8:2 10:17
17:13
**started** 15:22
16:24 27:3 35:6
75:8
**state** 20:14 82:20
**STATES** 1:1
**status** 78:4
**staying** 25:7
**stays** 58:6
**stenographic**
84:10
**Stephanie** 59:8
**steps** 43:14
**stipulated** 5:1
**stop** 8:25 18:2 48:1
48:9,16 49:2,3
57:10
**stopped** 35:8 44:21
44:24 45:22 49:4
51:25 52:3
**street** 2:4,14 3:11
7:25
**strength** 49:10
**strong** 49:9,10
**stuff** 19:16 50:9
51:19 57:20 59:9
75:18 76:10
**stumbling** 24:10
**substance** 78:10,21
**successfully** 54:5
54:24 62:13
**suffering** 25:3
78:20
**sugar** 55:5
**sugars** 30:15

**suggest** 54:11
**suicide** 41:13 46:1
73:8 76:23
**Suite** 2:5,10,21
3:12
**sum** 51:12
**summer** 17:5
**Sundays** 53:2
**supervision** 84:21
**supplies** 16:20,20
**supposed** 21:7
38:21 72:21
**sure** 6:5 16:16,17
32:15 49:8 65:10
70:7
**Surveillance** 33:12
**Susquehanna** 3:15
80:11
**sustain** 25:13
**sustained** 27:11
**Swanson** 2:25
**sworn** 5:11
**symptoms** 35:13
38:12
**system** 33:25 62:20

**T**

**T** 84:1,1 85:1,1
**take** 9:8,14 10:4
14:11 31:23
32:14 34:8 50:8
70:4
**taken** 1:14 9:21
53:10 70:13 77:3
77:5 84:10
**talk** 8:18 37:1
**talking** 7:2,25 8:21
17:1 37:5 62:9,12
75:19
**task** 43:21
**tasks** 43:19
**Technical** 11:17,19
11:22
**teenager** 13:12

**tell** 7:3 58:25 66:11
**telling** 48:20,22
**temperature** 34:8
**ten** 26:24 70:8
**tend** 8:18
**ten-minute** 70:5
**term** 23:15
**terminal** 63:1
**terms** 8:19
**test** 30:17
**testified** 5:13 80:16
81:5
**testimony** 4:6
10:10 61:7 68:24
75:7
**thank** 12:18 15:25
40:15 80:4 81:22
82:3,13 83:9
**thing** 14:9 17:22
28:22 30:11,19
51:22
**things** 16:22 21:18
41:5 42:18 50:8
75:19
**think** 14:10 15:3
32:11 70:6 76:9
79:16
**thought** 37:11
**threat** 18:22
**threatened** 18:9,10
18:12,19
**three** 37:18 77:14
**throat** 38:13
**Thursday** 1:11
84:11
**till** 53:3
**time** 4:20 5:8 6:19
9:6 10:11 13:10
14:5,12,23,25
17:3 18:18 20:3
23:6 26:6,15 28:6
29:3 32:14 33:25
36:11,13,22
37:10 39:6,8 40:2

45:7 52:21,23
58:17 61:16,18
66:7 70:14 72:3
80:19 81:1 82:7
82:14
**timeframe** 27:18
77:12
**times** 13:7 15:6
26:23 28:9 59:18
77:14
**today** 5:24 10:14
70:22
**told** 49:1 66:12,20
68:15
**tolerated** 49:25
50:3
**Tony** 15:15
**top** 33:11,17 46:17
62:11
**touch** 50:8
**Township** 80:12
**traffic** 13:23,24
14:1,4
**training** 23:2
**trainings** 19:12
**transcribed** 8:5
84:9
**transcript** 7:8
82:19 84:7,21
**treatment** 6:15
50:12 60:22
64:17 68:21
**trial** 5:8
**tried** 63:14 67:16
80:19
**Truancy** 14:18
**true** 84:7 85:3
**truthful** 9:24
**try** 6:4 42:23 48:9
**trying** 32:1 46:21
47:4,7,10 48:1,7
48:15 49:2,6,21
70:24
**tuberculosis** 30:17

**two** 13:1,9,9 15:6
18:15 19:19 20:9
24:24 27:2,6,25
28:8 40:21
**type** 17:9 19:11,13
24:10 25:4,21
30:21 31:10
43:10 49:10
50:11 58:23 61:3
75:18,19,23
**typed** 55:16,18,25
68:6
**typing** 31:7
**Tyrique** 1:4 5:21
20:17 52:8 80:18
80:20 81:15

**U**

**uh-huh** 7:18
**uh-uh** 7:18
**unable** 43:9 44:19
55:15,25 56:7
77:23
**undersigned** 85:2
**understand** 8:16
9:3,17,23 10:2
37:24 38:2 56:14
71:17,22,25
**understanding**
24:13 35:18
78:15
**understands** 8:21
**understood** 9:2
38:15
**unit** 1:23 40:7
85:23
**UNITED** 1:1
**upset** 47:6
**use** 9:9 33:24

**V**

**V** 1:7 2:3
**vaccines** 16:20
**verbal** 6:25 7:10

**verbatim** 42:14,16
**version** 54:15 83:1
**versus** 25:7 56:6
**Video** 1:14
**violation** 13:23,25
14:2
**vitals** 17:19 30:14
30:18 31:21 50:8

**W**

**waiting** 19:2
**waived** 5:5
**want** 6:16,17 56:12
82:22
**wants** 82:18
**Warden** 1:8
**WARNER** 2:8
**warrant** 13:19
**wasn't** 34:20 35:7
45:3 50:5 71:1
**watch** 41:13 73:9
76:23
**way** 16:19 35:7
56:13 77:4
**ways** 22:6
**weeks** 18:15
**welcome** 82:1
**went** 11:15 19:12
23:2 35:20
**weren't** 36:21
**West** 3:11,13 14:22
**we'll** 25:23 82:11
**we're** 8:4,21 9:7
16:25 32:22
41:12 45:5 65:15
67:7 72:1
**winner** 70:9
**winter** 17:4
**witness** 4:8 5:12
21:5,12,22 23:21
24:21 25:11 26:3
37:25 43:2 44:2
44:14 48:12
50:16 54:14,20

55:23 58:1 59:4
64:10,21 65:8
69:9,18 70:2
73:18 74:7 75:14
76:4 77:11 78:16
79:4,24 81:25
83:11
**word** 34:25 35:22
**words** 34:21,21
52:11 68:6
**work** 16:5,7,7,8
17:13,19 18:25
19:6,21 52:22
71:8 73:2
**worked** 17:11
19:22 27:7 28:4
52:20 53:2,3
**working** 18:2
19:10 20:2,6
22:24 27:14,23
28:6,12,12 30:24
31:19 52:19
71:11,15
**works** 12:9 53:12
**worsened** 69:21
**wouldn't** 42:22
58:14
**would've** 53:15
**wrist** 46:23 50:2
**wrists** 49:12,15
**write** 31:21 54:1,6
55:8,10 56:17
66:14 67:14
**writing** 22:8,11,14
**written** 7:7 8:5
20:24 22:20
23:13
**wrong** 6:10 34:3
**wrote** 52:9 55:6

**Y**

**yeah** 13:19 18:15
29:5 35:25 59:4
72:8 78:16 79:4

**year** 11:11,24
15:23 16:13,25
17:4,7 39:6
**yearly** 19:18
**years** 13:12,13
19:19
**York** 11:17,18,21
14:3,20,22
**YTI** 11:15
**yup** 12:20 14:22
45:8

**Z**

**Zoom** 1:14

**$**

**$98** 15:3

**0**

**08034** 1:24 85:24

**1**

**1** 37:16 38:6 40:25
41:2,4,11,13,16
41:18 73:8 76:23
78:2,3
**10** 41:13
**10:06** 33:21,22
**10:21** 52:9
**10:28** 39:23
**100** 2:9,20
**11:05** 83:13
**1175** 1:23 85:23
**12/4/87** 10:24
**12:00** 58:13,14
**1245** 2:15
**14** 13:3
**16** 45:5
**1650** 2:4
**17011** 2:10,22
**17108** 2:15
**18** 72:3
**18th** 20:1,18 26:6
26:13 27:1,22
28:11 40:3 52:19

KASSANDRA BETANCOURT

56:25 72:6,8
80:23 81:15
**19** 13:16
**19103** 2:5
**19382** 3:13

---
**2**

**2** 37:16 38:6 41:11
**2:30** 52:25 53:1
**20th** 78:21
**200** 3:12
**2005** 11:12,20
**2007** 11:25
**201** 2:10,21
**2019** 17:15 20:1,18
26:6,13 27:1,7,7
27:17,22 28:11
52:19 54:25
57:13 58:11
67:25 68:22 72:3
72:8 81:15
**2021** 17:2 18:4,16
18:17,22
**2022** 1:11 84:11
**215** 1:25 85:25
**22nd** 68:22 72:18
73:7,12 74:11
75:8
**225** 2:14
**24** 14:8
**24-hour** 33:25
77:11
**2460** 1:23 85:23
**25** 14:8
**25th** 67:25 68:22
68:25

---
**3**

**3** 37:16 38:6
**3600** 2:5

---
**4**

**4** 13:3 34:13 37:16
**4:20-CV-00325** 1:4
**433** 3:11

---
**5**

**5** 4:14

---
**6**

**6/18** 54:25
**6/22** 57:13 58:11
58:17 63:5
**6:00** 52:25 53:1
**6:30** 53:3
**65** 60:18 63:17,19
64:5 68:20

---
**7**

**7** 1:11 84:11
**735-8101** 1:25
85:25
**75** 60:18 63:17,19
64:5 68:20

---
**8**

**8:40** 52:14
**8:42** 68:1
**80** 4:16

---
**9**

**9th** 15:22
**9:30** 1:15
**9:34** 58:17 63:5
**97.5** 34:11