

**DAUPHIN COUNTY PRISON**                                      Local Policy Chapter 12.16

| Subject:    | Medical and Health Services           |
|-------------|----------------------------------------|
| Reference:  | Title 37 Chapter 95 Section 95.232     |
| ACA:        | 4-ALDF-4C-01; 4-4353; 4-4360; 4-4424   |

**POLICY:**

It shall be the policy of Dauphin County Prison to have its Medical Department, which shall be contracted with a qualified health care professional, provide all aspects of medical, dental and mental health services to the inmate population. The facility shall also have a suicide prevention plan that will be developed in conjunction with medical professionals.

**PENOLOGICAL INTEREST:**

It is in the penological interest of Dauphin County Prison to maintain a high degree of efficiency while providing professional health care to the inmate population.

**PROCEDURE:**

It shall be the practice of Dauphin County Prison to adhere to the policies of its Medical provider. However, in the case of forced medication, the policy of the facility is for the Medical provider to obtain an Order from the Dauphin County Court of Common Pleas before unilateral implementation of its policy. Contact shall be made to obtain either a verbal or written Order from the Court prior to forced medication of an inmate. In an extreme life-threatening emergency, when it is impractical to obtain either a verbal or written Order from the Court, forced medication may be employed upon the approval and agreement of either the treating licensed physician or treating licensed psychiatrist.

Any inmate in need of medical attention is instructed to follow the guidelines set forth by Dauphin County Prison as outlined in the Inmate Handbook.

It shall be required that the Medical provider submit an annual report to the Prison Administration to be included in the facility's Year End Report available for public review. Further, the Medical provider shall submit copies of their Annual Policy Reviews to the Prison Administration.

In addition, all employees, and all vendors working at the facility, shall be trained annually on the suicide prevention plan.

Warden Dominick L. DeRose

***RESTRICTED CORRECTIONAL DATA***
*This data is proprietary and shall not be duplicated, disclosed, or discussed, without the written permission of this agency. Data subject to this restriction is contained throughout this publication.*

Revised September 30, 2015

**Dauphin DFS 304**

| | |
|---|---|
| TITLE: | Medical Program / Hospital Administration |
| POLICY: | 12.1   page 1 of 2 |
| CHAPTER: | Medical and Health Care Service |
| REFERENCE: | |
| ACA: | 3-4326, 3-4327M, 3-4328, 3-4329, 3-4334M, 3-4335M, 3-4338, 3-4339, 3-4340, 3-4364, 3-ALDF-4E-09M, 13, 14, 16, 24M, & 34 |
| PURDONS STATUE 61: | 05.232 |



**POLICY:** The medical program shall be managed and directed by a fully licensed contracted Service Corporation (hereafter referred to as "the Provider") authorized to practice in the jurisdiction. The Provider shall be responsible for clinical supervision of all physicians and allied health personnel within the Prison and have sole responsibility for all final medical judgment relating to patient care in the Prison.

  A. All matters of medical judgement are the sole province of the Provider working for, or under contract, with the Prison;

  B. All security regulations which apply to Prison personnel shall also apply to medical staff;

  C. The Provider shall be responsible for planning and developing adequate staffing programs for the health care program and report monthly to the Board of Prison Inspectors.

**PROCEDURE:**

  A. The health administrator designated by the Provider shall be responsible for the overall operation of the medical services program. The Program Administrator's duties shall include, but not be limited to:

   1. Adequate staffing of the Medical Unit;

   2. Overseeing of the general and special functions of the Medical Unit on a day to day basis;

   3. Acting as liaison between the Board, Administration and Security with the Medical Unit;

   4. Submission of a monthly report to the Warden by the fifth (5th) day of each month for presentation to the Board;

Dauphin DFS 305

| | |
|---|---|
| TITLE: | Medical Program / Hospital Administration |
| POLICY: | 12.1   page 2 of 2 |
| CHAPTER: | Medical and Health Care Service |

    5. Carry out the day to day business procedures as described by the Provider in the job description.

    6. Be responsible for meeting standards as set forth in the Dauphin County/Provider contract.

B. The Medical Director/Doctors shall be responsible for making and reviewing all medical decisions, and shall include, but not be limited to the following as indicated in the job description set forth by the Provider:

    1. Review of all laboratory, X-ray and requested medical information;

    2. Approval and/or development of the Medical Unit Drug Formulary;

    3. Give direction to the Medical personnel in emergency situations;

    4. Development of standard procedures;

    5. Work with the Program Administrator to facilitate smooth continuity of care and to insure delivery of all appropriate medical program services.

C. Final medical judgement rests with the Medical Director at all times and neither the Provider nor Prison personnel shall place any restrictions on the physician's practice of medicine.

D. All security regulations which apply to Prison personnel shall apply also to medical staff.

APPROVED _Anthony Petrucci_ — Prison Board Chairman     1-19-95

APPROVED _____ Dominick L. DeRose — Warden     1-19-95

Dauphin DFS 306