

225 Market Street
Suite 304
Harrisburg, PA 17101-2126
**PHONE:** 717-233-6633
**FAX:** 717-233-7003
www.laverylaw.com

January 30, 2024

**VIA FEDERAL EXPRESS**

Clerk of Courts
U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA  17701

FILED
WILLIAMSPORT

JAN 3 1 2024

PER_____NR_____
DEPUTY CLERK

    RE: <u>Riley, et al. v. Dauphin County Prison, et al.</u>
       Middle District Docket No. 4:20-CV-00325
       Our File No. 403-7792

To Whom It May Concern:

  Enclosed please find a USB drive containing the electronic exhibits/videos itemized in Exhibits F & S to Defendants, Brian Clark, Dauphin County, Andrew Klahr, Steve Smith, Mark Neidigh, Richard Armermann, Greg Mendenhall, Scott Grieb, Jason Adams, Michael Blouch, Scott Lewis, Keith Biter, Robert Ingersoll, Cameron Weaver, Taylor Glenn, Martin Myers, Delta Bauer, Steve Singleton, Keith Hoffman, and Tami Donovan's Statement of Undisputed Material Facts (ECF 175).

  Thank you for your attention to this matter.  Please contact me if you should have any questions or issues with the USB drive.

        Very truly yours,

        *s/Frank J. Lavery, Jr.*

        Frank J. Lavery, Jr.

/cas
Enclosure

Cc: All Counsel of Record (via ECF filing, without enclosure)



A PROFESSIONAL CORPORATION

FedEx Express US Airbill

FedEx Tracking Number: 8149 6188 5006

Form ID No. 0215

TRK# 8149 6188 5006

WED - 31 JAN 12:00P
PRIORITY OVERNIGHT

EN IPTA

17701
PA-US
MDT

1 From
Date
Sender's Name
Company: LAVERY LAW
Address: 225 MARKET ST STE 304
City: HARRISBURG   State: PA   ZIP: 17101-2126

2 Your Internal Billing Reference

3 To
Recipient's Name
Phone
Company
Address
Address
City   State   ZIP

4 Express Package Service
Next Business Day
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

5 Packaging
☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

6 Special Handling and Delivery Signature Options
☐ Saturday Delivery
☐ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature
Does this shipment contain dangerous goods?
☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice
☐ Cargo Aircraft Only

7 Payment Bill to:
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight

8149 6188 5006