IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN RILEY, Administrator of the Estate of TY'RIQUE RILEY, CARMEN RILEY and THOMAS MATTHEW, Plaintiffs | : : : : : : | CIVIL ACTION NO. 4:20-cv-325 |
| v. | : : | |
| BRIAN CLARK, Warden, et al., Defendants | : : | JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Andrew W. Norfleet, Esquire on behalf of Defendants Warden Brian Clark, Andrew Klahr, Greg Mendenhall, Scott Grieb, Jason Adams, Michael Blouch, Scott Lewis, Keith Biter, Robert Ingersoll, Cameron Weaver, Taylor Glenn, Martin Myers, Dauphin County, Mark Neidigh, Richard Ammermann, Delta Bauer, Matthew Danner, Steve Singleton and Tami Donovan relative to the above-referenced matter only.

Respectfully submitted,

Date: April 16, 2024

**Lavery Law**
/s/ *Andrew W. Norfleet*
Andrew W. Norfleet, Esquire
Atty. I.D. # 83894
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
anorfleet@laverylaw.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, Dori Docherty do hereby certify that on April 16, 2024, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all counsel of record.

*/s/ Dori Docherty*
Dori Docherty
Paralegal

This document has also been electronically filed and is available for viewing and downloading from the ECF system.