UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN RILEY, *et al.*,<br>  Plaintiffs<br><br>v.<br><br>WARDEN BRIAN CLARK, *et al.*,<br>  Defendants | CIVIL ACTION NO. 4:20-CV-325<br><br>(BRANN, C.J.)<br><br>(ARBUCKLE, M.J.) |

## **ORDER**

There are currently four separate Motions for Summary Judgment pending in this case. (Docs. 157, 160, 164, 173). Plaintiffs have responded to each motion. On April 16, 2024, the Dauphin County Defendants filed a motion requesting that the deadline for all Defendants to file reply briefs be extended forty-five (45) days. (Doc. 206).[1] All parties concur in the Dauphin County Defendants' Motion. (Doc. 206-1). Upon consideration of the Dauphin County Defendants' Motion, IT IS HEREBY ORDERED that:

(1) The Dauphin County Defendants' Motion (Doc. 206) is GRANTED.

All Defendants' reply briefs are now due on or before **June 3, 2024.**

Date: April 17, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] The Dauphin County Defendants include Warden Brian Clark, Dauphin County, Andrew Klahr, Steve Smith, Mark Neidigh, Richard Amermann, Greg Mendenhall, Scott Greib, Jason Adams, Michael Blouch, Scott Lewis, Keith Biter, Robert Ingersoll, Cameron Weaver, Taylor Glenn, Martin Myers, Delta Bauer, Steve Singleton, Keith Hoffman, and Tammy Donovan.