# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN RILEY, Administrator of the Estate of TY'RIQUE RILEY, CARMEN RILEY, and THOMAS MATTHEW, <br>           Plaintiffs <br> v. <br><br> BRIAN CLARK, Warden, et al., <br>           Defendants | CIVIL ACTION NO. 4:20-cv-325 <br><br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTS TO PLAINTIFFS' BRIEFS IN OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1. On April 9, 2021, Plaintiffs filed a Second Amended Complaint against all Defendants. (DOC. 64).

2. On January 22, 2024, Defendants Matthew Danner and Angela Swanson filed a Motion for Summary Judgment. (DOC. 157).

3. On January 22, 2024, Defendant PrimeCare Medical, Inc. filed a Motion for Summary Judgment. (DOC. 160).

4. On January 22, 2024, Defendants Michael Darcy, Demetruis Glenn, Christopher Haines, and Richard Wilson ("Susquehanna Defendants") filed a Motion for Summary Judgment. (DOC. 164).

5. On January 30, 2024, Defendants Jason Adams, Richard Armermann, Delta Bauer, Keith Biter, Michael Blouch, Brian Clark, Dauphin County, Tami Donovan, Taylor Glenn, Scott Grieb, Keith Hoffman, Robert Ingersoll,

Andrew Klahr, Scott Lewis, Greg Mendenhall, Martin Myers, Mark Neidigh, Steve Singleton, Steve Smith, and Cameron Weaver ("County Defendants") filed a Motion for Summary Judgment. (DOC. 173).

6. Plaintiffs filed Briefs in Opposition to all Defendants' Motions for Summary Judgment. (DOCS. 184, 188, 190, 192).

7. All Defendants filed Reply Briefs to each of Plaintiffs' Briefs in Opposition. (DOCS. 211, 213, 214, 217).

8. On June 28, 2024, Plaintiffs filed a "Supplement" to each of their Briefs in Opposition to Defendants' Motions for Summary Judgment. (DOC. 218, 219, 220, 221).

9. Plaintiffs filed each Supplement without leave of Court.

10. All Defendants move to strike Plaintiffs' Supplements for failing to comply with Local Rule 7.7.

11. This Court's Local Rules allow a party to file a brief in reply to matters argued in a brief in opposition but prohibit a party from filing any further brief "without leave of court." (M.D. P.A. Civ. R. 7.7).[1]

12. Local Rule 7.7 provides that sur-replies and additional briefing may not be filed without leave of court. *Beckerman v. Weber*, 2007 U.S. Dist. LEXIS 58092,*12, (M.D. Pa. Aug. 9, 2007).

---

[1] Available at: https://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf.

13. Middle District Local Rule 7.7 required Plaintiffs to seek leave of Court before filing a supplement on a matter before the Court that is fully briefed.

14. Plaintiffs failed to secure leave of Court prior to filing their Supplements.

15. Because Plaintiffs did not seek prior leave of Court, Plaintiffs' Supplements to their Briefs in Opposition should be stricken for failing to comply with Middle District Local Rule 7.7.

16. If this Court denies Defendants' Motion to Strike Plaintiffs' Supplements to their Briefs in Opposition, Defendants request an opportunity to file responses to Plaintiffs' Supplements.

WHEREFORE, Defendants respectfully request that this Honorable Court strike Plaintiffs' Supplements to their Briefs in Opposition to Defendants' Motions for Summary Judgment for failing to comply with Local Rule 7.7 or, in the alternative, allow all Defendants to submit written responses to Plaintiffs' Supplements.

                                          Respectfully submitted,

                                          Lavery Law

                                          By: *s/ Frank J. Lavery, Jr.*
                                                Frank J. Lavery, Jr., Esquire
                                                225 Market Street, Suite 304

DATE:  July 12, 2024               Harrisburg, PA 17101
                                                (717) 233-6633 (telephone)
                                                (717) 233-7003 (facsimile)
                                                Atty No. PA42370
                                                flavery@laverylaw.com
                                                *Attorneys for Dauphin County Defendants*

|  |  |
|---|---|
|  | Marshall Dennehey Warner Coleman & Goggin |
|  | By: *s/ John R. Ninosky* |
|  | John R. Ninosky, Esquire |
|  | 100 Corporate Center Drive |
|  | Suite 201 |
| DATE: July 12, 2024 | Camp Hill, PA 17011 |
|  | *Attorneys for Defendant PrimeCare Medical, Inc.* |

 

|  |  |
|---|---|
|  | Marshall Dennehey Warner Coleman & Goggin |
|  | By: *s/ Donald L. Carmelite* |
|  | Donald L. Carmelite, Esquire |
|  | 100 Corporate Center Drive |
|  | Suite 201 |
| DATE: July 12, 2024 | Camp Hill, PA 17011 |
|  | *Attorneys for Defendants Angela Swanson and Matthew Danner* |

 

|  |  |
|---|---|
|  | MacMain Leinhauser PC |
|  | By: *s/ Matthew S. Polaha* |
|  | Matthew S. Polaha, Esquire |
|  | 433 West Market Street, Suite 200 |
| DATE: July 12, 2024 | West Chester, PA 19382 |
|  | *Attorneys for Susquehanna Defendants* |

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 12th day of July, 2024, I served a true and correct copy of the foregoing via the United States District Court for the Middle District's ECF on all counsel of record:

*s/ Aimee L. Paukovits*<br>
Aimee L. Paukovits<br>
Senior Legal Administrative Assistant