# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN RILEY, Administrator of the Estate of TY'RIQUE RILEY, CARMEN RILEY, and THOMAS MATTHEW,<br>　　　　Plaintiffs<br>　　v.<br><br>BRIAN CLARK, Warden, et al.,<br>　　　　Defendants | CIVIL ACTION NO. 4:20-cv-325<br><br><br><br>JURY TRIAL DEMANDED |

## BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTS TO PLAINTIFFS' BRIEFS IN OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Respectfully submitted,

Lavery Law

By: *s/ Frank J. Lavery, Jr.*
　　　Frank J. Lavery, Jr., Esquire
　　　225 Market Street, Suite 304
DATE: July 15, 2024　　　Harrisburg, PA 17101
　　　(717) 233-6633 (telephone)
　　　(717) 233-7003 (facsimile)
　　　Atty No. PA42370
　　　flavery@laverylaw.com
　　　*Attorneys for Dauphin County Defendants*

1

I.  **PROCEDURAL HISTORY**

On April 9, 2021, Plaintiffs filed a Second Amended Complaint against all Defendants. (DOC. 64). All Defendants subsequently filed Motions for Summary Judgment. (DOCS. 157, 160, 164, 173). 6.  Plaintiffs filed Briefs in Opposition to all Defendants' Motions for Summary Judgment. (DOCS. 184, 188, 190, 192). All Defendants filed Reply Briefs to each of Plaintiffs' Briefs in Opposition. (DOCS. 211, 213, 214, 217). On June 28, 2024, Plaintiffs filed a "Supplement" to each of their Briefs in Opposition to Defendants' Motions for Summary Judgment. (DOC. 218, 219, 220, 221).

II.  **QUESTIONS PRESENTED**

Should this Court grant Defendants' Motion to Strike Plaintiffs' Supplements to Plaintiffs' Briefs in Opposition to Defendants' Motions for Summary Judgment as Plaintiffs did not seek leave of Court?

**Suggested Answer:**     **Yes**

III.  **ARGUMENT**

This Court's Local Rules allow a party to file a brief in reply to matters argued in a brief in opposition but prohibit a party from filing any further brief "without leave of court." (M.D. PA. Civ. R. 7.7).[1] Local Rule 7.7 provides that additional

---

[1] Available at: https://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf.

briefing may not be filed without leave of court. *Beckerman v. Weber*, 2007 U.S. Dist. LEXIS 58092,*12, (M.D. Pa. Aug. 9, 2007); *see also, Moore v. Wetzel*, 2019 U.S. Dist. LEXIS 37424, at *3 (M.D. Pa. Mar. 8, 2019) (stating that Local Rule 7.7 provides that no further briefs, beyond a movant's reply brief, may be filed without leave of court); *and see, Johnson v. Miskell*, 2018 U.S. Dist. LEXIS 98511 at *12 (M.D. Pa. June 12, 2018) (stating that Local Rule 7.7 requires leave of court before filing sur-reply briefs and, where a court determines that it wishes further briefing of an issue, the court may order and accept additional briefing materials) (citation omitted). Plaintiffs did not seek leave of Court before filing their Supplements to their Briefs in Opposition, and therefore did not comply with Local Rule 7.7. Plaintiffs' Supplements should be stricken for failing to comply with Middle District Local Rule 7.7.

## IV.   CONCLUSION

WHEREFORE, all Defendants respectfully request that this Honorable Court strike Plaintiffs' Supplements to their Briefs in Opposition to Defendants' Motions for Summary Judgment for failing to comply with Local Rule 7.7 or, in the alternative, allow all Defendants to submit written responses to Plaintiffs' Supplements.

                                Respectfully submitted,

                                Lavery Law

DATE: July 15, 2024

By: *s/ Frank J. Lavery, Jr.*
     Frank J. Lavery, Jr., Esquire
     225 Market Street, Suite 304
     Harrisburg, PA 17101
     (717) 233-6633 (telephone)
     (717) 233-7003 (facsimile)
     Atty No. PA42370
     flavery@laverylaw.com
     *Attorneys for Dauphin County Defendants*

Marshall Dennehey Warner Coleman & Goggin

DATE: July 15, 2024

By: *s/ John R. Ninosky*
     John R. Ninosky, Esquire
     100 Corporate Center Drive
     Suite 201
     Camp Hill, PA 17011
     *Attorneys for Defendant PrimeCare Medical, Inc.*

Marshall Dennehey Warner Coleman & Goggin

DATE: July 15, 2024

By: *s/ Donald L. Carmelite*
     Donald L. Carmelite, Esquire
     100 Corporate Center Drive
     Suite 201
     Camp Hill, PA 17011
     *Attorneys for Defendants Angela Swanson and Matthew Danner*

MacMain Leinhauser PC

By: *s/ Matthew S. Polaha*
    Matthew S. Polaha, Esquire
    433 West Market Street, Suite 200
DATE: July 15, 2024    West Chester, PA 19382
    *Attorneys for Susquehanna*
    *Defendants*

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 15th day of July, 2024, I served a true and correct copy of the foregoing via the United States District Court for the Middle District's ECF on all counsel of record:

> *s/ Aimee L. Paukovits*
> Aimee L. Paukovits
> Senior Legal Administrative Assistant