IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN RILEY, *et al.*, | No. 4:20-CV-00325 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ANDREW KLAHR, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 18, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Reconsideration (Doc. 274) is **GRANTED** in part.

2. Regarding Count IX (Medical Negligence) of the Second Amended Complaint against PrimeCare Medical, Inc.:

    a. Summary Judgment is **DENIED** as to injuries unrelated to the use of force by prison guards, including Riley's death;

    b. Summary Judgment is **GRANTED** as to all injuries caused by the use of force by prison guards, including death; and

    c. Summary Judgment is **GRANTED** as to Plaintiffs' punitive damages claims.

3.  Regarding Count XIII (Wrongful Death) of the Second Amended Complaint against PrimeCare Medical, Inc., Summary Judgment is **GRANTED**.

4.  Regarding Count XIV (Survivor Act) of the Second Amended Complaint against PrimeCare Medical, Inc., Summary Judgment is **DENIED**.

5.  The Clerk of Court is directed to add PrimeCare Medical, Inc. back to this case.

6.  The Court shall schedule a telephonic status conference with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge