**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARMEN RILEY, *et al.*, | | No. 4:20-CV-00325 |
| Plaintiffs, | | (Chief Judge Brann) |
| v. | | |
| PRIMECARE MEDICAL, INC., *et al.*, | | |
| Defendants. | | |

## **ORDER**

**AND NOW**, this 13th day of March 2026, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **March 18, 2026, at 3:30 p.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge