**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARMEN RILEY, *et al.*, | No. 4:20-CV-00325 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| PRIMECARE MEDICAL, INC., *et al.*, | |
| Defendants. | |

## ORDER

**APRIL 20, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the pending motion for reconsideration (Doc. 299) is **DENIED**.

A telephonic conference call will be scheduled with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge